MORGAN, LEWIS & BOCKIUS LLP
NICOLE A. DILLER (State Bar No. 154842)
ANDREW C. SULLIVAN (State Bar. No. 226902)
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for North Star Trust Co.

Special Appearance on Behalf of
K-M Industries Holding Co., Inc.,
K-M Industries Holding Co., Inc., ESOP Plan Committee, and CIG ESOP Plan Committee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; and NORTH STAR TRUST COMPANY,<br><br>Defendants. | Case No. C06-07339 MJJ<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7446406.2

STIPULATION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT
CASE NO. C06-07339 MJJ

1    WHEREAS, Plaintiffs Thomas Fernandez and Lora Smith filed a complaint on November 29, 2006, against K-M Industries Holding Co., Inc., K-M Industries Holding Co., Inc. ESOP Plan Committee, William E. and Desiree B. Moore Revocable Trust, Trustees of the William E. and Desiree B. Moore Revocable Trust, Administrator of the Estate of William E. Moore, deceased, CIG ESOP Plan Committee, and North Star Trust Company (the "Complaint");

WHEREAS, Plaintiffs personally served the Complaint on K-M Industries Holding Co., Inc., the K-M Industries Holding Co., Inc. ESOP Plan Committee, and CIG ESOP Plan Committee (the "K-M Defendants") on December 7, 2006;

WHEREAS, Plaintiffs personally served the Complaint on North Start Trust Co. on December 8, 2006;

WHEREAS, Plaintiffs have not served the Complaint on William E. And Desiree B. Moore Revocable Trust and Trustees of the William E. and Desiree B. Moore Revocable Trust, or the Administrator of the Estate of William E. Moore;

WHEREAS, North Star Trust Co. has agreed to assist Plaintiffs in serving the Complaint on the William E. And Desiree B. Moore Revocable Trust and Trustees of the William E. and Desiree B. Moore Revocable Trust, and the Administrator of the Estate of William E. Moore;

WHEREAS, North Star recently retained counsel but the K-M Defendants have not yet selected counsel;

WHEREAS, the K-M Defendants' responsive pleading would otherwise be due on December 27, 2006, and North Star's responsive pleading would be due on December 28, 2007;

WHEREAS, North Star and the K-M Defendants requested, and Plaintiffs agreed to provide, a 30-day extension of time to respond to Plaintiffs' Complaint; and

WHEREAS, the requested extension of time will not require the modification of any deadlines previously set by the Court.

///
///
///
///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7446406.2                                                    1                    STIPULATION TO EXTEND TIME TO ANSWER
                                                                                       OR OTHERWISE RESPOND TO COMPLAINT
                                                                                       CASE NO. C06-07339 MJJ

NOW THEREFORE, Plaintiffs and the parties served hereby stipulate pursuant to Local Rule 6-1(a) and agree that the K-M Defendants and North Star's response to the complaint be filed on or before January 25, 2006.

Dated: December 19, 2006

LEWIS, FEINBERG, RENAKER & JACKSON, P.C.

By /s/ Todd Jackson
Daniel Feinberg, Esq.
Todd F. Jackson, Esq.
Margaret E. Hasselman, Esq.
Attorneys for Plaintiffs

Dated: December 19, 2006

MORGAN, LEWIS & BOCKIUS LLP

By /s/
Nicole A. Diller, Esq.
Andrew C. Sullivan, Esq.

Attorneys for North Star Trust Co.
and Specially Appearing on Behalf of
K-M Industries Holding Co., Inc.,
K-M Industries Holding Co., Inc., ESOP
Plan Committee, and CIG ESOP Plan
Committee

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7446406.2

2

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
CASE NO. C06-07339 MJJ