Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
*rl@lh-sf.com, jth@lh-sf.com, hib@lh-sf.com*

Attorneys for Defendants
K-M Industries Holding Co. Inc.;
K-M Industries Holding Co.Inc. ESOP Plan Committee;
and CIG ESOP Plan Committee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO. INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; and NORTH STAR TRUST COMPANY,<br><br>Defendants. | Case No. C06-07339 MJJ<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR ANSWER AND OTHER DATES PREVIOUSLY SET BY COURT ORDER DATED NOVEMBER 29, 2006 |

WHEREAS, by prior Order dated November 29, 2006, this Court established the following schedule for Rule 26 disclosures, consideration of alternative

Stipulation and [Proposed] Order            -1-            Case No. C06-07339 MJJ

dispute resolution procedures and the initial case management conference:

    a.    February 13, 2007: initial meeting of counsel to confer regarding initial disclosures, early settlement, ADR process selection and discovery plan;

    b.    February 27, 2007: Last day to complete initial disclosures, file Case Management Statement and file Rule 26(f) report;

    c.    March 6, 2007: initial Case Management Conference to be held at 2:00 p.m. in Courtroom 11, 19th floor.

WHEREAS, after service of the complaint on Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan Committee; CIG ESOP Plan Committee; and North Star Trust Company in December 2006, a stipulation was reached between Plaintiffs and those Defendants that the answer date for those Defendants would be extended to and including January 25, 2007.

WHEREAS, additional defendants, the William E. and Desiree B. Moore Revocable Trust and the Trustees of the William E. and Desiree B. Moore Revocable Trust, were served through their counsel on January 10, 2007, and their answer date is currently January 30, 2007.

WHEREAS, Defendants believe, as set forth in the attached Exhibit A, the Declaration of Ronald Lovitt, that it would be beneficial to the orderly and efficient progress of the case if all defendants had a brief extension of time to prepare answers, evaluate the merits of early ADR and prepare Rule 26 disclosures;

WHEREAS, the Defendants do not seek this extension for delay but rather so that the value of the initial pretrial procedures required of the parties and ordered by the Court will be maximized;

WHEREAS, Plaintiffs and Defendants have agreed to a brief stipulated extension of time for the above dates previously set by the Court;

Accordingly, IT IS HEREBY AGREED AND STIPULATED by the parties through their counsel of record that the deadlines set by Court order dated November 29, 2006 shall be extended as follows:

a.  All defendants will answer the Complaint on or before February 15, 2007;

b.  February 22, 2007: all parties exchange Rule 26(a)(1) initial disclosures and all of the documents referenced in those disclosures;

c.  March 6, 2007: last day to meet and confer regarding ADR process selection, discovery plan and joint case management conference statement;

d.  March 13, 2007: last day to file Joint Case Management Statement pursuant to Rule 26(f);

e.  March 20, 2007: subject to the convenience of the Court, the initial Case Management Conference will be held at 2:00 p.m. in Courtroom 11, 19th floor.

DATED: January 23, 2007          LOVITT & HANNAN, INC.

By: /s/ Ronald Lovitt
Ronald Lovitt
Attorneys for Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan Committee; and CIG ESOP Plan Committee

DATED: January 23, 2007        HENNIGAN, BENNETT & DORMAN LLP

By: /s/ DoHoang T. Duong
DoHoang T. Duong
Attorneys for Defendant William E. And Desiree
B. Moore Revocable Trust

DATED: January ___, 2007       MORGAN LEWIS

By: _____
Lisa Serebin
Attorneys for Defendant North Star Trust
Company

DATED: January ___, 2007       LEWIS, FEINBERG, LEE, RENAKER &
                               JACKSON, P.C.

By: _____
Todd Jackson
Attorneys for Plaintiffs Thomas Fernandez and
Lora Smith

Good cause appearing, it is APPROVED: and IT IS SO ORDERED.

DATED: _____

Honorable Martin J. Jenkins
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order        -4-        Case No. C06-07339 MJJ

DATED: January ___, 2007              HENNIGAN, BENNETT & DORMAN LLP


By: _____
DoHoang T. Duong
Attorneys for Defendant William E. And Desiree
B. Moore Revocable Trust

DATED: January 23, 2007              MORGAN LEWIS & BOCKIUS LLP


By: _____
Lisa Serebin
Attorneys for Defendant North Star Trust
Company

DATED: January ___, 2007              LEWIS, FEINBERG, LEE, RENAKER &
                                       JACKSON, P.C.


