Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
rl@lh-sf.com, jth@lh-sf.com, hib@lh-sf.com

Attorneys for Defendants
K-M Industries Holding Co. Inc.;
K-M Industries Holding Co.Inc. ESOP Plan Committee;
and CIG ESOP Plan Committee

E-Filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO. INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; and NORTH STAR TRUST COMPANY, <br><br> Defendants. | Case No. C06-07339 MJJ <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR ANSWER AND OTHER DATES PREVIOUSLY SET BY COURT ORDER DATED NOVEMBER 29, 2006 |

WHEREAS, by prior Order dated November 29, 2006, this Court established the following schedule for Rule 26 disclosures, consideration of alternative

Stipulation and [Proposed] Order          -1-          Case No. C06-07339 MJJ

dispute resolution procedures and the initial case management conference:

    a.    February 13, 2007: initial meeting of counsel to confer regarding initial disclosures, early settlement, ADR process selection and discovery plan;

    b.    February 27, 2007: Last day to complete initial disclosures, file Case Management Statement and file Rule 26(f) report;

    c.    March 6, 2007: initial Case Management Conference to be held at 2:00 p.m. in Courtroom 11, 19th floor.

WHEREAS, after service of the complaint on Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan Committee; CIG ESOP Plan Committee; and North Star Trust Company in December 2006, a stipulation was reached between Plaintiffs and those Defendants that the answer date for those Defendants would be extended to and including January 25, 2007.

WHEREAS, additional defendants, the William E. and Desiree B. Moore Revocable Trust and the Trustees of the William E. and Desiree B. Moore Revocable Trust, were served through their counsel on January 10, 2007, and their answer date is currently January 30, 2007.

WHEREAS, Defendants believe, as set forth in the attached Exhibit A, the Declaration of Ronald Lovitt, that it would be beneficial to the orderly and efficient progress of the case if all defendants had a brief extension of time to prepare answers, evaluate the merits of early ADR and prepare Rule 26 disclosures;

WHEREAS, the Defendants do not seek this extension for delay but rather so that the value of the initial pretrial procedures required of the parties and ordered by the Court will be maximized;

WHEREAS, Plaintiffs and Defendants have agreed to a brief stipulated extension of time for the above dates previously set by the Court;

Accordingly, IT IS HEREBY AGREED AND STIPULATED by the parties through their counsel of record that the deadlines set by Court order dated November 29, 2006 shall be extended as follows:

    a.    All defendants will answer the Complaint on or before February 15, 2007;

    b.    February 22, 2007: all parties exchange Rule 26(a)(1) initial disclosures and all of the documents referenced in those disclosures;

    c.    March 6, 2007: last day to meet and confer regarding ADR process selection, discovery plan and joint case management conference statement;

    d.    March 13, 2007: last day to file Joint Case Management Statement pursuant to Rule 26(f);

    e.    March 20, 2007: subject to the convenience of the Court, the initial Case Management Conference will be held at 2:00 p.m. in Courtroom 11, 19th floor.

DATED: January 23, 2007    LOVITT & HANNAN, INC.

By: /s/ Ronald Lovitt
Ronald Lovitt
Attorneys for Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan Committee; and CIG ESOP Plan Committee

Case 4:06-cv-07339-CW   Document 6   Filed 01/25/2007   Page 4 of 7
Case 3:06-cv-07339-MJJ   Document 5-1   Filed 01/23/2007   Page 4 of 14
01/23/2007 10:56 FAX 213 694 1234    HBD FAX 28 SE    @002

| | | |
|---|---|---|
| 1 | DATED: January 23, 2007 | HENNIGAN, BENNETT & DORMAN LLP |
| 2 | | |
| 3 | | By: /s/ DoHoang T. Duong |
| 4 | | DoHoang T. Duong |
| 5 | | Attorneys for Defendant William E. And Desiree B. Moore Revocable Trust |
| 6 | DATED: January ___, 2007 | MORGAN LEWIS |
| 7 | | |
| 8 | | |
| 9 | | By: _____ |
| 10 | | Lisa Serebin |
| 11 | | Attorneys for Defendant North Star Trust Company |
| 12 | DATED: January ___, 2007 | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| 13 | | |
| 14 | | |
| 15 | | By: _____ |
| 16 | | Todd Jackson |
| 17 | | Attorneys for Plaintiffs Thomas Fernandez and Lora Smith |

Good cause appearing, it is APPROVED: and IT IS SO ORDERED.

