1  Daniel Feinberg – CA State Bar No. 135983
   Todd F. Jackson – CA State Bar No. 202598
2  Margaret E. Hasselman – CA State Bar No. 228529
   LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
3  1330 Broadway, Suite 1800
   Oakland, CA  94612
4  Telephone: (510) 839-6824
   Facsimile: (510) 839-7839
5  Email: dfeinberg@lewisfeinberg.com
   Email: tjackson@lewisfeinberg.com
6  Email: mhasselman@lewisfeinberg.com

7  Peter Rukin – CA State Bar No. 178336
   RUKIN HYLAND & DORIA LLP
8  100 Pine Street, Suite 725
   San Francisco, CA
9  Telephone: (415) 421-1800
   Facsimile: (415) 421-1700
10 Email: peterrukin@rhddlaw.com

11 *Attorneys for Plaintiffs and the Proposed Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED;  CIG ESOP PLAN COMMITTEE; and NORTH STAR TRUST COMPANY, <br><br> Defendants | Case No. C-06-07339 MJJ <br><br> **NOTICE OF FIRM NAME CHANGE** |

1  TO THE COURT AND ALL PARTIES OF RECORD:

2      Please take notice that effective January 1, 2007, the law firm of Lewis, Feinberg,

3  Renaker & Jackson, P.C., changed its name to Lewis, Feinberg, Lee, Renaker & Jackson, P.C.

4  Our address, phone number, and fax number have not changed.

6  Dated: February 22, 2007                             Respectfully submitted,

8                                            LEWIS, FEINBERG, LEE,
                                          RENAKER & JACKSON, P.C.

9                            By:    /s/ Margaret E. Hasselman
                                    Margaret Hasselman

10                                     *Attorneys for Plaintiffs and the Proposed Class*