MORGAN, LEWIS & BOCKIUS LLP
Nicole A. Diller (State Bar No. 154842)
Lisa S. Serebin (State Bar No. 146312)
Andrew C. Sullivan (State Bar. No. 226902)
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for North Star Trust Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; and NORTH STAR TRUST COMPANY,<br><br>Defendants. | Case No. C06-07339 MJJ<br><br>**NORTH STAR TRUST COMPANY'S RULE 7.1 DISCLOSURE STATEMENT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

NORTH STAR TRUST COMPANY'S
RULE 7.1 DISCLOSURE STATEMENT
CASE NO. C06-07339 MJJ

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant North Star Trust Company ("North Star") states that its parent corporation is the North Star Financial Corporation, and no publicly held corporation owns ten percent or more of North Star Financial Corporation's stock. North Star also discloses that on January 12, 2007, North Star Financial Corporation and Marshall & Ilsley Corporation announced that an agreement has been reached in which North Star Financial Corporation will be acquired by Marshall & Ilsley Corporation.

Dated: February 23, 2007                    MORGAN, LEWIS & BOCKIUS LLP


                                            By    /S/ Nicole A. Diller
                                                Nicole A. Diller, Esq.
                                                Lisa S. Serebin, Esq.
                                                Andrew C. Sullivan, Esq.

                                            Attorneys for North Star Trust Company

1-SF/7506321.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1

NORTH STAR TRUST COMPANY'S
RULE 7.1 DISCLOSURE STATEMENT
CASE NO. C06-07339 MJJ