Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
*rl@lh-sf.com, jth@lh-sf.com, hib@lh-sf.com*

Attorneys for Defendants
K-M Industries Holding Co. Inc.;
K-M Industries Holding Co. Inc. ESOP Plan Committee;
and CIG ESOP Plan Committee

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO. INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; and NORTH STAR TRUST COMPANY, <br><br> Defendants. | Case No. C06-07739 MJJ <br><br> STIPULATION AND [PROPOSED] ORDER RE FOIA DISCOVERY |

WHEREAS, Plaintiffs made a Freedom of Information Act ("FOIA") request for information to the Department of Labor ("DOL") on December 22, 2006

Stipulation and [Proposed] Order    -1-    Case No. C06-07339 MJJ

requesting information regarding the K-M Industries Holding Co., Inc. Employee Stock Ownership Plan, the Kelly-Moore Paint Co. Employee Stock Ownership Plan, and the Capital Insurance Group Employee Stock Ownership Plan ("K-M ESOPs");

WHEREAS, one Defendant presently has the opportunity to submit to DOL objections under Exemption 4;

WHEREAS, Defendants desire to produce all documents to Plaintiffs that it produced to the Department of Labor and Defendants desire that the confidentiality of any such documents that Defendants designate as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" be protected under the Stipulated Protective Order signed by the parties;

WHEREAS, the Parties to the above titled litigation desire to make discovery in this litigation efficient and cost effective while ensuring that both parties have proper access to documents sent to DOL by Defendants;

Accordingly, IT IS HEREBY AGREED AND STIPULATED by the parties through their counsel of record that:

1. Defendants will not claim protection under any Exemption, including Exemption 4, with the Department of Labor and will withdraw any previously asserted claims for protection under any Exemption, including Exemption 4, in writing, with a copy of such correspondence copied to Plaintiffs' Counsel. Defendants will, in the same writing, state that they do not object to DOL, in its discretion, producing to plaintiffs the documents that Defendants submitted to the DOL.

2. Defendants are unaware of any non-Defendant who has, or intends to, claim protection under any exemption regarding documents submitted to the DOL regarding the K-M ESOPs. Defendants will not encourage any person or entity to claim protection under exemption regarding documents submitted to the DOL regarding the K-M ESOPs.

3. Plaintiffs agree to hold all documents that were submitted to the Department of Labor by Defendants that Plaintiffs receive from DOL in response to Plaintiffs' present or future FOIA request(s) as "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY" according to the terms of the Stipulated Protective Order signed by the parties until 30 calendar days after Plaintiffs provide such documents to Defendants;

4. Plaintiffs and Defendants agree that Plaintiffs will provide to Defendants an electronic or paper copy of all documents that are provided to Plaintiffs by DOL in response to Plaintiffs' present or future FOIA request(s), within 15 calendar days of Plaintiffs' receipt of such documents.

5. Within 30 calendar days after receipt from Plaintiffs, Defendants agree to review all documents sent by Plaintiffs to designate any documents they intend to be protected by the Stipulated Protective Order, except that Defendants may not designate as confidential any documents provided to Plaintiffs by DOL that were not submitted to DOL by Defendants (for example, any documents created by DOL or submitted by parties other than Defendants). Plaintiffs' obligation under Paragraph 2 to hold all documents received from DOL as "HIGHLY CONFIDENTIAL" will expire upon 30 days or upon Defendants' review and designation. When Defendants have completed their review and designation under this paragraph, only those documents designated by Defendants to be protected by the Stipulated Protective Order will covered by the terms of the Stipulated Protective Order.

6. Plaintiffs and Defendants agree that Defendants will provide to Plaintiffs an electronic or paper copy of all documents that are provided to Defendants by DOL in response to Defendants' present or future FOIA request(s), within 15 calendar days of Plaintiffs' receipt of such documents.

7. Nothing in this Stipulation shall alter any party's right to challenge,

Stipulation and [Proposed] Order     -3-     Case No. C06-07339 MJJ

under the terms of the Stipulated Protective Order, the designation of any document as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" except that during the period described in paragraph 2 above all documents will be held as "HIGHLY CONFIDENTIAL."

DATED: February ___, 2007       LOVITT & HANNAN, INC.


By: _____
　　　　　　　Ronald Lovitt
Attorneys for Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan Committee; and CIG ESOP Plan Committee

DATED: February ___, 2007       HENNIGAN, BENNETT & DORMAN LLP


By: _____
　　　　　　　Robert L. Palmer
Attorneys for Defendant William E. And Desiree B. Moore Revocable Trust

DATED: February ___, 2007       MORGAN LEWIS


By: _____
　　　　　　　Lisa Serebin
Attorneys for Defendant North Star Trust Company

DATED: February ___, 2007       LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.


By: _____
          Todd Jackson
Attorneys for Plaintiffs Thomas Fernandez and Lora Smith


Good cause appearing, it is APPROVED: and IT IS SO ORDERED.


DATED: _____       _____
                            Honorable Martin J. Jenkins
                            UNITED STATES DISTRICT JUDGE

---

Stipulation and [Proposed] Order        -5-        Case No. C06-07339 MJJ