1  
2  Daniel Feinberg (CA State Bar No. 135983)
   Todd F. Jackson (CA State Bar No. 202598)
   Margaret Hasselman (CA State Bar No. 228529)
3  LEWIS, FEINBERG, LEE, RENAKER &
   JACKSON, P.C.
4  1330 Broadway, Suite 1800
   Oakland, CA 94612
5  Telephone: (510) 839-6824
   Facsimile: (510) 839-7839
6  Email: dfeinberg@lewisfeinberg.com
   Email: tjackson@lewisfeinberg.com
7  Email: mhasselman@lewisfeinberg.com

8  Peter Rukin (CA State Bar No. 178336)
   RUKIN HYLAND DORIA & TINDALL LLP
9  100 Pine Street , Suite 725
   San Francisco, CA  94111
10 Telephone: (415) 421-1800
   Facsimile: (415) 421-1700
11 Email: peterrukin@rhdtlaw.com

12 *Attorneys for Plaintiffs and the Proposed Class*

13                IN THE UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

15               SAN FRANCISCO AND OAKLAND DIVISION

16

17 THOMAS FERNANDEZ and LORA SMITH,           )
   individually and on behalf of a class of all other )
18 persons similarly situated,                 )   **CASE NO.:** C-06-07339 MJJ
                                               )
19                                             )
                                               )
20           Plaintiffs,                       )
       vs.                                     )
21                                             )   **NOTICE OF FIRM NAME CHANGE**
                                               )
22 K-M INDUSTRIES HOLDING CO., INC.; K-M       )
   INDUSTRIES HOLDING CO., INC. ESOP           )
23 PLAN COMMITTEE; WILLIAM E. AND              )
   DESIREE B. MOORE REVOCABLE TRUST;           )
24 TRUSTEES OF THE WILLIAM E. AND              )
   DESIREE B. MOORE REVOCABLE TRUST;           )
25 ADMINISTRATOR OF THE ESTATE OF              )
   WILLIAM E. MOORE, DECEASED; CIG             )
26 ESOP PLAN COMMITTEE; and NORTH              )
   STAR TRUST COMPANY,                         )
27                                             )
28                                             )
             Defendants.                       )

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT effective January 1, 2007, the law firm of Rukin Hyland & Doria LLP changed its name to Rukin Hyland Doria & Tindall LLP. Our address, phone number, and fax number have not changed.

Dated: February 27, 2007

                                                    Respectfully Submitted,
RUKIN HYLAND DORIA & TINDALL LLP

By: _____
            Peter Rukin

Peter Rukin (CA State Bar No. 178336)
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street , Suite 725
San Francisco, CA  94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
Email: peterrukin@rhdtlaw.com

Daniel Feinberg (CA State Bar No. 135983)
Todd F. Jackson (CA State Bar No. 202598)
Margaret Hasselman (CA State Bar No. 228529)
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
Email: tjackson@lewisfeinberg.com
Email: mhasselman@lewisfeinberg.com