Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
rl@lh-sf.com, jth@lh-sf.com, hib@lh-sf.com

Attorneys for Defendants K-M Industries
Holding Co. Inc.; K-M Industries Holding Co.
Inc. ESOP Plan Committee; and CIG ESOP
Plan Committee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO. INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; and NORTH STAR TRUST COMPANY,<br><br>        Defendants. | Case No. C06-07339 MJJ<br><br>CORPORATE DISCLOSURE STATEMENT of K-M Industries Holding Co., Inc.,<br>[F.R.Civ.P. 7.1] |

Pursuant to Rule 7.1 Federal Rules of Civil Procedure, K-M Industries

Holding Co., Inc. states that it is not a publicly-held corporation, it does not have a

---

Corporate Disclosure Statement        -1-       Case No. C06-07339 MJJ
K-M Industries Holding Co., Inc., K-M Industries Holding Co., Inc.
ESOP Plan Committee and CIG ESOP Plan Committee

parent corporation and no publicly-held corporation owns 10 percent or more of K-M Industries Holding Co., Inc.'s stock.

DATED: March 1, 2007

LOVITT & HANNAN, INC.

By: /s/ Henry I. Bornstein
Henry I. Bornstein
Attorneys for K-M Industries Holding Co., Inc., K-M Industries Holding Co., Inc. ESOP Plan Committee and CIG ESOP Plan Committee

---

Corporate Disclosure Statement   -2-   Case No. C06-07339 MJJ
K-M Industries Holding Co., Inc., K-M Industries Holding Co., Inc.
ESOP Plan Committee and CIG ESOP Plan Committee