# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Fernandez,<br><br>              Plaintiff(s),<br><br>    v.<br><br>K-M Industries Holding Co, Inc,<br><br>              Defendant(s). | 06-07339 MJJ<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
06-07339 MJJ                                        -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: March 7, 2007

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

PROOF OF SERVICE

Case Name:      Fernandez v. K-M Industries Holding Co, Inc

Case Number:    06-07339 MJJ

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On March 7, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Margaret Elizabeth Hasselman
> Lewis, Feinberg, Lee, Renaker & Jackson
> 1330 Broadway, Suite 1800
> Oakland, CA 94612
> mhasselman@lewisfeinberg.com
>
> Todd Jackson
> Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
> 1330 Broadway
> Suite 1800
> Oakland, CA 94612
> tjackson@lewisfeinberg.com
>
> Daniel Mark Feinberg
> Lewis Feinberg Lee Renaker & Jackson, P.C.
> 1330  Broadway, Suite 1800
> Oakland, CA 94612
> dfeinberg@lewisfeinberg.com

Peter S. Rukin
Rukin Hyland Doria & Tindall LLP
100 Pine Street
Suite 725
San Francisco, CA 94111
peterrukin@rhdtlaw.com

Ronald Lovitt
Lovitt & Hannan, Inc.
900 Front Street
Suite 300
San Francisco, CA 94111
rl@lh-sf.com

Henry I. Bornstein
Lovitt & Hannan, Inc.
900 Front Street
Suite 300
San Francisco, CA 94111
hib@lh-sf.com

Bruce Scott Bennett
Hennigan Bennett & Dorman LLP
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017
bennettb@hbdlawyers.com

Nicole A. Diller
Morgan, Lewis & Bockius, LLP
One Market, Spear Street Tower
28th Floor
San Francisco, CA 94105
ndiller@morganlewis.com

Andrew Cameron Sullivan
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
asullivan@morganlewis.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 7, 2007 in San Francisco, California.

        RICHARD W. WIEKING
        Clerk
        by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*
        ADR Administrative Assistant
        415-522-4205
        Tim_Smagacz@cand.uscourts.gov