UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF CALIFORNIA

THOMAS FERNANDEZ, et al.

        Plaintiff(s),

v.

K-M INDUSTRIES HOLDING CO., INC., et al.

        Defendant(s).

Case No. 06-06554 CRB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site **www.adr.cand.uscourts.gov** *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3-7-07

        _____
        [Party] Thomas Fernandez Jr.

Dated: 3-7-07

        _____
        Margaret E. Hasselman
        [Counsel]