UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THOMAS FERNANDEZ and LORA
SMITH, et al.
              Plaintiff(s),

v.

K-M INDUSTRIES HOLDING CO.,
INC., et al.
              Defendant(s).
_____/

Case No. C06-07339 MJJ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3-7-07

Dated: 3-9-07

John Hommel, SR. V.P.
North Star Trust Company

Nicole A. Diller
Morgan, Lewis & Bockius