UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FERNANDEZ, et al.

                Plaintiff(s),

CASE NO. 06-07339 (MJJ)

v.

K-M INDUSTRIES HOLDING CO., INC.,

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

                Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓ Private ADR *(please identify process and provider)* Private Mediation
The parties have not yet agreed on the identity of a mediator but will continue to meet and confer on the issue.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓ other requested deadline December 31, 2007.
The parties may request an extension if it appears that the litigation is not yet developed enough to make mediation productive.

Dated: 3//9/07

/s/ Todd Jackson
Attorney for Plaintiff

Dated: 3/9/07

Andrew C. Sullivan
Attorney for Defendant
North Star Trust Company

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FERNANDEZ, et al.

        Plaintiff(s),

v.

K-M INDUSTRIES HOLDING CO., INC.,

        Defendant(s).

CASE NO. 06-07339 (MJJ)

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- Non-binding Arbitration (ADR L.R. 4)
- Early Neutral Evaluation (ENE) (ADR L.R. 5)
- Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓ Private ADR (*please identify process and provider*) Private Mediation

The parties have not yet agreed on the identity of a mediator but will continue to meet and confer on the issue.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓ other requested deadline December 31, 2007.
    The parties may request an extension if it appears that the litigation is not yet developed enough to make mediation productive.

Dated: 3//9/07          /s/ Todd Jackson
                                      Attorney for Plaintiff

Dated: 3/9/07          [signature]
                                      Attorney for Defendant
                                      K-M Industries Holding Co., Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FERNANDEZ, et al.

            Plaintiff(s),

v.

K-M INDUSTRIES HOLDING CO., INC.,

            Defendant(s).

CASE NO. 06-07339 (MJJ)

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓     Private ADR *(please identify process and provider)*   Private Mediation

The parties have not yet agreed on the identity of a mediator but will continue to meet and confer on the issue.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓     other requested deadline   December 31, 2007.
        The parties may request an extension if it appears that the litigation is not yet developed enough to make mediation productive.

Dated: 3//9/07                             /s/ Todd Jackson
                                              Attorney for Plaintiff

Dated: 3/9/07                                  Johaany T. Duong
                                              Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
      Mediation
✓     Private ADR

Deadline for ADR session
      90 days from the date of this order.
✓     other  December 31, 2007

IT IS SO ORDERED.

Dated:_____

                                      UNITED STATES DISTRICT      JUDGE