UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THOMAS FERNANDEZ AND
LORA SMITH
          Plaintiff(s),

v.

K-M INDUSTRIES HOLDING CO.,
INC., et al.
          Defendant(s).

Case No. C 06-07339 MJJ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: March 12, 2007

[Party]
Desiree B. Moore

Dated: March 12, 2007

[Counsel]
Robert L. Palmer

Rev. 12/05

American LegalNet, Inc.
www.USCourtForms.com