IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**                    Courtroom Clerk: **Edward Butler**

DATE: **March 20, 2007**                                        Court reporter: **Not Reported**

Case Number:   **C 06-7339 MJJ**                           Time: **2:42–3:12 p.m.**

Case Name:     **Thomas Fernandez, et al. v. K-M Industries Holding Co., Inc., et al.**

| COUNSEL FOR PLAINTIFF(S): | COUNSEL FOR DEFENDANT(S): |
|---|---|
| Todd Jackson | Nicole Diller for Northstar Trust Co. |
| Margo Hasselman | Ron Lovit for K-M Industries |
| Peter Rukin | Bob Palmer for The Moore Revocable Trust |

PROCEEDINGS:                              RULING:

( ) Status Conference      ( )P/T Conference      (X) Case Management Conference

ORDERED AFTER HEARING:

ORDER TO BE PREPARED BY:    Plntf ( )  Deft ()  Court (X)

Referred to Magistrate Judge _____ For: _____

CASE CONTINUED TO: **7/17/07 at 2:00 p.m.**  for **Further Status Conference**

Discovery Cut-Off: **8/31/07**            Expert Discovery Cut-Off: **1/18/08**

Parties to Name Experts by: **11/9/07**    Expert Reports to be Tendered by: **11/16/07**

Designation of Supplemental/Rebuttal Experts: **12/07/07**    Reports: **12/07/07**

Dispositive Motion shall be heard by: **3/11/08** at 9:30 a.m.

Pre-Trial Conference Date:  **4/29/08** at 3:30 p.m.

Trial Date:    **5/12/08**  at 8:30 a.m.   Set for **15** days

       Type of Trial:   ( )Jury     (**X**)Court

Notes: October 9, 2007 – Motions deadline re: Statute of Limitations and Class Certification;
May 25, 2007 – Deadline to add Moore Trust or any other additional parties.

cc: