Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 075885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
rl@lh-sf.com , jth@lh-sf.com, hib@lh-sf.com
Attorneys for Defendants
K-M Industries Holding Co. Inc.;
K-M Industries Holding Co. Inc. ESOP Plan Committee;
and CIG ESOP Plan Committee

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similar situated,<br><br>　　　　　　　　Plaintiffs,<br>　vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; and NORTH STAR TRUST COMPANY,<br><br>　　　　　　　　Defendants. | Case No. C 06-07339 MJJ<br><br>REQUEST FOR ORDER EXTENDING DEADLINE FOR SERVICE OF DEFENDANTS' WRITTEN RESPONSES TO DISCOVERY PROPOUNDED BY PLAINTIFFS [STANDING ORDER, ¶ 7] |

1  Defendants K-M Industries Holding Co., Inc., K-M Industries Holding Co., Inc. ESOP Plan
2  Committee CIG ESOP Plan Committee hereby request an order granting an extension of the
3  deadline for service of defendants' written responses to discovery propounded by plaintiffs.  The
4  extension of time is necessary because of the scope of the requested discovery and the circumstances
5  of the case, including the availability of witnesses and pertinent information.  All parties have
6  stipulated to this extension.
7        This Request is based upon the Stipulation and Declaration filed herewith.

9  DATED:  May 1, 2007                      LOVITT & HANNAN, INC.

By: _____
      Henry I. Bornstein
Attorneys for Defendants K-M Industries Holding
Co., Inc., K-M Industries Holding Co., Inc., ESOP
Plan Committee and CIG ESOP Plan Committee