Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 075885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
*rl@lh-sf.com , jth@lh-sf.com, hib@lh-sf.com*

Attorneys for Defendants
K-M Industries Holding Co. Inc.;
K-M Industries Holding Co. Inc. ESOP Plan Committee;
and CIG ESOP Plan Committee

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similar situated,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; and NORTH STAR TRUST COMPANY,<br><br>                    Defendants. | Case No. C 06-07339 MJJ<br><br>DECLARATION IN SUPPORT OF REQUEST FOR ORDER EXTENDING DEADLINE FOR SERVICE OF DEFENDANTS' WRITTEN RESPONSES TO DISCOVERY PROPOUNDED BY PLAINTIFFS [STANDING ORDER, ¶ 7] |

I, Henry I. Bornstein, do hereby declare as follows:

1.      I am of counsel to Lovitt & Hannan, Inc., counsel to defendants K-M Industries

Holding Co., Inc., K-M Industries Holding Co., Inc. ESOP Plan Committee CIG ESOP Plan

Committee in this matter.  I submit this Declaration in support of defendants' request for an order

granting an extension of the deadline for service of defendants' written responses to discovery

propounded by plaintiffs.  The statements in this Declaration are based upon my personal

knowledge, and if called as a witness, I would testify as follows.

2.      On April 2, 2007, Plaintiffs served requests for production of documents, requests for

admissions and interrogatories on all Defendants.

3.      Under the Federal Rules of Civil Procedure, Defendants' responses to Plaintiffs' first

set of requests for production of documents, requests for admissions, and interrogatories are due on

May 7, 2007.

4.      Mr. Dan Stritmatter, a key employee of defendant K-M Industries Holding Co., Inc.

who possesses information necessary to respond to these discovery requests and who will be making

the responses to the requests on behalf of the company, has been traveling in Europe and will be

unavailable until after May 4, 2007.

5.       Defendants therefore require a short extension of time within which to serve

responses to Plaintiffs' discovery requests until May 11, 2007 in order to allow Mr. Stritmatter to

respond to the requests on behalf of the company.

6.      Accordingly, all parties have stipulated to the following:

a.      All Defendants shall serve written responses to Plaintiffs' first set of requests

for admission and first set of interrogatories no later than May 11, 2007;

b.      Defendants K-M Industries Holding Co., Inc., K-M Industries Holding Co.,

Inc. ESOP Plan Committee CIG ESOP Plan Committee shall serve written responses to

Plaintiffs' first set of requests for production of documents no later than May 11, 2007.

c.      The deadline for Defendant William E. And Desiree B. Moore Revocable

Case No. C 06-07339 MJJ          DECLARATION IN SUPPORT OF REQUEST FOR ORDER EXTENDING DEADLINE FOR
SERVICE OF DEFENDANTS' WRITTEN RESPONSES TO DISCOVERY PROPOUNDED
BY PLAINTIFFS

1    Trust and Defendant North Star Trust Company to respond to Plaintiffs' requests for

2    production shall remain unchanged.

3

4        I declare under penalty of perjury under the laws of the United States that the foregoing is

5    true and correct.  Executed at Berkeley, California on May 1, 2007.

6

7

8                                                    _____

9                                                    Henry I. Bornstein

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 06-07339 MJJ        DECLARATION IN SUPPORT OF REQUEST FOR ORDER EXTENDING DEADLINE FOR
                               SERVICE OF DEFENDANTS' WRITTEN RESPONSES TO DISCOVERY PROPOUNDED
                               BY PLAINTIFFS