| | |
|---|---|
| 1 | Daniel Feinberg – CA State Bar No. 135983 |
| | Todd F. Jackson – CA State Bar No. 202598 |
| 2 | Margaret E. Hasselman – CA State Bar No. 228529 |
| | Nina R. Wasow – CA State Bar No. 242047 |
| 3 | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| | 1330 Broadway, Suite 1800 |
| 4 | Oakland, CA  94612 |
| | Telephone: (510) 839-6824 |
| 5 | Facsimile: (510) 839-7839 |
| | Email: dfeinberg@lewisfeinberg.com |
| 6 | Email: tjackson@lewisfeinberg.com |
| | Email: mhasselman@lewisfeinberg.com |
| 7 | Email: nwasow@lewisfeinberg.com |
| 8 | Peter Rukin – CA State Bar No. 178336 |
| | RUKIN HYLAND DORIA & TINDALL LLP |
| 9 | 100 Pine Street, Suite 725 |
| | San Francisco, CA |
| 10 | Telephone: (415) 421-1800 |
| | Facsimile: (415) 421-1700 |
| 11 | Email: peterrukin@rhddlaw.com |
| 12 | *Attorneys for Plaintiffs and the Proposed Class* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; and NORTH STAR TRUST COMPANY,<br><br>Defendants | Case No. C-06-07339 MJJ<br><br>**NOTICE OF APPEARANCE OF NINA WASOW** |

NOTICE OF APPEARANCE [CASE NO. C-06-07339 MJJ]

1  TO THE COURT AND ALL PARTIES OF RECORD:

2  Please take notice that Nina Wasow of LEWIS, FEINBERG, LEE, RENAKER & JACKSON,

3  P.C., 1330 Broadway, Suite 1800, Oakland, CA 94612, Telephone: (510) 839-6824, Facsimile:

4  (510) 839-7839 will be representing the Plaintiffs Thomas Fernandez and Lora Smith,

5  individually and on behalf of a class of all other persons similarly situated.

7  Dated: May 14, 2007                                Respectfully submitted,

                                                      LEWIS, FEINBERG, LEE,
                                                      RENAKER & JACKSON, P.C.

                                        By:   _____/s/_____
                                              Nina Wasow
                                              *Attorneys for Plaintiffs*
                                              *and the Proposed Class*

NOTICE OF APPEARANCE [CASE NO. C-06-07339 MJJ]                                    Page 1