```
 1  Ronald Lovitt, Bar No. 040921
    J. Thomas Hannan, Bar No. 039140
 2  Henry I. Bornstein, Bar No. 075885
    LOVITT & HANNAN, INC.
 3  900 Front Street, Suite 300
    San Francisco, California 94111
 4  Telephone: (415) 362-8769
    Facsimile: (415) 362-7528
 5  rl@lh-sf.com , jth@lh-sf.com, hib@lh-sf.com
 6  Attorneys for Defendants
    K-M Industries Holding Co. Inc.;
 7  K-M Industries Holding Co. Inc. ESOP Plan Committee;
    and CIG ESOP Plan Committee
 8
 9
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similar situated,<br><br>             Plaintiffs,<br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; and NORTH STAR TRUST COMPANY,<br><br>             Defendants. | Case No. C 06-07339 MJJ<br><br>JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SERVICE OF DEFENDANTS' WRITTEN RESPONSES TO DISCOVERY PROPOUNDED BY PLAINTIFFS |

Case No. C 06-07339 MJJ      JOINT STIPULATION EXTENDING DEADLINE FOR SERVICE OF DEFENDANTS' WRITTEN RESPONSES TO DISCOVERY PROPOUNDED BY PLAINTIFFS

1  WHEREAS, Plaintiff served requests for production of documents, requests for admissions
2  and interrogatories on all Defendants on April 2, 2007;
3  WHEREAS, under the Federal Rules of Civil Procedure, Defendants' responses to Plaintiffs'
4  first set of requests for production of documents, requests for admissions, and interrogatories are due
5  on May 7, 2007;
6  WHEREAS, due to the scope of the requested discovery and the circumstances of the case,
7  including the availability of witnesses and pertinent information, Defendants require a brief
8  extension of time to respond to the written discovery propounded by Plaintiffs;
9  WHEREAS, Plaintiffs and Defendants have agreed to a brief stipulated extension of time for
10  all Defendants to respond to the first set of requests for admission and interrogatories propounded by
11  Plaintiffs;
12  WHEREAS, Plaintiffs and Defendants K-M Industries Holding Co., Inc., K-M Industries
13  Holding Co., Inc. ESOP Plan Committee and CIG ESOP Plan Committee (collectively, "Corporate
14  Defendants") have agreed to a brief stipulated extension of time for the Corporate Defendants to
15  respond to Plaintiffs' requests for production;
16  WHEREAS, the agreed-upon extensions of time will not affect the trial date or any of the
17  deadlines established by the Court;
18  WHEREAS, the Corporate Defendants have agreed to make all reasonable efforts to provide
19  witnesses for Rule 30(b)(6) depositions during the last two weeks of May;
20  Accordingly, IT IS HEREBY AGREED AND STIPULATED by the parties through their
21  counsel of record, that the deadline for Defendants' responses to the discovery propounded by
22  Plaintiffs on April 2, 2007 shall be extended as follows:
23      a.    All Defendants shall serve written responses to Plaintiffs' first set of requests for
24  admission and first set of interrogatories no later than May 11, 2007;
25      b.    The Corporate Defendants shall serve written responses to Plaintiffs' first set of
26  requests for production of documents no later than May 11, 2007.
27      c.    The deadline for Defendant William E. And Desiree B. Moore Revocable Trust and
28

-1-
CASE NO. C 06-07339 MJJ    JOINT STIPULATION EXTENDING DEADLINE FOR SERVICE OF DEFENDANTS'
WRITTEN RESPONSES TO DISCOVERY PROPOUNDED BY PLAINTIFFS

Defendant North Star Trust Company to respond to Plaintiffs' requests for production shall remain unchanged by this Stipulation.

DATED: April 26, 2007        LOVITT & HANNAN, INC.


By: _____/S/_____
   Henry I. Bornstein
Attorneys for Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan Committee; and CIG ESOP Plan Committee


DATED: April 26, 2007        HENNIGAN, BENNETT & DORMAN LLP


By: _____/S/_____
   Robert L. Palmer
Attorneys for Defendant William E. And Desiree B. Moore Revocable Trust


DATED: April 30, 2007        MORGAN LEWIS & BOCKIUS LLP


By: _____/S/_____
   Lisa Serebin
Attorneys for Defendant North Star Trust Company

DATED: April 27, 2007

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: _____/S/_____
Todd Jackson
Attorneys for Plaintiffs Thomas Fernandez and Lora Smith

**ORDER**

**IT IS SO ORDERED.**

DATED: ___May 7, 2007_____

_____
The Honorable Martin J. Kenkins
United States District Judge