Daniel Feinberg – CA State Bar No. 135983
Todd F. Jackson – CA State Bar No. 202598
Margaret E. Hasselman – CA State Bar No. 228529
Nina Wasow – CA State Bar No. 202047
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
Email: tjackson@lewisfeinberg.com
Email: mhasselman@lewisfeinberg.com
Email: nwasow@lewisfeinberg.com

*Attorneys for Plaintiffs and the Proposed Class*
(Counsel continued on next page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,<br><br>Defendants | Case No. C-06-07339 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT** |

STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT [CASE NO. C-06-07339 MJJ ]

i

1  Peter Rukin – CA State Bar No. 178336
   RUKIN HYLAND DORIA & TINDALL LLP
2  100 Pine Street, Suite 725
   San Francisco, CA
3  Telephone: (415) 421-1800
   Facsimile: (415) 421-1700
4  Email: peterrukin@rhddlaw.com

5  *Attorneys for Plaintiffs and the Proposed Class*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT [CASE NO. C-06-07339 MJJ]

1  WHEREAS, the Court's Pretrial Order states that parties may be added until May 25, 2007;

2  WHEREAS, under Federal Rule of Civil Procedure 15(a), a party may amend a pleading by leave of court or by written consent of the adverse party;

3  WHEREAS Plaintiffs wish to amend their complaint by adding parties and making certain other changes to the allegations of the complaint;

4  WHEREAS Defendants are willing to consent to the filing of the proposed first amended complaint ("FAC") only if conditioned on Plaintiffs' express agreement as follows:

- Defendants' consent is solely a procedural accommodation;
- Defendants' consent does not represent and will not be urged by Plaintiffs to represent any acknowledgment of the propriety of any or all of Plaintiffs' existing or proposed claims and/or amendments; and
- By entering into this Stipulation, no party waives any substantive rights. Defendants have not waived but instead have preserved in full all their substantive rights and defenses, including but not limited to: all substantive arguments that could have been interposed in or as part of an opposition to a motion for leave to amend the complaint; and defenses arising out of applicable statutes of limitation, and the doctrines of laches and estoppel.

Accordingly IT IS HEREBY AGREED AND STIPULATED by the parties through their counsel of record, as follows:

1. Plaintiffs may file a FAC in the form attached hereto as Exhibit 1;
2. Defendants' consent to the filing of the FAC is solely a procedural accommodation;
3. Defendants' consent does not represent and will not be urged by Plaintiffs to represent any acknowledgment of the propriety of any or all of Plaintiffs' existing or proposed claims and/or amendments; and
4. By entering into this Stipulation, no party waives any substantive rights.

Defendants have not waived but instead have preserved in full all their substantive rights and defenses, including but not limited to: all substantive arguments that could have been interposed in or as part of an opposition to a motion for leave to amend the complaint; and defenses arising out of applicable statutes of limitation, and the doctrines of laches and estoppel.

Dated: May 25, 2007

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: /s/
Todd Jackson
*Attorneys for Plaintiffs
and the Proposed Class*

Dated: _____

LOVITT & HANNAN, INC.

By: _____
Henry Bornstein
*Attorneys for Defendant K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan Committee; and CIG ESOP Plan Committee*

Dated: _____

HENNIGAN, BENNETT & DORMAN LLP

By: _____
Robert L. Palmer
*Attorneys for Defendant William E. and Desiree B. Moore Revocable Trust; Desiree B. Moore Revocable Trust; William E. Moore Marital Trust; William E. and Desiree B. Moore Revocable Trust Generation-Skipping Trust; and Desiree Moore*

///
///
///

1  Defendants have not waived but instead have preserved in full all their substantive
2  rights and defenses, including but not limited to: all substantive arguments that
3  could have been interposed in or as part of an opposition to a motion for leave to
4  amend the complaint; and defenses arising out of applicable statutes of limitation,
5  and the doctrines of laches and estoppel.

Dated: _____

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.

By: _____
Todd Jackson
*Attorneys for Plaintiffs
and the Proposed Class*

Dated: May 25, 2007

LOVITT & HANNAN, INC.

By: _____
Henry Bornstein
*Attorneys for Defendant K-M Industries
Holding Co., Inc.; K-M Industries Holding
Co., Inc. ESOP Plan Committee; and CIG
ESOP Plan Committee*

Dated: MAY 25, 2007

HENNIGAN, BENNETT & DORMAN LLP

By: Robert L. Palmer (WB)
Robert L. Palmer
*Attorneys for Defendant William E. and
Desiree B. Moore Revocable Trust; Desiree
B. Moore Revocable Trust; William E.
Moore Marital Trust; William E. and
Desiree B. Moore Revocable Trust
Generation-Skipping Trust; and Desiree
Moore*

///
///
///

1 | Dated: May 25, 2007                     MORGAN, LEWIS & BOCKIUS LLP
2
3 |                              By:         /s/
   |                                    Nicole Diller
4 |                                    *Attorneys for Defendant North Star Trust*
   |                                    *Company*
5
6 | IT IS SO ORDERED.
7 | Dated:   May 29, 2007                   [signature]
8 |                                    Hon. Martin J. Jenkins
   |                                    United States District Judge

STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT [CASE NO. C-06-07339 MJJ]

Page 3