Daniel Feinberg – CA Bar No. 135983
Todd F. Jackson – CA Bar No. 202598
Margaret E. Hasselman – CA Bar No. 228529
Nina Wasow – CA Bar No. 202047
LEWIS, FEINBERG, LEE, RENAKER
& JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email:  dfeinberg@lewisfeinberg.com
Email:  tjackson@lewisfeinberg.com
Email:  mhasselman@lewisfeinberg.com
Email: nwasow@lewisfeinberg.com

*Attorneys for Plaintiffs and the Proposed Class*
(Additional counsel on signature page)

Ronald Lovitt, CA Bar No. 040921
J. Thomas Hannan, CA Bar No. 039140
Henry I. Bornstein, CA Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
Email: rl@lh-sf.com
Email: jth@lh-sf.com
Email: hib@lh-sf.com

*Attorneys for Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co. ESOP Plan Committee; and CIG ESOP Plan Committee*
(Additional counsel on signature page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,<br><br>Defendants. | Case No. C-06-07339 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL ORDER** |

STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL ORDER
[CASE NO. C-06-07339 MJJ ]

i

WHEREAS, the Court entered a Pretrial Order on March 21, 2007, setting forth the following deadlines and other dates in this litigation:

| | | |
|---|---|---|
| 1. | Further Status Conference: | July 17, 2007. |
| 2. | Non-Expert Discovery Cutoff: | August 31, 2007. |
| 3. | Hearing on motions on Class Certification and Statute of Limitations: | October 9, 2007. |
| 4. | Designation of Experts: | November 9, 2007. |
| 5. | Expert Reports Exchanged: | November 16, 2007. |
| 6. | Designation of Supplemental Rebuttal Experts and Exchange of Rebuttal Reports: | December 7, 2007. |
| 7. | Expert Discovery Cutoff: | January 18, 2008. |
| 8. | Hearing on Dispositive Motions: | March 11, 2008. |
| 9. | Pretrial Conference: | April 29, 2008, 3:30 p.m. |
| 10. | Trial: | May 12, 2008, 8:30 a.m. |

WHEREAS, this schedule was predicated on Plaintiffs promptly serving discovery requests and Defendants promptly responding to those requests;

WHEREAS, Plaintiffs served discovery requests on Defendants on April 2, 2007, including Interrogatories, Requests for Admission, and Requests for Production of Documents;

WHEREAS, Defendants have responded in writing to Plaintiffs on all discovery requests but have not yet completed production of documents, specifically:

    a. Plaintiffs and the Moore Trust have agreed that an extension of the current schedule is warranted to enable the Moore Trust to efficiently and effectively respond to plaintiffs' pending discovery requests;

    b. Defendants K-M Industries Holding Co., Inc., K-M Industries Holding Co., Inc. ESOP Plan Committee, and CIG ESOP Plan Committee have not produced the bulk of their hard-copy production and have produced no electronic discovery;

    c. Defendant North Star Trust Company has produced documents in hard copy form but has not completed electronic production;

WHEREAS, Plaintiffs have diligently attempted to obtain complete productions from Defendants, and Defendants have diligently attempted to produce responsive documents but have

STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL ORDER
[CASE NO. C-06-07339 MJJ ]

1 not been able to complete production;

2 WHEREAS, the parties agree that depositions of Defendants and other witnesses will be
3 more efficient and productive if Plaintiffs have had an opportunity to review all relevant
4 documents;

5 WHEREAS, the parties agree that the exchange of discovery has been slower than was
6 anticipated when the scheduling order was entered;

7 WHEREAS, the parties wish to avoid motions to compel production, which will be time-
8 consuming and expensive, but will be necessary if all parties are not relieved from the current
9 schedule;

10 WHEREAS, the litigation schedule overlaps with the December holidays, and so the
11 parties have adjusted certain dates to accommodate the celebration of the holidays by the parties
12 and the Court;

13 WHEREAS, therefore, the parties agree that the proposed schedule below will better
14 enable the resolution of this litigation on its merits;

15 Accordingly IT IS HEREBY AGREED AND STIPULATED by the parties through their
16 counsel of record, to extend the dates previously set forth in the Court's Pretrial Order as follows:

| | | | |
|---|---|---|---|
| 17 | 1. | Further Status Conference: | July 17, 2007. |
| 18 | 2. | Non-Expert Discovery Cutoff: | October 31, 2007. |
| 19 | 3. | Motions on Class Certification and Statute of Limitations to be heard | |
| 20 | | no later than: | December 11, 2007. |
| 21 | 4. | Designation of Experts: | February 15, 2008. |
| 22 | 5. | Expert Reports Exchanged: | February 22, 2008. |
| 23 | 6. | Designation of Supplemental Rebuttal Experts and Exchange of Rebuttal Reports: | March 14, 2008. |
| 24 | 7. | Expert Discovery Cutoff: | April 25, 2008. |
| 25 | 8. | Dispositive Motions to be heard no later than: | June 24, 2008. |
| 26 | | | |
| 27 | 9. | Pretrial Conference: | August 12, 2008, 3:30 p.m. |

28

STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL ORDER
[CASE NO. C-06-07339 MJJ ]

Page 3

10.  Trial:                                            August 25, 2008, 8:30 a.m.

Dated:  June 14, 2007                          LEWIS, FEINBERG, LEE,
                                               RENAKER & JACKSON, P.C.

                                     By:       /s/
                                               Todd Jackson

                                               LEWIS, FEINBERG, LEE,
                                               RENAKER & JACKSON, P.C.

                                               RUKIN HYLAND DORIA & TINDALL LLP

                                               *Attorneys for Plaintiffs
                                               and the Proposed Class*

Dated:  June 14, 2007                          LOVITT & HANNAN, INC.

                                     By:       /s/
                                               Henry Bornstein
                                               *Attorneys for Defendant K-M Industries
                                               Holding Co., Inc.; K-M Industries Holding
                                               Co., Inc. ESOP Plan Committee; and CIG
                                               ESOP Plan Committee*

Dated:  June 14, 2007                          HENNIGAN, BENNETT & DORMAN LLP

                                     By:       /s/
                                               Robert L. Palmer
                                               *Attorneys for Defendant William E. and
                                               Desiree B. Moore Revocable Trust; Desiree
                                               B. Moore Revocable Trust; William E.
                                               Moore Marital Trust; William E. and
                                               Desiree B. Moore Revocable Trust
                                               Generation-Skipping Trust; and Desiree
                                               Moore*

Dated:  June 14, 2007                          MORGAN, LEWIS & BOCKIUS LLP

                                     By:       /s/
                                               Nicole Diller
                                               *Attorneys for Defendant North Star Trust
                                               Company*

STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL ORDER
[CASE NO. C-06-07339 MJJ ]

    Good cause appearing, the Court orders that dates set forth on the Pretrial Order filed on March 21, 2007, are vacated, and that the management of this litigation is now governed by the dates set forth above.

IT IS SO ORDERED.

Dated: _____    _____

                                                                                     Hon. Martin J. Jenkins
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL ORDER
[CASE NO. C-06-07339 MJJ]