1  Daniel Feinberg – CA Bar No. 135983
   Todd F. Jackson – CA Bar No. 202598
2  Margaret E. Hasselman – CA Bar No. 228529
   Nina Wasow – CA Bar No. 202047
3  LEWIS, FEINBERG, LEE, RENAKER
   & JACKSON, P.C.
4  1330 Broadway, Suite 1800
   Oakland, CA  94612
5  Telephone: (510) 839-6824
   Facsimile: (510) 839-7839
6  Email:  dfeinberg@lewisfeinberg.com
   Email:  tjackson@lewisfeinberg.com
7  Email:  mhasselman@lewisfeinberg.com
   Email: nwasow@lewisfeinberg.com
8
   *Attorneys for Plaintiffs and the Proposed Class*
9  (Additional counsel on signature page)

   Ronald Lovitt, CA Bar No. 040921
   J. Thomas Hannan, CA Bar No. 039140
   Henry I. Bornstein, CA Bar No. 75885
   LOVITT & HANNAN, INC.
   900 Front Street, Suite 300
   San Francisco, California 94111
   Telephone: (415) 362-8769
   Facsimile: (415) 362-7528
   Email: rl@lh-sf.com
   Email: jth@lh-sf.com
   Email: hib@lh-sf.com

   *Attorneys for Defendants K-M Industries
   Holding Co., Inc.; K-M Industries Holding
   Co. ESOP Plan Committee; and CIG ESOP
   Plan Committee*
   (Additional counsel on signature page)

10            IN THE UNITED STATES DISTRICT COURT

11         FOR THE NORTHERN DISTRICT OF CALIFORNIA

12           SAN FRANCISCO AND OAKLAND DIVISION

13

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similarly situated, | Case No. C-06-07339 MJJ |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL ORDER** |
| vs. | |
| K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE, | |
| Defendants | |

STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL ORDER
[CASE NO. C-06-07339 MJJ ]

i

1    WHEREAS, the Court entered a Pretrial Order on March 21, 2007, setting forth the

2  following deadlines and other dates in this litigation:

3    | 1. | Further Status Conference: | July 17, 2007. |

4    | 2. | Non-Expert Discovery Cutoff: | August 31, 2007. |

5    | 3. | Hearing on motions on Class Certification and Statute of Limitations: | October 9, 2007. |
6

7    | 4. | Designation of Experts: | November 9, 2007. |

     | 5. | Expert Reports Exchanged: | November 16, 2007. |
8

9    | 6. | Designation of Supplemental Rebuttal Experts and Exchange of Rebuttal Reports: | December 7, 2007. |

10   | 7. | Expert Discovery Cutoff: | January 18, 2008. |

11   | 8. | Hearing on Dispositive Motions: | March 11, 2008. |

12   | 9. | Pretrial Conference: | April 29, 2008, 3:30 p.m. |

13   | 10. | Trial: | May 12, 2008, 8:30 a.m. |

14    WHEREAS, this schedule was predicated on Plaintiffs promptly serving discovery

15  requests and Defendants promptly responding to those requests;

16    WHEREAS, Plaintiffs served discovery requests on Defendants on April 2, 2007,

17  including Interrogatories, Requests for Admission, and Requests for Production of Documents;

18    WHEREAS, Defendants have responded in writing to Plaintiffs on all discovery requests

19  but have not yet completed production of documents, specifically:

20       a.    Plaintiffs and the Moore Trust have agreed that an extension of the current
21             schedule is warranted to enable the Moore Trust to efficiently and
              effectively respond to plaintiffs' pending discovery requests;

22       b.    Defendants K-M Industries Holding Co., Inc., K-M Industries Holding
              Co., Inc. ESOP Plan Committee, and CIG ESOP Plan Committee have not
23             produced the bulk of their hard-copy production and have produced no
              electronic discovery;
24
         c.    Defendant North Star Trust Company has produced documents in hard
25            copy form but has not completed electronic production;

26    WHEREAS, Plaintiffs have diligently attempted to obtain complete productions from

27  Defendants, and Defendants have diligently attempted to produce responsive documents but have

28
STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL ORDER
[CASE NO. C-06-07339 MJJ ]

1   not been able to complete production;

