1 Robert L. Palmer, Cal. Bar No. 181462
  DoHoang T. Duong, Bar No. 219127
2 Paul B. Derby, Cal. Bar No. 211352
  HENNIGAN BENNETT & DORMAN LLP
3 865 South Figueroa St., Suite 2900
  Los Angeles, California 90017
4 Telephone: (213) 694-1200
  Facsimile: (415) 362-7528
5 Email: Palmer@hbdlawyers.com
         DuongD@hbdlawyers.com
6        DerbyP@hbdlawyers.com

7 Attorneys for Defendants
  William E. and Desiree B. Moore Revocable Trust, Desiree
8 B. Moore Revocable Trust, William E. Moore Marital Trust,
  William E. Moore Generation-Skipping Trust, and Desiree
9 Moore

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 THOMAS FERNANDEZ and LORA SMITH, ) Case No. C 06-07339 MJJ
   individually and on behalf of a class of all )
14 other persons similar situated,             ) NOTICE OF APPEARANCE
                                                )
15              Plaintiffs,                     )
                                                )
16      vs.                                     )
                                                )
17 K-M INDUSTRIES HOLDING CO. INC.;             )
   K-M INDUSTRIES HOLDING CO., INC.;            )
18 ESOP PLAN COMMITTEE; WILLIAM E.              )
   AND DESIREE B. MOORE REVOCABLE               )
19 TRUST; TRUSTEES OF THE WILLIAM E.            )
   AND DESIREE B. MOORE REVOCABLE               )
20 TRUST; CIG ESOP PLAN COMMITTEE;              )
   NORTH STAR TRUST COMPANY;                    )
21 DESIREE B. MOORE REVOCABLE                   )
   TRUST; WILLIAM E. MOORE MARITAL              )
22 TRUST; WILLIAM E. MOORE                      )
   GENERATION-SKIPPING TRUST; and               )
23 DESIREE MOORE, BOTH IN HER                   )
   INDIVIDUAL CAPACITY AND AS                   )
24 TRUSTEE OF THE WILLIAM E. AND                )
   DESIREE B. MOORE REVOCABLE                   )
25 TRUST'S SUCCESSOR TRUSTS NAMED                )
   ABOVE,                                       )
26                                              )
                                                )
27              Defendants.                     )
   _____
28

1  TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT Paul B. Derby of Hennigan Bennett & Dorman LLP, 865 South Figueroa St., Suite 2900, Los Angeles, California 90017, tel: (213) 694-1200, fax: (213) 694-1234, hereby appears as additional counsel of record for Defendants William E. and Desiree B. Moore Revocable Trust, Desiree B. Moore Revocable Trust, William E. Moore Marital Trust, William E. Moore Generation-Skipping Trust, and Desiree Moore.

DATED: June 28, 2007

HENNIGAN, BENNETT & DORMAN LLP

By: _____
Paul B. Derby
Attorneys for Defendants William E. and Desiree B. Moore Revocable Trust, Desiree B. Moore Revocable Trust, William E. Moore Marital Trust, William E. Moore Generation-Skipping Trust, and Desiree Moore

-1-

NOTICE OF APPEARNACE
CASE NO. C-06-07339 MJJ