Robert L. Palmer, Cal. Bar No. 181462
DoHoang T. Duong, Bar No. 219127
Paul B. Derby, Cal. Bar No. 211352
HENNIGAN BENNETT & DORMAN LLP
865 South Figueroa St., Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (415) 362-7528
Email:   Palmer@hbdlawyers.com
         DuongD@hbdlawyers.com
         DerbyP@hbdlawyers.com

Attorneys for Defendants
William E. and Desiree B. Moore Revocable Trust, Desiree
B. Moore Revocable Trust, William E. Moore Marital Trust,
William E. Moore Generation-Skipping Trust, and Desiree
Moore

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similar situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>K-M INDUSTRIES HOLDING CO. INC.; K-M INDUSTRIES HOLDING CO., INC.; ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,<br><br>　　　　　　　　Defendants. | Case No. C 06-07339 MJJ<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER FIRST AMENDED COMPLAINT |

1  WHEREAS, Defendants stipulated to Plaintiffs' amendment of their complaint, and Plaintiffs electronically filed their First Amended Complaint on June 5, 2007, which amended complaint added new defendants and made certain other changes to the allegations in the complaint.

WHEREAS, Defendants Moore Revocable Trust, Desiree B. Moore Revocable Trust, William E. Moore Marital Trust, William E. Moore Generation-Skipping Trust, and Desiree Moore (collectively, the "Moore Trust Defendants") contacted Plaintiffs on June 25, 2007 to request additional time to answer the First Amended Complaint.

WHEREAS, Plaintiffs consented on June 25, 2007 to the filing of an answer to the First Amended Complaint by the Moore Trust Defendants within the three weeks following the parties' June 25, 2007 telephone conference.

WHEREAS, the Moore Trust Defendants intend to answer the First Amended Complaint by filing an Answer to the First Amended Complaint, rather than responding by motion.

Accordingly, IT IS HEREBY AGREED AND STIPULATED by the parties through their counsel of record, that the Moore Trust Defendants have until and including Monday, July 16, 2007, to file their answer to Plaintiffs' First Amended Complaint.

DATED: June 28, 2007          HENNIGAN, BENNETT & DORMAN LLP


By: _____
    Paul B. Derby
Attorneys for Defendants William E. and Desiree B. Moore Revocable Trust, Desiree B. Moore Revocable Trust, William E. Moore Marital Trust, William E. Moore Generation-Skipping Trust, and Desiree Moore

-1-
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER AMENDED COMPLAINT
CASE NO. C-06-07339 MJJ

1  DATED: June 27, 2007                LEWIS, FEINBERG, RENAKER &
2                                       JACKSON, P.C.

4                                       By: /s/ Todd Jackson
                                           Todd Jackson
5                                       Attorneys for Plaintiffs Thomas Fernandez
                                        and Lora Smith

9  Good cause appearing, it is APPROVED and IT IS SO ORDERED:

                                        _____
                                        Honorable Martin J. Jenkins
                                        United States District Court Judge