Daniel Feinberg – CA Bar No. 135983
Todd F. Jackson – CA Bar No. 202598
Margaret E. Hasselman – CA Bar No. 228529
Nina R. Wasow – CA Bar No. 242047
LEWIS, FEINBERG, LEE, RENAKER
& JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
Email: tjackson@lewisfeinberg.com
Email: mhasselman@lewisfeinberg.com
Email: nwasow@lewisfeinberg.com

*Attorneys for Plaintiffs and the Proposed Class*

Ronald Lovitt, CA Bar No. 040921
J. Thomas Hannan, CA Bar No. 039140
Henry I. Bornstein, CA Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
Email: rl@lh-sf.com
Email: jth@lh-sf.com
Email: hib@lh-sf.com

*Attorneys for Defendants K-M Industries Holding Co., Inc., K-M Industries Holding Co., Inc. ESOP Plan Committee, CIG ESOP Plan Committee*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND IN HER CAPACITY AS TRUSTEE OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,<br><br>　　　　　　　Defendants | Case No. C-06-07339 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER RE WAIVER OF ATTORNEY-CLIENT PRIVILEGE** |

1    WHEREAS, Plaintiffs and the K-M Defendants (K-M Industries Holding Co., Inc., K-M Industries Holding Co., Inc. ESOP Plan Committee, and CIG ESOP Plan Committee) wish to facilitate the provision of documents by the K-M Defendants to Plaintiffs;

4    WHEREAS, the K-M Defendants have agreed to produce to Plaintiffs certain documents as to which Defendants earlier asserted the attorney-client privilege;

6    WHEREAS, Plaintiffs and the K-M Defendants have agreed that the K-M Defendants' earlier assertion of privilege is withdrawn as to those documents that will be produced to Plaintiffs;

9    WHEREAS, certainty with respect to the scope of the waiver of attorney-client privilege in connection with the provision to Plaintiffs of such documents will facilitate the efficient production of such documents,

12   THEREFORE, it is hereby stipulated, by and between Plaintiffs and the K-M Defendants, that any waiver of the attorney-client privilege that may be created by the production of any documents by the K-M Defendants pursuant to this agreement is limited to waiver of the privilege only as applied to the documents being produced, does not constitute waiver of the privilege as to any other documents, and specifically does not create a waiver extending to any other documents as to which the K-M Defendants continue to assert the attorney-client privilege, notwithstanding the fact that these other documents may relate to the same subject matter that is discussed in the documents being produced.

Dated:   August 8, 2007                         Respectfully submitted,

                                                LEWIS, FEINBERG, LEE,
                                                RENAKER & JACKSON, P.C.

                                          By:      /s/
                                                Margaret E. Hasselman

///

///

|   |   |
|---|---|
| | Peter Rukin – CA State Bar No. 178336 |
| | RUKIN HYLAND DORIA |
| | & TINDALL LLP |
| | 100 Pine Street, Suite 725 |
| | San Francisco, CA |
| | Telephone: (415) 421-1800 |
| | Facsimile: (415) 421-1700 |

*Attorneys for Plaintiffs
and the Proposed Class*

Dated: __August 8, 2007__

LOVITT & HANNAN, INC.

By: ___/s/_____
Henry I. Bornstein
*Attorneys for K-M Industries Holding Co., Inc., K-M Industries Holding Co., Inc. ESOP Plan Committee, and CIG ESOP Plan Committee*

IT IS SO ORDERED.

Dated: _____

_____
Hon. Martin J. Jenkins
United States District Judge