1  Daniel Feinberg – CA Bar No. 135983
   Todd F. Jackson – CA Bar No. 202598
2  Margaret E. Hasselman – CA Bar No. 228529
   Nina R. Wasow – CA Bar No. 242047
3  LEWIS, FEINBERG, LEE, RENAKER
   & JACKSON, P.C.
4  1330 Broadway, Suite 1800
   Oakland, CA  94612
5  Telephone: (510) 839-6824
   Facsimile: (510) 839-7839
6  Email: dfeinberg@lewisfeinberg.com
   Email: tjackson@lewisfeinberg.com
7  Email: mhasselman@lewisfeinberg.com
   Email: nwasow@lewisfeinberg.com
8
   *Attorneys for Plaintiffs and the Proposed Class*

   Ronald Lovitt, CA Bar No. 040921
   J. Thomas Hannan, CA Bar No. 039140
   Henry I. Bornstein, CA Bar No. 75885
   LOVITT & HANNAN, INC.
   900 Front Street, Suite 300
   San Francisco, CA 94111
   Telephone: (415) 362-8769
   Facsimile: (415) 362-7528
   Email: rl@lh-sf.com
   Email: jth@lh-sf.com
   Email: hib@lh-sf.com

   *Attorneys for Defendants K-M Industries Holding Co., Inc., K-M Industries Holding Co., Inc. ESOP Plan Committee, CIG ESOP Plan Committee*

9

10

11                    IN THE UNITED STATES DISTRICT COURT

12                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO AND OAKLAND DIVISION

14  THOMAS FERNANDEZ and LORA SMITH,          )   Case No. C-06-07339 MJJ
    individually and on behalf of a class of all other )
15  persons similarly situated,                )
                                               )
16                 Plaintiffs,                 )
                                               )
17         vs.                                 )   **STIPULATION AND [PROPOSED]**
                                               )   **ORDER RE WAIVER OF ATTORNEY-**
18  K-M INDUSTRIES HOLDING CO., INC.;          )   **CLIENT PRIVILEGE**
    K-M INDUSTRIES HOLDING CO., INC.           )
19  ESOP PLAN COMMITTEE; WILLIAM E.            )
    AND DESIREE B. MOORE REVOCABLE             )
20  TRUST; TRUSTEES OF THE WILLIAM E.          )
    AND DESIREE B. MOORE REVOCABLE             )
21  TRUST; CIG ESOP PLAN COMMITTEE;            )
    NORTH STAR TRUST COMPANY;                  )
22  DESIREE B. MOORE REVOCABLE TRUST;          )
    WILLIAM E. MOORE MARITAL TRUST;            )
23  WILLIAM E. MOORE GENERATION-               )
    SKIPPING TRUST; and DESIREE MOORE,         )
24  BOTH IN HER INDIVIDUAL CAPACITY            )
    AND IN HER CAPACITY AS TRUSTEE OF          )
25  THE WILLIAM E. AND DESIREE B.              )
    MOORE REVOCABLE TRUST'S                    )
26  SUCCESSOR TRUSTS NAMED ABOVE,              )
                                               )
27                 Defendants                  )
                                               )
28

1     WHEREAS, Plaintiffs and the K-M Defendants (K-M Industries Holding Co., Inc., K-M Industries Holding Co., Inc. ESOP Plan Committee, and CIG ESOP Plan Committee) wish to facilitate the provision of documents by the K-M Defendants to Plaintiffs;

4     WHEREAS, the K-M Defendants have agreed to produce to Plaintiffs certain documents as to which Defendants earlier asserted the attorney-client privilege;

6     WHEREAS, Plaintiffs and the K-M Defendants have agreed that the K-M Defendants' earlier assertion of privilege is withdrawn as to those documents that will be produced to Plaintiffs;

9     WHEREAS, certainty with respect to the scope of the waiver of attorney-client privilege in connection with the provision to Plaintiffs of such documents will facilitate the efficient production of such documents,

12     THEREFORE, it is hereby stipulated, by and between Plaintiffs and the K-M Defendants, that any waiver of the attorney-client privilege that may be created by the production of any documents by the K-M Defendants pursuant to this agreement is limited to waiver of the privilege only as applied to the documents being produced, does not constitute waiver of the privilege as to any other documents, and specifically does not create a waiver extending to any other documents as to which the K-M Defendants continue to assert the attorney-client privilege, notwithstanding the fact that these other documents may relate to the same subject matter that is discussed in the documents being produced.

Dated: __August 8, 2007__            Respectfully submitted,

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.

By:   /s/_____
      Margaret E. Hasselman

///

///

STIPULATION AND [PROPOSED] ORDER RE WAIVER OF ATTORNEY-CLIENT PRIVILEGE
[CASE NO. C-06-07339 MJJ ]          Page 2

Peter Rukin – CA State Bar No. 178336
RUKIN HYLAND DORIA
& TINDALL LLP
100 Pine Street, Suite 725
San Francisco, CA
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

*Attorneys for Plaintiffs
and the Proposed Class*

Dated: __August 8, 2007__

LOVITT & HANNAN, INC.

By:   /s/
      Henry I. Bornstein
      *Attorneys for K-M Industries Holding Co.,
      Inc., K-M Industries Holding Co., Inc.
      ESOP Plan Committee, and CIG ESOP
      Plan Committee*

IT IS SO ORDERED.

Dated: 8/17/2007

_____
Hon. Martin J. Jenkins
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE WAIVER OF ATTORNEY-CLIENT PRIVILEGE
[CASE No. C-06-07339 MJJ ]                                        Page 3