UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge: MARTIN J. JENKINS**

**Date**: August 28, 2007

**Case No:** C 06-07339 MJJ

**Case Title**: THOMAS FERNANDEZ, et al.  v.  K-M INDUSTRIES HOLDING CO., et al.

**Appearances:**

>      For Plaintiff(s): Daniel Feinberg, Nina, Wasow, Margo Hasselman, Peter Rukin

>      For Defendant(s): Bob, Palmer, Ron Lovitt, Henry Bornstein, Nicole Diller

**Deputy Clerk**:  Rowena B. Espinosa              **Court Reporter**: not reported

## PROCEEDINGS

1.  Further Status Conference - held

MOTION/MATTER:  ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                ( ) Taken under submission
                ( ) Withdrawn/Off Calendar
                (X) Continued to: **Tuesday, 07/01/08 @ 9:30 AM for Motion Hearing**

## SUMMARY

- Court issued an amended pretrial order with new dates set.
- Pretrial is set for Tuesday, 01/27/09 at 3:30 PM; Trial is set for Monday, 02/09/09 at 8:30 AM.
- A further telephonic status conference is specially set for **Monday, 11/05/07 at 2:00 PM**. Parties are to file a status conference statement prior to 11/05/07.  Plaintiffs counsel to initiate the call.