| | |
|---|---|
| Daniel Feinberg – CA Bar No. 135983<br>Todd F. Jackson – CA Bar No. 202598<br>Margaret E. Hasselman – CA Bar No. 228529<br>Nina Wasow – CA Bar No. 202047<br>LEWIS, FEINBERG, LEE,<br>RENAKER & JACKSON, P.C.<br>1330 Broadway, Suite 1800<br>Oakland, California 94612<br>Telephone: (510) 839-6824<br>Facsimile:  (510) 839-7839<br>Email:  dfeinberg@lewisfeinberg.com<br>Email:  tjackson@lewisfeinberg.com<br>Email:  mhasselman@lewisfeinberg.com<br>Email:  nwasow@lewisfeinberg.com<br><br>*Attorneys for Plaintiffs and the Proposed Class*<br>(Additional counsel on signature page) | Ronald Lovitt, CA Bar No. 040921<br>J. Thomas Hannan, CA Bar No. 039140<br>Henry I. Bornstein, CA Bar No. 75885<br>LOVITT & HANNAN, INC.<br>900 Front Street, Suite 300<br>San Francisco, California 94111<br>Telephone: (415) 362-8769<br>Facsimile: (415) 362-7528<br>Facsimile: (415) 362-7528<br>Email: hib@lh-sf.com<br><br>*Attorneys for Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co. ESOP Plan Committee; and CIG ESOP Plan Committee*<br>(Additional counsel on signature page) |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>K-M INDUSTRIES HOLDING CO., INC., et al.,<br><br>        Defendants. | Case No. C-06-07339 MJJ<br><br>**[PROPOSED] ORDER MODIFYING PRETRIAL ORDER** |

Pursuant to the Court's instructions at the Case Management Conference held on August 28, 2007, the parties request that the Court order the following schedule to govern the remainder of this litigation:

| | |
|---|---|
| 1. Telephonic Case Management Conference to be initiated by Plaintiffs' counsel.  Any party seeking a change to the case schedule will file a case management statement of no more than two pages one week prior to the telephonic | November 5, 2007, 2 p.m. |

C-06-07339 MJJ

| | |
|---|---|
| | conference. |
| 2. Deadline for production of ESI and hard copy documents by all Defendants. | November 7, 2007 |
| 3. Close of fact discovery | April 25, 2008 |
| 4. Deadline for hearings on motions for class certification and for summary judgment on statute of limitations grounds | July 1, 2008 (CMC to follow hearing) |
| 5. Disclosure of identity of experts and exchange of expert reports | September 12, 2008 |
| 6. Deadline for rebuttal expert reports | October 3, 2008 |
| 7. Close of expert discovery (depositions) | October 24, 2008 |
| 8. Deadline for hearing on dispositive motions | December 9, 2008 |
| 9. Pretrial Conference | January 27, 2009 |
| 10. Trial date | February 9, 2009 |

Dated:  August 30, 2007           Respectfully submitted,

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.

By:  /s/_____
Nina Wasow

Peter Rukin – CA State Bar No. 178336
RUKIN HYLAND DORIA
& TINDALL LLP

*Attorneys for Plaintiffs
and the Proposed Class*

Dated:  August 30, 2007           LOVITT & HANNAN, INC.

By:  /s/_____
Henry Bornstein
*Attorneys for Defendant K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan Committee; and CIG ESOP Plan Committee*

Dated:  August 30, 2007           HENNIGAN, BENNETT & DORMAN LLP

By:  /s/_____
Robert L. Palmer
*Attorneys for Defendant William E. and Desiree B. Moore Revocable Trust; Desiree*

*B. Moore Revocable Trust; William E. Moore Marital Trust; William E. and Desiree B. Moore Revocable Trust Generation-Skipping Trust; and Desiree Moore*

Dated: __August 30, 2007__   MORGAN, LEWIS & BOCKIUS LLP

By:   ___/s/_____
Nicole Diller
*Attorneys for Defendant North Star Trust Company*

Good cause appearing, the Court orders that dates set forth on the Order dated June 22, 2007, are vacated, and that the management of this litigation is now governed by the dates set forth above.

IT IS SO ORDERED.

Dated: _____   _____
Hon. Martin J. Jenkins
United States District Judge