Daniel Feinberg – CA Bar No. 135983
Todd F. Jackson – CA Bar No. 202598
Margaret E. Hasselman – CA Bar No. 228529
Nina Wasow – CA Bar No. 202047
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, California 94612
Telephone: (510) 839-6824
Facsimile:  (510) 839-7839
Email:  dfeinberg@lewisfeinberg.com
Email:  tjackson@lewisfeinberg.com
Email:  mhasselman@lewisfeinberg.com
Email:  nwasow@lewisfeinberg.com

*Attorneys for Plaintiffs and the Proposed Class*
(Additional counsel on signature page)

Ronald Lovitt, CA Bar No. 040921
J. Thomas Hannan, CA Bar No. 039140
Henri I. Bornstein, CA Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
Facsimile: (415) 362-7528
Email: hib@lh-sf.com

*Attorneys for Defendants K-M Industries
Holding Co., Inc.; K-M Industries Holding
Co. ESOP Plan Committee; and CIG ESOP
Plan Committee*
(Additional counsel on signature page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> K-M INDUSTRIES HOLDING CO., INC., et al., <br><br> Defendants. | Case No. C-06-07339 MJJ <br><br> **[PROPOSED] ORDER MODIFYING PRETRIAL ORDER** |

Pursuant to the Court's instructions at the Case Management Conference held on August 28, 2007, the parties request that the Court order the following schedule to govern the remainder of this litigation:

| | |
|---|---|
| 1.  Telephonic Case Management Conference to be initiated by Plaintiffs' counsel.  Any party seeking a change to the case schedule will file a case management statement of no more than two pages one week prior to the telephonic | November 5, 2007, 2 p.m. |

| conference. | |
|---|---|
| 2. Deadline for production of ESI and hard copy documents by all Defendants. | November 7, 2007 |
| 3. Close of fact discovery | April 25, 2008 |
| 4. Deadline for hearings on motions for class certification and for summary judgment on statute of limitations grounds | July 1, 2008 (CMC to follow hearing) |
| 5. Disclosure of identity of experts and exchange of expert reports | September 12, 2008 |
| 6. Deadline for rebuttal expert reports | October 3, 2008 |
| 7. Close of expert discovery (depositions) | October 24, 2008 |
| 8. Deadline for hearing on dispositive motions | December 9, 2008 |
| 9. Pretrial Conference | January 27, 2009 |
| 10. Trial date | February 9, 2009 |

Dated: ___August 30, 2007___          Respectfully submitted,

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.

By:    ___/s/_____
Nina Wasow

Peter Rukin – CA State Bar No. 178336
RUKIN HYLAND DORIA
& TINDALL LLP

*Attorneys for Plaintiffs
and the Proposed Class*

Dated: ___August 30, 2007___          LOVITT & HANNAN, INC.

By:    ___/s/_____
Henry Bornstein
*Attorneys for Defendant K-M Industries
Holding Co., Inc.; K-M Industries Holding
Co., Inc. ESOP Plan Committee; and CIG
ESOP Plan Committee*

Dated: ___August 30, 2007___          HENNIGAN, BENNETT & DORMAN LLP

By:    ___/s/_____
Robert L. Palmer
*Attorneys for Defendant William E. and
Desiree B. Moore Revocable Trust; Desiree*

- 2 -

1                                    *B. Moore Revocable Trust; William E.*
*Moore Marital Trust; William E. and*

2                                    *Desiree B. Moore Revocable Trust*
*Generation-Skipping Trust; and Desiree*

3                                    *Moore*

4

5 Dated:   August 30, 2007               MORGAN, LEWIS & BOCKIUS LLP

6

7                         By:     /s/
                                   Nicole Diller

8                                    *Attorneys for Defendant North Star Trust*
*Company*

9

10

11      Good cause appearing, the Court orders that dates set forth on the Order dated June 22,

12 2007, are vacated, and that the management of this litigation is now governed by the dates set

13 forth above.

14      IT IS SO ORDERED.

15

16 Dated: _____08/30/07_____    _____

17                           Hon. Martin J. Jenkins
                          District Judge

18

19

20

21

22

23

24

25

26

27

28