Daniel Feinberg – CA State Bar No. 135983
Todd F. Jackson – CA State Bar No. 202598
Margaret E. Hasselman – CA State Bar No. 228529
Nina R. Wasow – CA State Bar No. 242047
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
Email: tjackson@lewisfeinberg.com
Email: mhasselman@lewisfeinberg.com
Email: nwasow@lewisfeinberg.com

*Attorneys for Plaintiffs and the Proposed Class*
(Additional counsel listed within)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE, <br><br> Defendants. | Case No. C-06-07339 MJJ <br><br> **PLAINTIFFS' CASE MANAGEMENT STATEMENT** <br><br><br> Case Management Conference: <br><br> November 5, 2007, 2 p.m. |

Plaintiffs are concerned that Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan Committee; and CIG ESOP Plan Committee (hereinafter "KM Defendants" or "KM entities") chose to file a Case Management Statement without a single phone call to Plaintiffs. Defendants' submission was the first Plaintiffs have heard of any need for a further extension of the document production deadline. The KM entities' disregard of their obligation to meet and confer precluded the parties from filing a Joint Case Management Statement as required by the Local Rules. *See* L. R. 16-10(d).

With regard to the KM Defendants' request that the Court grant a one-month extension for production of ESI, Plaintiffs are willing to provide a two-week extension with no other change to the case schedule. If the Court is inclined to grant the KM Defendants' request for a one-month extension, however, Plaintiffs respectfully ask that the Court put out the rest of the dates in the Pretrial Order by one month. Granting the KM Defendants an extra month to produce documents, without extending other dates in the schedule, will place the onus on Plaintiffs to review what Defendants describe as a very large number of documents in a significantly shortened time frame. Burdening Plaintiffs as a result of KM Defendants' failure to comply with the deadlines imposed at the last Case Management Conference would be inappropriate and unfair.

Finally, unless the Court decides to deny Defendants' request altogether, Plaintiffs request that the Court reschedule the Case Management Conference currently set for November 5, 2007. If the Court grants a two-week extension, Plaintiffs propose that the CMC be set for the week of November 19, 2007; if the Court grants a one-month extension, Plaintiffs propose that the CMC be set for the week of December 3, 2007.

Dated: _____          Respectfully submitted,

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.

By:    /s/
Daniel Feinberg
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.

1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Peter Rukin – CA State Bar No. 178336
RUKIN HYLAND DORIA
& TINDALL LLP
100 Pine Street, Suite 725
San Francisco, CA
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
Email: peterrukin@rhddlaw.com

*Attorneys for Plaintiffs
and the Proposed Class*

PLAINTIFFS' CASE MANAGEMENT STATEMENT [CASE NO. C-06-07339 MJJ ]