MORGAN, LEWIS & BOCKIUS LLP
NICOLE A. DILLER (State Bar No. 154842)
LISA S. SEREBIN (State Bar No. 146312)
ANDREW C. SULLIVAN (State Bar. No. 226902)
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for North Star Trust Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; and NORTH STAR TRUST COMPANY, <br><br> Defendants. | Case No. C06-07339 MJJ <br><br> **NORTH STAR TRUST COMPANY'S CASE MANAGEMENT CONFERENCE STATEMENT** <br><br> Case Management Conference <br> DATE: November 5, 2007 <br> TIME: 2:00 P.M. |

North Star Trust Company ("North Star") submits this separate Case Management Conference Statement, as Plaintiffs and Defendants K-M Industries Holding Co., Inc., K-M Industries Holding Co., Inc. ESOP Plan Committee, and CIG ESOP Plan Committee ("KM Defendants") have – without prior notice to North Star – already filed separate case management conference statements for the November 5, 2007 telephone case management conference.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NORTH STAR TRUST COMPANY'S
CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO. C06-07339 MJJ

1   North Star is prepared to comply with the current case management schedule, as
2   previously stipulated by the parties and ordered by the Court. North Star does not object to either
3   the KM Defendants' or Plaintiffs' requested modifications to the current case management
4   schedule. If the Court modifies the current case management schedule, North Star respectfully
5   requests that the modifications apply uniformly to all parties so that the case may efficiently
6   proceed on a single unified calendar.

8   Dated: October 31, 2007                     MORGAN, LEWIS & BOCKIUS LLP

10                                              By    /s/ Andrew C. Sullivan
                                                   Nicole A. Diller, Esq.
11                                                 Lisa S. Serebin, Esq.
                                                   Andrew C. Sullivan, Esq.
12
                                                Attorneys for North Star Trust Company

14   1-SF/7624204.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2   NORTH STAR TRUST COMPANY'S
CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO. C06-07339 MJJ