1  Ronald Lovitt, Bar No. 040921
   J. Thomas Hannan, Bar No. 039140
2  Henry I. Bornstein, Bar No. 75885
   LOVITT & HANNAN, INC.
3  900 Front Street, Suite 300
4  San Francisco, California 94111
   Telephone: (415) 362-8769
5  Facsimile: (415) 362-7528
   *rl@lh-sf.com, jth@lh-sf.com, hib@lh-sf.com*
6
7  Attorneys for Defendants K-M Industries
   Holding Co. Inc.; K-M Industries Holding Co.
8  Inc. ESOP Plan Committee; and CIG ESOP
   Plan Committee

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                        **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 12  THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all others similarly situated,<br><br>                Plaintiffs,<br>15  v.<br><br>16  K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO. INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE B. MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,<br><br>                Defendants. | Case No. C06-07339 MJJ<br><br>**SUPPLEMENTAL CASE MANAGEMENT STATEMENT OF DEFENDANTS K-M INDUSTRIES HOLDING CO., INC., K-M INDUSTRIES HOLDING CO. INC. ESOP PLAN COMMITTEE AND CIG ESOP PLAN COMMITTEE; REQUEST FOR EXTENSION OF DISCOVERY DEADLINE** |

Case C06-07339 MJJ                                Supplemental Case Management Statement
                                                  & Request for Extension of
                                                  Discovery Deadline

1       This Supplemental Case Management Conference Statement is filed by defendants K-M Industries Holding Co., Inc., K-M Industries Holding Co. Inc. ESOP Plan Committee and CIG ESOP Plan Committee ("Corporate Defendants") in response to Plaintiffs' Case Management Statement filed October 30, 2006.

      The Corporate Defendants understood that in stating in its Order Modifying Pretrial Order, filed August 30, 2007, that "Any party seeking a change to the case schedule will file a case management statement of no more than two pages one week prior to the telephonic conference," the Court intended that any party seeking a change to the case schedule should file a proposal with the Court, which would be discussed in the telephonic conference scheduled by the Court, and that this Order superseded the rule requiring a Joint Statement. For this reason, Counsel for Corporate Defendants did not confer with Counsel for Plaintiffs before filing its Case Management Statement.

      The two weeks delay proposed by the Plaintiffs would not provide sufficient time for completion of the review and production of the ESI at issue. Given the fact that the number of documents selected by the agreed-upon search terms greatly exceeded what was expected, meeting the previous deadline of November 7 was simply not possible. The Corporate Defendants therefore respectfully request that the Court grant the requested one month extension of time so that a realistic deadline can be set for production of these electronic documents.

      Counsel for the Corporate Defendants have spoken to Plaintiffs' Counsel telephonically and have been informed that Plaintiffs' Counsel has no objection to a one month's extension of the deadline for the Corporate Defendants to produce the remaining ESI as long as the rest of the deadlines in the Pretrial Order are also extended by the same one month period.

      The Corporate Defendants have no objection to the granting of Plaintiffs' request to extend the rest of the dates in the Pretrial Order for a one month period so that the Plaintiffs' time to review these documents is not shortened by the necessity of extending the production deadline to provide a realistic time frame for the Corporate Defendants to review and produce the responsive ESI.

//

1  Dated: November 1, 2007          Respectfully submitted,

2                                   LOVITT & HANNAN, INC.

3

4

5         By:_____/s/_____
                    Henry I. Bornstein
6         Attorneys for Defendants K-M Industries Holding
          Co., Inc.; K-M Industries Holding Co., Inc. ESOP
7         Plan Committee; and CIG ESOP Plan Committee