Case 4:06-cv-07339-CW   Document 64   Filed 11/02/2007   Page 1 of 3

Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
rl@lh-sf.com, jth@lh-sf.com, hib@lh-sf.com

Attorneys for Defendants K-M Industries Holding Co. Inc.; K-M Industries Holding Co. Inc. ESOP Plan Committee; and CIG ESOP Plan Committee

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO. INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE B. MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,<br><br>Defendants. | Case No. C06-07339 MJJ<br><br>**CASE MANAGEMENT STATEMENT OF DEFENDANTS K-M INDUSTRIES HOLDING CO., INC., K-M INDUSTRIES HOLDING CO. INC. ESOP PLAN COMMITTEE AND CIG ESOP PLAN COMMITTEE; REQUEST FOR EXTENSION OF DISCOVERY DEADLINE** |

Case C06-07339 MJJ

Case Management Statement & Request for Extension of Discovery Deadline

## I. INTRODUCTION

Pursuant to the Court's Order Modifying Pretrial Order, filed August 30, 2007, defendants K-M Industries Holding Co., Inc., K-M Industries Holding Co. Inc. ESOP Plan Committee and CIG ESOP Plan Committee ("Corporate Defendants") file this Case Management Statement seeking a change to the case schedule. Specifically, the Corporate Defendants request that the deadline for Corporate Defendants to complete their production of ESI be extended from November 7, 2007 to December 7, 2007.

## II. CURRENT STATE OF PRODUCTION BY THE CORPORATE DEFENDANTS

The Corporate Defendants have completed producing all hard copy documents that they have agreed to provide to the Plaintiffs. What remains to be accomplished is completion of the review and production of the ESI responsive to plaintiffs' document requests.

Even with discovery being limited to an agreed-upon list of document "custodians," the forensic consulting firm engaged by the Corporate Defendants collected over 1,063,000 electronic files from the computer systems of both KMH and CIG (approximately 10 million pages). After processing the data and applying the search terms agreed upon by the parties, approximately 380,000 potentially responsive ESI documents were identified that need to be reviewed for relevance, confidentiality and privilege issues.

To date, the Corporate Defendants have produced approximately 17,000 electronic files from the computer systems of KMH, CIG and the Lanier Law Firm in Texas. We intend to continue to make rolling productions of documents as they are processed.

The document review process being used by the Corporate Defendants has been divided into three review "levels." The First Review involves winnowing out obviously non-responsive documents and flagging potentially privileged and confidential documents. The First Review team consists of 12 full-time "J.D.'s" with experience reviewing ESI and a paralegal project manager. The Second Review performs quality control checks on the First Review and analyzes documents that have been designated as potentially privileged. These reviewers consist of eight experienced

1 "staff attorneys," plus two attorneys regularly employed by Lovitt & Hannan, all working full time.

2 Three Lovitt & Hannan attorneys will be working full time performing the Final Review designed to insure that claims of privilege are correctly made, thus reducing the likelihood that non-privileged documents will be withheld, or that privileged documents will be inadvertently produced.

Given our progress so far, our best estimate of when we can expect to finish the First and Second Level reviews is November 12. The Final Review of these documents is on-going, overlapping the Second Review, and will result in successive rolling productions of ESI. It is anticipated that there may be as many as 7,500 files that will have to be reviewed for privilege issues in the Final Review. It is hard for us to predict how long this Final Review will take. Our best estimate is that the Final review of the last group of documents can be completed by December 7.

## III. REQUEST FOR EXTENSION OF DISCOVERY DEADLINE

The number of files that were responsive to the search terms applied to the collected data greatly exceeded what was expected, and this has caused the project to become much larger than anticipated. The Corporate Defendants believe that the three-level review being performed is the most efficient process that can be effectively managed given the scope of the review being made, and therefore request that the deadline for the Corporate Defendants to complete the production of ESI be extended to December 7, 2007.

*The case management conference scheduled for 11/05/07 is VACATED and rescheduled to Dec. 11, 2007 at 2:00 PM. A joint statement from the parties is due 7 days prior to the conference. These changes apply to all defendants.*

Dated: October 29, 2007        Respectfully submitted,

LOVITT & HANNAN, INC.

By: _____/s/_____
Henry I. Bornstein
Attorneys for Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan Committee; and CIG ESOP Plan Committee

*IT IS SO ORDERED*
*Judge Martin J. Jenkins*
*11/01/07*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

---

Case C06-07339 MJJ            2            Case Management Statement & Request for Extension of Discovery Deadline