**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FERNANDEZ, et al.,, | Case No. C07-7339 MJJ |
| Plaintiffs, | |
| v. | **ORDER OF REFERENCE** |
| K-M INDUSTRIES HOLDING CO., INC., et al., | |
| Defendants. | |
| _____/ | |

Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred for ALL DISCOVERY PURPOSES to a Magistrate Judge, with any motions to be heard and considered at the convenience of his/her calendar.

IT IS SO ORDERED.

Dated: November 5, 2007

_____
MARTIN J. JENKINS
United States District Judge