UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
THOMAS FERNANDEZ, et al.,    )
                             )
          Plaintiff(s),      )    No. C06-7339 SBA (BZ)
                             )
                             )    BRIEFING ORDER
     v.                      )
                             )
                             )
K-M INDUSTRIES HOLDING CO.,  )
et al.,                      )
                             )
          Defendant(s).      )
                             )
_____)
```

    Plaintiff's Motion to Compel Production Of Documents has been assigned to me.  **IT IS ORDERED** as follows:

    1.  Defendants' opposition shall be filed by **November 19, 2007**;

    2.  Plaintiff's reply, if any, shall be filed by **November 26, 2007**.

    If a hearing is necessary it will be held on **December 5, 2007** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: November 8, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\FERNANDEZ V. K.M INDUSTRIES\BRIEFING ORDER.wpd

1