# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS FERNANDEZ, et al., | ) | |
| Plaintiff(s), | ) | No. C06-7339 SBA (BZ) |
| v. | ) | **ORDER TO COMPEL PRODUCTION OF DOCUMENTS FOR *IN CAMERA* REVIEW** |
| K-M INDUSTRIES HOLDING CO., et al., | ) | |
| Defendant(s). | ) | |

Having reviewed plaintiffs' motion to compel production of documents and defendants' opposition, **IT IS HEREBY ORDERED** that defendants will lodge with the court Documents Nos. 2 and 4, as identified in their privilege log, by **Monday, November 26, 2007** for *in camera* review.  I will evaluate the documents and issue a further order.

Dated: November 20, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\FERNANDEZ V. K.M INDUSTRIES\ORDER TO COMPEL PRODUCTION.wpd

1