1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FERNANDEZ, et al., | ) |
| Plaintiff(s), | ) No. C06-7339 SBA (BZ) |
| v. | ) **CLERK'S NOTICE VACATING** |
| | ) **HEARING** |
| K-M INDUSTRIES HOLDING CO., et al., | ) |
| Defendant(s). | ) |

**PLEASE TAKE NOTICE** that the hearing scheduled for December 5, 2007 at 10:00 a.m. re Plaintiff's Motion To Compel is **VACATED**.

DATED: December 3, 2007

*Rose Maher*

Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

1