Daniel Feinberg – CA Bar No. 135983
Todd F. Jackson – CA Bar No. 202598
Margaret E. Hasselman – CA Bar No. 228529
Nina Wasow – CA Bar No. 202047
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, California 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
Email: tjackson@lewisfeinberg.com
Email: mhasselman@lewisfeinberg.com
Email: nwasow@lewisfeinberg.com

*Attorneys for Plaintiffs and the Proposed Class*
(Additional counsel on signature page)

Ronald Lovitt, CA Bar No. 040921
J. Thomas Hannan, CA Bar No. 039140
Henry I. Bornstein, CA Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
Facsimile: (415) 362-7528
Email: rl@lh-sf.com, jth@lh-sf.com,
hib@lh-sf.com

*Attorneys for Defendants K-M Industries
Holding Co., Inc.; K-M Industries Holding
Co. ESOP Plan Committee; and CIG ESOP
Plan Committee*
(Additional counsel on signature page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similarly situated,<br><br>          Plaintiffs,<br><br>  vs.<br><br>K-M INDUSTRIES HOLDING CO., INC., et al.,<br><br>          Defendants. | Case No. C-06-07339 MJJ<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:        December 11, 2007<br>Time:       2:00 p.m.<br>Courtroom:  11 |

Pursuant to the Court's scheduling order dated November 2, 2007, the parties jointly submit this Case Management Statement.

**I.      Status of Litigation.**

All Defendants have substantially completed production of hard copy documents, and the KM Defendants have been producing electronically stored information (ESI) on a rolling basis. Plaintiffs continue to review documents as they are produced, and the parties continue to meet and confer regarding various discovery matters, particularly documents withheld on the basis of attorney-client privilege.

Pursuant to the scheduling order issued August 30, 2007, production of all documents and ESI was to be completed by November 7, 2007.  The KM Defendants submitted a case management statement requesting a one-month extension on October 29, 2007.  Plaintiffs submitted a case management statement requesting that, if the Court decided to grant the KM Defendants' request, a concomitant extension of the other deadlines in the case also be granted, so that Plaintiffs would not be unfairly burdened with reviewing ESI in a significantly shortened timeframe.

On November 2, 2007, the Court issued an order vacating the case management conference set for November 5, and rescheduling it to December 11.  The parties have operated on the assumption that by that order, the Court granted the KM Defendants' request for a one-month extension of the deadline to complete document production.  However, the order did not explicitly address whether the other case deadlines would be adjusted.  The KM Defendants expect to complete their production of ESI in response to Plaintiffs' requests for production of documents by the December 7 deadline.  Defendant North Star Trust Company's production of ESI will be fully completed by the December 7 deadline.

As noted in the previous joint case management statement, all parties agree that for the sake of efficiency, Plaintiffs should not take depositions until after Plaintiffs have had a sufficient opportunity to review the documents and ESI produced in response to their document requests.  If Plaintiffs take depositions without such an opportunity, witnesses may need to be deposed more than once, increasing the inconvenience and expense for all involved.  Although at the time that

1  this Statement is being submitted, the KM Defendants and Defendant North Star Trust Co. have
2  not yet completed their production of ESI, when their ESI production is completed, the K-M
3  Defendants expect to have produced approximately 8000 electronic documents and Defendant
4  North Star Trust Co. expects to have produced hundreds of electronic documents.

5  The parties agree that Plaintiffs' opportunity to review the documents should not be
6  compromised as a result of the fact that Defendants did not complete production within the
7  timeframe imposed at the last status conference.

8  Therefore, Plaintiffs request and Defendants do not oppose that the Court adopt the
9  following proposed schedule, wherein all of the dates are moved in conjunction with the
10 extension granted to the KM Defendants.

**II.    Proposed Schedule.**

In light of the issues outlined in the prior section, the parties jointly propose the following schedule to govern the remainder of this litigation:

| | |
|---|---|
| 1. Deadline for production of ESI and hard copy documents by all Defendants. | December 7, 2007 |
| 2. Close of fact discovery | May 23, 2008 |
| 3. Deadline for hearings on motions for class certification and for summary judgment on statute of limitations grounds | July 29, 2008 |
| 4. Disclosure of identity of experts and exchange of expert reports | October 10, 2008 |
| 5. Deadline for rebuttal expert reports | October 31, 2008 |
| 6. Close of expert discovery (depositions) | November 21, 2008 |
| 7. Deadline for hearing on dispositive motions | January 6, 2009 |
| 8. Pretrial Conference | February 24, 2009 |
| 9. Trial date | March 16, 2009 |

Dated:   December 4, 2007                Respectfully submitted,

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.

By:   /s/
      Daniel Feinberg

- 2 -                                    JOINT CASE MANAGEMENT STATEMENT
                                         C-06-07339 MJJ

Peter Rukin – CA State Bar No. 178336
RUKIN HYLAND DORIA
& TINDALL LLP

*Attorneys for Plaintiffs
and the Proposed Class*

Dated: December 4, 2007            LOVITT & HANNAN, INC.

By:     /s/
Henry Bornstein
*Attorneys for Defendant K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan Committee; and CIG ESOP Plan Committee*

Dated: December 4, 2007            HENNIGAN, BENNETT & DORMAN LLP

By:     /s/
Robert L. Palmer
*Attorneys for Defendant William E. and Desiree B. Moore Revocable Trust; Desiree B. Moore Revocable Trust; William E. Moore Marital Trust; William E. and Desiree B. Moore Revocable Trust Generation-Skipping Trust; and Desiree Moore*

Dated: December 4, 2007            MORGAN, LEWIS & BOCKIUS LLP

By:     /s/
Nicole Diller
*Attorneys for Defendant North Star Trust Company*