UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge:** MARTIN J. JENKINS

**Date**: December 11, 2007

**Case No:** C 06-07339 MJJ

**Case Title**: THOMAS FERNANDEZ, et al. v. K-M INDUSTRIES HOLDING CO., et al.

**Appearances:**

> For Plaintiff(s): Daniel Feinberg, Nina Wasow, Peter Rukin

> For Defendant(s): Nicole Diller, Andrew Sullivan, Ronald Lovitt, Henry Bornstein, Robert Palmer

**Deputy Clerk**: Rowena B. Espinosa         **Court Reporter**: not reported

### PROCEEDINGS

1. Status Conference - held

### SUMMARY

- The parties propose an amended pretrial order.
- The parties shall file a joint status statement in the fall of 2008.