| | |
|---|---|
| 1 | Daniel Feinberg – CA Bar No. 135983 |
| 2 | Todd F. Jackson – CA Bar No. 202598 |
|   | Margaret E. Hasselman – CA Bar No. 228529 |
| 3 | Nina Wasow – CA Bar No. 202047 |
|   | LEWIS, FEINBERG, LEE, |
| 4 | RENAKER & JACKSON, P.C. |
|   | 1330 Broadway, Suite 1800 |
| 5 | Oakland, California 94612 |
|   | Telephone: (510) 839-6824 |
| 6 | Facsimile:  (510) 839-7839 |
|   | Email: dfeinberg@lewisfeinberg.com |
| 7 | Email: tjackson@lewisfeinberg.com |
|   | Email: mhasselman@lewisfeinberg.com |
| 8 | Email: nwasow@lewisfeinberg.com |

*Attorneys for Plaintiffs and the Proposed Class*
(Additional counsel on signature page)

Ronald Lovitt, CA Bar No. 040921
J. Thomas Hannan, CA Bar No. 039140
Henry I. Bornstein, CA Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
Facsimile: (415) 362-7528
Email: rl@lh-sf.com, jth@lh-sf.com,
    hib@lh-sf.com

*Attorneys for Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co. ESOP Plan Committee; and CIG ESOP Plan Committee*
(Additional counsel on signature page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similarly situated, | Case No. C-06-07339 MJJ |
| Plaintiffs, | **[PROPOSED] ORDER MODIFYING PRETRIAL ORDER** |
| vs. | |
| K-M INDUSTRIES HOLDING CO., INC., et al., | |
| Defendants. | |

C-06-07339 MJJ

Pursuant to the Court's instructions at the Case Management Conference held on December 11, 2007, the parties request that the Court order the following schedule to govern the remainder of this litigation:

| | |
|---|---|
| 1. Close of fact discovery | May 23, 2008 |
| 2. Deadline for hearings on motions for class certification and for summary judgment on statute of limitations grounds | July 29, 2008 |
| 3. Case Management Conference | September 9, 2008 |
| 4. Disclosure of identity of experts and exchange of expert reports | October 10, 2008 |
| 5. Deadline for rebuttal expert reports | October 31, 2008 |
| 6. Close of expert discovery (depositions) | November 21, 2008 |
| 7. Deadline for hearing on dispositive motions | January 6, 2009 |
| 8. Pretrial Conference | February 24, 2009 |
| 9. Trial date | March 16, 2009 |

Dated:  December 13, 2007           Respectfully submitted,

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.

By:     /s/
Daniel Feinberg

Peter Rukin – CA State Bar No. 178336
RUKIN HYLAND DORIA
& TINDALL LLP

*Attorneys for Plaintiffs
and the Proposed Class*

Dated:  December 13, 2007           LOVITT & HANNAN, INC.

By:     /s/
Henry Bornstein
*Attorneys for Defendant K-M Industries
Holding Co., Inc.; K-M Industries Holding
Co., Inc. ESOP Plan Committee; and CIG
ESOP Plan Committee*

Dated:   December 13, 2007                    HENNIGAN, BENNETT & DORMAN LLP

By:     /s/
Robert L. Palmer
*Attorneys for Defendant William E. and Desiree B. Moore Revocable Trust; Desiree B. Moore Revocable Trust; William E. Moore Marital Trust; William E. and Desiree B. Moore Revocable Trust Generation-Skipping Trust; and Desiree Moore*


Dated:   December 13, 2007                    MORGAN, LEWIS & BOCKIUS LLP

By:     /s/
Nicole Diller
*Attorneys for Defendant North Star Trust Company*


Good cause appearing, the Court orders that dates set forth in the current scheduling order are vacated, and that the management of this litigation is now governed by the dates set forth above.

IT IS SO ORDERED.

DATED: _____                    _____
                                              Hon. Martin J. Jenkins
                                              United States District Judge