Daniel Feinberg – CA Bar No. 135983
Todd F. Jackson – CA Bar No. 202598
Margaret E. Hasselman – CA Bar No. 228529
Nina Wasow – CA Bar No. 202047
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, California 94612
Telephone: (510) 839-6824
Facsimile:  (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
Email: tjackson@lewisfeinberg.com
Email: mhasselman@lewisfeinberg.com
Email: nwasow@lewisfeinberg.com

*Attorneys for Plaintiffs and the Proposed Class*
(Additional counsel on signature page)

Ronald Lovitt, CA Bar No. 040921
J. Thomas Hannan, CA Bar No. 039140
Henry I. Bornstein, CA Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
Facsimile: (415) 362-7528
Email: rl@lh-sf.com, jth@lh-sf.com,
    hib@lh-sf.com

*Attorneys for Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co. ESOP Plan Committee; and CIG ESOP Plan Committee*
(Additional counsel on signature page)

*Chambers*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similarly situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>K-M INDUSTRIES HOLDING CO., INC., et al.,<br><br>                    Defendants. | Case No. C-06-07339 MJJ<br><br>**[PROPOSED] ORDER MODIFYING PRETRIAL ORDER** |

C-06-07339 MJJ

Pursuant to the Court's instructions at the Case Management Conference held on December 11, 2007, the parties request that the Court order the following schedule to govern the remainder of this litigation:

| | |
|---|---|
| 1. Close of fact discovery | May 23, 2008 |
| 2. Deadline for hearings on motions for class certification and for summary judgment on statute of limitations grounds | July 29, 2008 |
| 3. Case Management Conference | September 9, 2008 |
| 4. Disclosure of identity of experts and exchange of expert reports | October 10, 2008 |
| 5. Deadline for rebuttal expert reports | October 31, 2008 |
| 6. Close of expert discovery (depositions) | November 21, 2008 |
| 7. Deadline for hearing on dispositive motions | January 6, 2009 |
| 8. Pretrial Conference | February 24, 2009 |
| 9. Trial date | March 16, 2009 |

Dated:   December 13, 2007

Respectfully submitted,

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By:   /s/
Daniel Feinberg

Peter Rukin – CA State Bar No. 178336
RUKIN HYLAND DORIA
& TINDALL LLP

*Attorneys for Plaintiffs
and the Proposed Class*

Dated:   December 13, 2007

LOVITT & HANNAN, INC.

By:   /s/
Henry Bornstein
*Attorneys for Defendant K-M Industries
Holding Co., Inc.; K-M Industries Holding
Co., Inc. ESOP Plan Committee; and CIG
ESOP Plan Committee*

| | | |
|---|---|---|
| Dated: December 13, 2007 | | HENNIGAN, BENNETT & DORMAN LLP |
| | By: | /s/<br>Robert L. Palmer<br>*Attorneys for Defendant William E. and Desiree B. Moore Revocable Trust; Desiree B. Moore Revocable Trust; William E. Moore Marital Trust; William E. and Desiree B. Moore Revocable Trust Generation-Skipping Trust; and Desiree Moore* |
| Dated: December 13, 2007 | | MORGAN, LEWIS & BOCKIUS LLP |
| | By: | /s/<br>Nicole Diller<br>*Attorneys for Defendant North Star Trust Company* |

Good cause appearing, the Court orders that dates set forth in the current scheduling order are vacated, and that the management of this litigation is now governed by the dates set forth above.

IT IS SO ORDERED.

DATED: 12/16/2007

Hon. Martin J. Jenkins
United States District Judge

- 2 -

C-06-07339 MJJ