1  Robert L. Palmer, Cal. Bar No. 181462
   Paul B. Derby, Cal. Bar No. 211352
2  Caroline Walters Cal Bar No. 239054
   HENNIGAN BENNETT & DORMAN LLP
3  865 South Figueroa St., Suite 2900
   Los Angeles, California 90017
4  Telephone: (213) 694-1200
   Facsimile: (415) 362-7528
5  Email:   Palmer@hbdlawyers.com
            DerbyP@hbdlawyers.com
6           WaltersC@hbdlawyers.com

7
   Attorneys for Defendants
8  William E. and Desiree B. Moore Revocable Trust, Desiree
   B. Moore Revocable Trust, William E. Moore Marital Trust,
9  William E. Moore Generation-Skipping Trust, and Desiree
   Moore
10
                IN THE UNITED STATES DISTRICT COURT
11
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
                     SAN FRANCISCO DIVISION
13

14  THOMAS FERNANDEZ and LORA SMITH,)   Case No. C 06-07339 MJJ
    individually and on behalf of a class of all  )
15  other persons similar situated,            )
                                                )   **NOTICE OF APPEARANCE**
16              Plaintiffs,                     )
          vs.                                   )
17                                              )
    K-M INDUSTRIES HOLDING CO. INC.;            )
18  K-M INDUSTRIES HOLDING CO., INC.;           )
    ESOP PLAN COMMITTEE; WILLIAM E.             )
19  AND DESIREE B. MOORE REVOCABLE              )
    TRUST; TRUSTEES OF THE WILLIAM E.           )
20  AND DESIREE B. MOORE REVOCABLE              )
    TRUST; CIG ESOP PLAN COMMITTEE;             )
21  NORTH STAR TRUST COMPANY;                   )
    DESIREE B. MOORE REVOCABLE                  )
22  TRUST; WILLIAM E. MOORE MARITAL             )
    TRUST; WILLIAM E. MOORE                     )
23  GENERATION-SKIPPING TRUST; and              )
    DESIREE MOORE, BOTH IN HER                  )
24  INDIVIDUAL CAPACITY AND AS                  )
    TRUSTEE OF THE WILLIAM E. AND               )
25  DESIREE B. MOORE REVOCABLE                  )
    TRUST'S SUCCESSOR TRUSTS NAMED              )
26  ABOVE,                                      )
                                                )
27              Defendants.                     )
                                                )
28  _____

CASE NO. C-06-07339 MJJ

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Caroline Walters of Hennigan Bennett & Dorman LLP, 865 South Figueroa St., Suite 2900, Los Angeles, California 90017, tel: (213) 694-1200, fax: (213) 694-1234, hereby appears as additional counsel of record for Defendants William E. and Desiree B. Moore Revocable Trust, Desiree B. Moore Revocable Trust, William E. Moore Marital Trust, William E. Moore Generation-Skipping Trust, and Desiree Moore.

DATED: December 21, 2007

HENNIGAN, BENNETT & DORMAN LLP

By: _____
Caroline Walters

Attorneys for Defendants William E. and Desiree B. Moore Revocable Trust, Desiree B. Moore Revocable Trust, William E. Moore Marital Trust, William E. Moore Generation-Skipping Trust, and Desiree Moore

-1-

NOTICE OF APPEARNACE
CASE NO. C-06-07339 MJJ

648209.01