Robert L. Palmer, Cal. Bar No. 181462
Paul B. Derby, Cal. Bar No. 211352
HENNIGAN BENNETT & DORMAN LLP
865 South Figueroa St., Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (415) 362-7528
Email:   Palmer@hbdlawyers.com
         DerbyP@hbdlawyers.com

Attorneys for Defendants
William E. and Desiree B. Moore Revocable Trust, Desiree B. Moore Revocable Trust, William E. Moore Marital Trust, William E. Moore Generation-Skipping Trust, and Desiree Moore

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similar situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>K-M INDUSTRIES HOLDING CO. INC.; K-M INDUSTRIES HOLDING CO., INC.; ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,<br><br>　　　　　　　Defendants. | Case No. C 06-07339 MJJ<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Robert L. Palmer of Hennigan Bennett & Dorman LLP, 865 South Figueroa St., Suite 2900, Los Angeles, California 90017, tel: (213) 694-1200, fax: (213) 694-1234, hereby appears as additional counsel of record for Defendants William E. and Desiree B. Moore Revocable Trust, Desiree B. Moore Revocable Trust, William E. Moore Marital Trust, William E. Moore Generation-Skipping Trust, and Desiree Moore.

DATED: December 26, 2007

HENNIGAN, BENNETT & DORMAN LLP

By: _____
Robert L. Palmer
Attorneys for Defendants William E. and Desiree B. Moore Revocable Trust, Desiree B. Moore Revocable Trust, William E. Moore Marital Trust, William E. Moore Generation-Skipping Trust, and Desiree Moore

-1-

NOTICE OF APPEARNACE
CASE NO. C-06-07339 MJJ

648221