1  Daniel Feinberg – CA State Bar No. 135983
   Todd F. Jackson – CA State Bar No. 202598
2  Margaret E. Hasselman – CA State Bar No. 228529
   Nina R. Wasow – CA State Bar No. 242047
3  Kirsten G. Scott - CA State Bar No. 253464
   LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
4  1330 Broadway, Suite 1800
   Oakland, CA  94612
5  Telephone: (510) 839-6824
   Facsimile: (510) 839-7839
6  Email: dfeinberg@lewisfeinberg.com
   Email: tjackson@lewisfeinberg.com
7  Email: mhasselman@lewisfeinberg.com
   Email: nwassow@lewisfeinberg.com
8  Email: kscott@lewisfeinberg.com

9  Peter Rukin – CA State Bar No. 178336
   RUKIN HYLAND DORIA & TINDALL LLP
10 100 Pine Street, Suite 725
   San Francisco, CA
11 Telephone: (415) 421-1800
   Facsimile: (415) 421-1700
12 Email: peterrukin@rhddlaw.com

13 *Attorneys for Plaintiffs and the Proposed Class*

14                 IN THE UNITED STATES DISTRICT COURT

15                FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                  SAN FRANCISCO AND OAKLAND DIVISION

17 THOMAS FERNANDEZ and LORA SMITH,     )  Case No. C-06-07339 MJJ
   individually and on behalf of a class of all other )
18 persons similarly situated,          )
                                        )
19             Plaintiffs,              )
                                        )  **NOTICE OF APPEARANCE OF**
20      vs.                             )  **KIRSTEN SCOTT**
                                        )
21 K-M INDUSTRIES HOLDING CO., INC., et )
   al.,                                 )
22                                      )
               Defendants               )
23 _____  )
                                        )
24                                      )
                                        )
25                                      )
                                        )
26                                      )
                                        )
27                                      )
                                        )
28

NOTICE OF APPEARANCE - CASE NO. C-06-07339 MJJ

1  TO THE COURT AND ALL PARTIES OF RECORD:

2  Please take notice that Kirsten Scott of LEWIS, FEINBERG, LEE, RENAKER & JACKSON,

3  P.C., 1330 Broadway, Suite 1800, Oakland, CA 94612, Telephone: (510) 839-6824, Facsimile:

4  (510) 839-7839 will be representing the Plaintiffs Thomas Fernandez and Lora Smith,

5  individually and on behalf of a class of all other persons similarly situated.

6

7  Dated: January 10, 2008                    Respectfully submitted,

8
                                              LEWIS, FEINBERG, LEE,
9                                             RENAKER & JACKSON, P.C.

10                                    By:      _____/s/_____
                                              Kirsten Scott
11                                            *Attorneys for Plaintiffs
                                              and the Proposed Class*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE - CASE NO. C-06-07339 MJJ                                    Page 1