UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FERNANDEZ, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> K-M INDUSTRIES HOLDING CO., et al., <br><br> Defendant(s). | No. C06-7339 SBA (BZ) <br><br> **ORDER TO COMPEL PRODUCTION OF DOCUMENTS FOR IN CAMERA REVIEW** |

Having reviewed the letters surrounding the current discovery dispute, **IT IS HEREBY ORDERED** that defendants lodge with the court the documents that remain in dispute by **Monday, March 3, 2008** for *in camera review*.

Dated: February 25, 2008

Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\fernandez v. K.M. Industries\in camera order.wpd

1