**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **03/05/2008**

**C06-7339 CW (BZ)**

**Thomas Fernandez, et al. v. K-M Industries Holding Co., Inc., et al.**

Attorneys: Pltf: Daniel Feinberg
　　　　　  Def: Henry I. Bonstein, Terence F. Young, Andrew C. Sullivan & Richard Palmer (telephonic)

　　　　　　　　　　　　　　　　　　　　　　　Time: 10:00 a.m.

Deputy Clerk: **LASHANDA SCOTT**　　　　Reporter: **Joan Columbini; 11:10-12:01**

**PROCEEDINGS:**　　　　　　　　　　　　　　**RULING:**

1. Plaintiff's Motion to Compel　　　　　　　　　Matter Submitted
2. _____　　_____

( ) Status Conference　　( ) P/T Conference　　( ) Case Management Conference

**ORDERED AFTER HEARING:**

( XX ) ORDER TO BE PREPARED BY:　Plntf ___　Deft ___　Court  XX

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO_____　for _____

Discovery Cut-Off_____  Expert Discovery Cut-Off_____

Plntf to Name Experts by _____  Deft to Name Experts by_____

P/T Conference Date_____  Trial Date_____  Set for _____ days
　　　　　　　　　　Type of Trial:  ( )Jury　( )Court
Notes: _____