1  Robert L. Palmer, Cal. Bar No. 181462
   Paul B. Derby, Cal. Bar No. 211352
2  Allison K. Chock Cal. Bar No. 206015
   Caroline Walters Cal Bar No. 239054
3  HENNIGAN BENNETT & DORMAN LLP
   865 South Figueroa St., Suite 2900
4  Los Angeles, California 90017
   Telephone: (213) 694-1200
5  Facsimile: (213) 694-1234
   Email:  Palmer@hbdlawyers.com
6          DerbyP@hbdlawyers.com
           ChockA@hbdlawyers.com
7          WaltersC@hbdlawyers.com

8  Attorneys for Defendants
   William E. and Desiree B. Moore Revocable Trust, Desiree
9  B. Moore Revocable Trust, William E. Moore Marital Trust,
   William E. Moore Generation-Skipping Trust, and Desiree
10 Moore

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14 THOMAS FERNANDEZ and LORA SMITH,  )  Case No. C 06-07339 CW (BZ)
   individually and on behalf of a class of all  )
15 other persons similar situated,    )
                                      )  **NOTICE OF APPEARANCE**
16              Plaintiffs,            )
                                      )
17       vs.                           )
                                      )
18 K-M INDUSTRIES HOLDING CO. INC.;    )
   K-M INDUSTRIES HOLDING CO., INC.;   )
19 ESOP PLAN COMMITTEE; WILLIAM E.     )
   AND DESIREE B. MOORE REVOCABLE      )
20 TRUST; TRUSTEES OF THE WILLIAM E.   )
   AND DESIREE B. MOORE REVOCABLE      )
21 TRUST; CIG ESOP PLAN COMMITTEE;     )
   NORTH STAR TRUST COMPANY;           )
22 DESIREE B. MOORE REVOCABLE          )
   TRUST; WILLIAM E. MOORE MARITAL     )
23 TRUST; WILLIAM E. MOORE             )
   GENERATION-SKIPPING TRUST; and      )
24 DESIREE MOORE, BOTH IN HER          )
   INDIVIDUAL CAPACITY AND AS          )
25 TRUSTEE OF THE WILLIAM E. AND       )
   DESIREE B. MOORE REVOCABLE          )
26 TRUST'S SUCCESSOR TRUSTS NAMED      )
27 ABOVE,                              )
                                       )
28              Defendants.            )
   _____

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Allison K. Chock of Hennigan Bennett & Dorman LLP, 865 South Figueroa St., Suite 2900, Los Angeles, California 90017, tel: (213) 694-1200, fax: (213) 694-1234, hereby appears as additional counsel of record for Defendants William E. and Desiree B. Moore Revocable Trust, Desiree B. Moore Revocable Trust, William E. Moore Marital Trust, William E. Moore Generation-Skipping Trust, and Desiree Moore.

DATED: March 7, 2008

HENNIGAN, BENNETT & DORMAN LLP

By: /s/ Allison K. Chock

Attorneys for Defendants William E. and Desiree B. Moore Revocable Trust, Desiree B. Moore Revocable Trust, William E. Moore Marital Trust, William E. Moore Generation-Skipping Trust, and Desiree Moore

-1-

NOTICE OF APPEARNACE
CASE NO. C-06-07339 CW (BZ)

665131.01