By: _____
Todd Jackson
Attorneys for Plaintiffs Thomas Fernandez and
Lora Smith

Good cause appearing, it is APPROVED: and IT IS SO ORDERED.

DATED: _____

Honorable Martin J. Jenkins
UNITED STATES DISTRICT JUDGE

OF COUNSEL TO:
BARTKO, ZANKEL, TARRANT & MILLER P.C.

LOVITT & HANNAN, INC.
ATTORNEYS AT LAW
900 FRONT STREET, SUITE 300
SAN FRANCISCO 94111
(415) 362-8769

1  DATED: January ___, 2007          HENNIGAN, BENNETT & DORMAN LLP
2
3
4                                     By: _____
                                          DoHoang T. Duong
5                                     Attorneys for Defendant William E. And Desiree
                                      B. Moore Revocable Trust
6
   DATED: January ___, 2007          MORGAN LEWIS
7
8
9                                     By: _____
                                          Lisa Serebin
10                                    Attorneys for Defendant North Star Trust
                                      Company
11
12  DATED: January 23, 2007           LEWIS, FEINBERG, LEE, RENAKER &
                                      JACKSON, P.C.
13
14
15                                    By: /s/ Todd Jackson
                                          Todd Jackson
16                                    Attorneys for Plaintiffs Thomas Fernandez and
                                      Lora Smith
17
18
19
20  Good cause appearing, it is APPROVED: and IT IS SO ORDERED.
21
22
23  DATED: _____             _____
                                      Honorable Martin J. Jenkins
24                                    UNITED STATES DISTRICT JUDGE
25
26
27
28

Stipulation and [Proposed] Order          -4-              Case No. C06-07339 MJJ

DATED: January ___, 2007      HENNIGAN, BENNETT & DORMAN LLP


By: _____
    DoHoang T. Duong
Attorneys for Defendant William E. And Desiree
B. Moore Revocable Trust


DATED: January ___, 2007      MORGAN LEWIS


By: _____
    Lisa Serebin
Attorneys for Defendant North Star Trust
Company


DATED: January ___, 2007      LEWIS, FEINBERG, LEE, RENAKER &
                              JACKSON, P.C.


By: _____
    Todd Jackson
Attorneys for Plaintiffs Thomas Fernandez and
Lora Smith


Good cause appearing, it is APPROVED: and IT IS SO ORDERED.


DATED: _____

_____
Honorable Martin J. Jenkins
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order         -4-         Case No. C06-07339 MJJ

## PROOF OF SERVICE

I, Laura J. Davies, the undersigned, hereby certify and declare:

1. I am over the age of 18 years and am not a party to the within cause.

2. I am employed in the office of a member of the bar of this Court, at whose direction this service was made.

3. My business address is 900 Front Street, Suite 300, San Francisco, California 94111.

4. On January 23, 2007, I served a true copy of the attached document(s) titled exactly:

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR ANSWER AND OTHER DATES PREVIOUSLY SET BY COURT ORDER DATED NOVEMBER 29, 2006,**

on the interested parties in this action as follows:

__X__  **BY MAIL:** I am readily familiar with my employer's mail collection and processing practices, know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in the interoffice mail, and know that postage thereon is fully prepaid. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope(s) at Lovitt & Hannan, Inc., 900 Front Street, Suite 300, San Francisco, California 94111, addressed, sealed and charges prepaid as follows:

Todd Jackson                               *Attorneys for Plaintiffs*
LEWIS FEINBERG LEE RENAKER &
JACKSON
1330 Broadway, Suite 1800
Oakland, CA 94612


Peter Rukin                                *Attorneys for Plaintiffs*
RUKIN HYLAND & DORIA, LLP
100 Pine Street, Suite 725
San Francisco, CA 94111

---
Proof of Service                    -1-                    Case No. C06-07339 MJJ

| | | |
|---|---|---|
| 1 | Lisa S. Serebin | *Attorneys for Defendant* |
| 2 | MORGAN, LEWIS & BOCKIUS LLP<br>One Market Street, Spear Street Tower | ***NORTH STAR TRUST COMPANY*** |
| 3 | San Francisco, CA 94105 | |
| 4 | Robert L. Palmer | *Attorneys for Defendant* |
| 5 | DoHoang T. Duong<br>HENNIGAN, BENNETT & DORMAN LLP | ***WILLIAM E. AND DESIREE B.***<br>***MOORE REVOCABLE TRUST*** |
| 6 | 865 South Figueroa Street, Suite 2900<br>Los Angeles, California 90017 | |

6. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 23, 2007, at San Francisco, California.