DATED: _____

_____
Honorable Martin J. Jenkins
UNITED STATES DISTRICT JUDGE

LOVITT & HANNAN, INC.
ATTORNEYS AT LAW
900 FRONT STREET, SUITE 300
SAN FRANCISCO 94111
(415) 362-8769

OF COUNSEL TO:
BARTKO, ZANKEL, TARRANT & MILLER P.C.

1  DATED: January ___, 2007        HENNIGAN, BENNETT & DORMAN LLP

2

3

4                                  By: _____
                                       DoHoang T. Duong
5                                  Attorneys for Defendant William E. And Desiree
                                   B. Moore Revocable Trust

6  DATED: January 23, 2007         MORGAN LEWIS & BOCKIUS LLP

7

8

9                                  By: _____
                                       Lisa Serebin
10                                 Attorneys for Defendant North Star Trust
                                   Company
11

12 DATED: January ___, 2007        LEWIS, FEINBERG, LEE, RENAKER &
                                   JACKSON, P.C.
13

14

15                                 By: _____
                                       Todd Jackson
16                                 Attorneys for Plaintiffs Thomas Fernandez and
                                   Lora Smith
17

18

19

20 Good cause appearing, it is APPROVED: and IT IS SO ORDERED.

21

22 DATED: _____

23                                 _____
                                   Honorable Martin J. Jenkins
24                                 UNITED STATES DISTRICT JUDGE

25

26

27

28

*Counsel margin:* LOVITT & HANNAN, INC. ATTORNEYS AT LAW, 900 FRONT STREET, SUITE 300, SAN FRANCISCO 94111, (415) 362-8769 — OF COUNSEL TO: BARTKO, ZANKEL, TARRANT & MILLER P.C.

Case 4:06-cv-07339-CW   Document 6   Filed 01/25/2007   Page 6 of 7

01/23/2007  11:04  15106397835   LEWIS FEINBERG   PAGE 05/10
Case 3:06-cv-07339-MJJ   Document 5-1   Filed 01/23/2007   Page 6 of 14

DATED: January ___, 2007      HENNIGAN, BENNETT & DORMAN LLP


By: _____
DoHoang T. Duong
Attorneys for Defendant William E. And Desiree
B. Moore Revocable Trust

DATED: January ___, 2007      MORGAN LEWIS


By: _____
Lisa Serebin
Attorneys for Defendant North Star Trust
Company

DATED: January 23, 2007      LEWIS, FEINBERG, LEE, RENAKER &
JACKSON, P.C.


By: /s/ Todd Jackson
Todd Jackson
Attorneys for Plaintiffs Thomas Fernandez and
Lora Smith


Good cause appearing, it is APPROVED: and IT IS SO ORDERED.


DATED: _____      _____
Honorable Martin J. Jenkins
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order      -4-      Case No. C06-07339 MJJ

| | | |
|---|---|---|
| 1 | DATED: January ___, 2007 | HENNIGAN, BENNETT & DORMAN LLP |
| 4 | | By: _____ |
| | | DoHoang T. Duong |
| | | Attorneys for Defendant William E. And Desiree B. Moore Revocable Trust |
| 6 | DATED: January ___, 2007 | MORGAN LEWIS |
| 9 | | By: _____ |
| | | Lisa Serebin |
| | | Attorneys for Defendant North Star Trust Company |
| 12 | DATED: January ___, 2007 | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| 15 | | By: _____ |
| | | Todd Jackson |
| | | Attorneys for Plaintiffs Thomas Fernandez and Lora Smith |

Good cause appearing, it is APPROVED: and IT IS SO ORDERED.

DATED: January 25, 2007    _____
Honorable Martin J. Jenkins
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order    -4-    Case No. C06-07339 MJJ

*Of Counsel to: Bartko, Zankel, Tarrant & Miller P.C.*

LOVITT & HANNAN, INC.
ATTORNEYS AT LAW
900 FRONT STREET, SUITE 300
SAN FRANCISCO 94111
(415) 362-8769