2       WHEREAS, the parties agree that depositions of Defendants and other witnesses will be

3   more efficient and productive if Plaintiffs have had an opportunity to review all relevant

4   documents;

5       WHEREAS, the parties agree that the exchange of discovery has been slower than was

6   anticipated when the scheduling order was entered;

7       WHEREAS, the parties wish to avoid motions to compel production, which will be time-

8   consuming and expensive, but will be necessary if all parties are not relieved from the current

9   schedule;

10      WHEREAS, the litigation schedule overlaps with the December holidays, and so the

11  parties have adjusted certain dates to accommodate the celebration of the holidays by the parties

12  and the Court;

13      WHEREAS, therefore, the parties agree that the proposed schedule below will better

14  enable the resolution of this litigation on its merits;

15      Accordingly IT IS HEREBY AGREED AND STIPULATED by the parties through their

16  counsel of record, to extend the dates previously set forth in the Court's Pretrial Order as follows:

17      1.    Further Status Conference:           ~~July 17, 2007.~~   AUGUST 28, 2007

18      2.    Non-Expert Discovery Cutoff:         October 31, 2007.

19      3.    Motions on Class Certification and
            Statute of Limitations to be heard
20          no later than:                        December 11, 2007.

21      4.    Designation of Experts:              February 15, 2008.

22      5.    Expert Reports Exchanged:            February 22, 2008.

23      6.    Designation of Supplemental Rebuttal
            Experts and Exchange of Rebuttal Reports:  March 14, 2008.
24
        7.    Expert Discovery Cutoff:             April 25, 2008.
25
        8.    Dispositive Motions
26          to be heard no later than:            June 24, 2008.

27      9.    Pretrial Conference:                 August 12, 2008, 3:30 p.m.

28
    STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL ORDER
    [CASE NO. C-06-07339 MJJ ]

10.    Trial:                                          August 25, 2008, 8:30 a.m.

Dated:    June 14, 2007                        LEWIS, FEINBERG, LEE,
                                               RENAKER & JACKSON, P.C.


                                     By:    _____/s/_____
                                            Todd Jackson

                                               LEWIS, FEINBERG, LEE,
                                               RENAKER & JACKSON, P.C.

                                               RUKIN HYLAND DORIA & TINDALL
                                               LLP

                                               *Attorneys for Plaintiffs*
                                               *and the Proposed Class*


Dated:    June 14, 2007                        LOVITT & HANNAN, INC.


                                     By:    _____/s/_____
                                            Henry Bornstein
                                            *Attorneys for Defendant K-M Industries*
                                            *Holding Co., Inc.; K-M Industries Holding*
                                            *Co., Inc. ESOP Plan Committee; and CIG*
                                            *ESOP Plan Committee*


Dated:    June 14, 2007                        HENNIGAN, BENNETT & DORMAN LLP


                                     By:    _____/s/_____
                                            Robert L. Palmer
                                            *Attorneys for Defendant William E. and*
                                            *Desiree B. Moore Revocable Trust; Desiree*
                                            *B. Moore Revocable Trust; William E.*
                                            *Moore Marital Trust; William E. and*
                                            *Desiree B. Moore Revocable Trust*
                                            *Generation-Skipping Trust; and Desiree*
                                            *Moore*


Dated:    June 14, 2007                        MORGAN, LEWIS & BOCKIUS LLP


                                     By:    _____/s/_____
                                            Nicole Diller
                                            *Attorneys for Defendant North Star Trust*
                                            *Company*

STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL ORDER
[CASE NO. C-06-07339 MJJ ]

1

2

3          Good cause appearing, the Court orders that dates set forth on the Pretrial Order filed on

4     March 21, 2007, are vacated, and that the management of this litigation is now governed by the

5     dates set forth above.

6     IT IS SO ORDERED.

7     Dated: _____6/18/2007_____          _____

8                                                     Hon. Martin J. Jenkins
                                                      United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL ORDER
[CASE NO. C-06-07339 MJJ ]