_____
Laura J. Davies

**EXHIBIT A**

Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
*rl@lh-sf.com, jth@lh-sf.com, hib@lh-sf.com*

Attorneys for Defendants
K-M Industries Holding Co. Inc.;
K-M Industries Holding Co.Inc. ESOP Plan Committee;
and CIG ESOP Plan Committee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO. INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; and NORTH STAR TRUST COMPANY,<br><br>Defendants. | Case No. C06-07339 MJJ<br><br>DECLARATION OF RONALD LOVITT |

I, Ronald Lovitt, do hereby certify and state:

1.  I am an attorney with the San Francisco law firm of Lovitt & Hannan, Inc., admitted to practice in California and before this Court.

---

Declaration of Ronald Lovitt      -1-      Case No. C06-07339 MJJ

2. Lovitt & Hannan has recently been retained to represent certain of the defendants in this case: K-M Industries Holding Co. Inc.; K-M Industries Holding Co. Inc. ESOP Plan Committee; and CIG ESOP Plan Committee.

3. I make this declaration of my own knowledge in support of the stipulation of all parties – Plaintiffs and Defendants – in the action for a brief extension of certain pretrial deadlines previously established pursuant to this Court's local rules.

4. After service of the complaint on Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan Committee; CIG ESOP Plan Committee; and North Star Trust Company in December 2006, a stipulation was reached between plaintiffs and those defendants, including those now represented by Lovitt & Hannan, Inc., that the answer date would be extended to and including January 25, 2007.

5. Additional defendants, the William E. and Desiree B. Moore Revocable Trust and the Trustees of the William E. and Desiree B. Moore Revocable Trust, were served through their counsel on January 10, 2007, and their answer date is currently January 30, 2007.

6. By prior order dated November 29, 2006, this Court established the following schedule for Rule 26 disclosures, consideration of alternative dispute resolution procedures and the initial case management conference:

    a. February 13, 2007: initial meeting of counsel to confer regarding initial disclosures, early settlement, ADR process selection and discovery plan;

Declaration of Ronald Lovitt    -2-    Case No. C06-07339 MJJ

    b. February 27, 2007: last day to complete initial disclosures, file Case Management Statement and file Rule 26(f) report;

    c. March 6, 2007: initial Case Management Conference.

7. On Friday, January 19, 2007, I spoke with Todd Jackson, one of the counsel for Plaintiffs, to advise him that Lovitt & Hannan, Inc. had just been retained to represent certain of the Defendants and to discuss the merits of coordinating the response dates of all served Defendants and to suggest a brief extension in the deadlines described in paragraph 6. Based on prior communications with other defense counsel, I informed Mr. Jackson that all defendants intend to respond to the Complaint by answer rather than motion.

8. Defendants believe it would be beneficial to the orderly and efficient progress of the case if all defendants had a brief extension of time to prepare answers, evaluate the merits of early ADR and prepare Rule 26 disclosures. Plaintiffs do not oppose such a brief extension, described just below in paragraph 9.

9. Plaintiffs and Defendants have agreed to a brief stipulated extension of time for the above dates previously set by the Court, as follows:

    a. All defendants will answer the Complaint on or before February 15, 2007;

    b. February 22, 2007: all parties will exchange Rule 26(f) initial disclosures and all of the documents referenced in those disclosures;

Declaration of Ronald Lovitt     -3-     Case No. C06-07339 MJJ

c. March 6, 2007: last day to meet and confer regarding ADR process selection, discovery plan and joint case management conference statement;

d. March 13, 2007: last day to file Joint Case Management Statement;

e. March 20, 2007: initial Case Management Conference (subject to the Court's convenience).

10. The Defendants do not seek this extension for delay but rather so that the value of the initial pretrial procedures required of the parties and ordered by the Court will be maximized. No party will be prejudiced by these brief extensions.

I declare under penalty of perjury the foregoing is true and correct and this declaration was executed on January 23, 2007 at Mill Valley, California.

*Ronald Lovitt*

Declaration of Ronald Lovitt     -4-     Case No. C06-07339 MJJ

**EXHIBIT A**

Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
*rl@lh-sf.com, jth@lh-sf.com, hib@lh-sf.com*

Attorneys for Defendants
K-M Industries Holding Co. Inc.;
K-M Industries Holding Co.Inc. ESOP Plan Committee;
and CIG ESOP Plan Committee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO. INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; and NORTH STAR TRUST COMPANY, <br><br> Defendants. | Case No. C06-07339 MJJ <br><br> DECLARATION OF RONALD LOVITT |

I, Ronald Lovitt, do hereby certify and state:

1.  I am an attorney with the San Francisco law firm of Lovitt & Hannan, Inc., admitted to practice in California and before this Court.

---

Declaration of Ronald Lovitt          -1-          Case No. C06-07339 MJJ

2. Lovitt & Hannan has recently been retained to represent certain of the defendants in this case: K-M Industries Holding Co. Inc.; K-M Industries Holding Co. Inc. ESOP Plan Committee; and CIG ESOP Plan Committee.

3. I make this declaration of my own knowledge in support of the stipulation of all parties – Plaintiffs and Defendants – in the action for a brief extension of certain pretrial deadlines previously established pursuant to this Court's local rules.

4. After service of the complaint on Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan Committee; CIG ESOP Plan Committee; and North Star Trust Company in December 2006, a stipulation was reached between plaintiffs and those defendants, including those now represented by Lovitt & Hannan, Inc., that the answer date would be extended to and including January 25, 2007.

5. Additional defendants, the William E. and Desiree B. Moore Revocable Trust and the Trustees of the William E. and Desiree B. Moore Revocable Trust, were served through their counsel on January 10, 2007, and their answer date is currently January 30, 2007.

6. By prior order dated November 29, 2006, this Court established the following schedule for Rule 26 disclosures, consideration of alternative dispute resolution procedures and the initial case management conference:

    a. February 13, 2007: initial meeting of counsel to confer regarding initial disclosures, early settlement, ADR process selection and discovery plan;

Declaration of Ronald Lovitt    -2-    Case No. C06-07339 MJJ

b. February 27, 2007: last day to complete initial disclosures, file Case Management Statement and file Rule 26(f) report;

c. March 6, 2007: initial Case Management Conference.

7. On Friday, January 19, 2007, I spoke with Todd Jackson, one of the counsel for Plaintiffs, to advise him that Lovitt & Hannan, Inc. had just been retained to represent certain of the Defendants and to discuss the merits of coordinating the response dates of all served Defendants and to suggest a brief extension in the deadlines described in paragraph 6. Based on prior communications with other defense counsel, I informed Mr. Jackson that all defendants intend to respond to the Complaint by answer rather than motion.

8. Defendants believe it would be beneficial to the orderly and efficient progress of the case if all defendants had a brief extension of time to prepare answers, evaluate the merits of early ADR and prepare Rule 26 disclosures. Plaintiffs do not oppose such a brief extension, described just below in paragraph 9.

9. Plaintiffs and Defendants have agreed to a brief stipulated extension of time for the above dates previously set by the Court, as follows:

a. All defendants will answer the Complaint on or before February 15, 2007;

b. February 22, 2007: all parties will exchange Rule 26(f) initial disclosures and all of the documents referenced in those disclosures;

Declaration of Ronald Lovitt   -3-   Case No. C06-07339 MJJ

c. March 6, 2007: last day to meet and confer regarding ADR process selection, discovery plan and joint case management conference statement;

d. March 13, 2007: last day to file Joint Case Management Statement;

e. March 20, 2007: initial Case Management Conference (subject to the Court's convenience).

10. The Defendants do not seek this extension for delay but rather so that the value of the initial pretrial procedures required of the parties and ordered by the Court will be maximized. No party will be prejudiced by these brief extensions.

I declare under penalty of perjury the foregoing is true and correct and this declaration was executed on January 23, 2007 at Mill Valley, California.

*Ronald Lovitt*

Declaration of Ronald Lovitt     -4-     Case No. C06-07339 MJJ