1  Robert L. Palmer, Cal. Bar No. 181462
   Lauren A. Smith, Cal. Bar No. 94343
2  Paul B. Derby, Cal. Bar No. 211352
   Allison K. Chock Cal. Bar No. 206015
3  Caroline Walters Cal Bar No. 239054
   HENNIGAN BENNETT & DORMAN LLP
4  865 South Figueroa St., Suite 2900
   Los Angeles, California 90017
5  Telephone: (213) 694-1200
   Facsimile: (415) 362-7528
6  Email: Palmer@hbdlawyers.com
           SmithL@hbdlawyers.com
7          DerbyP@hbdlawyers.com
           ChockA@hbdlawyers.com
8          WaltersC@hbdlawyers.com

9  Attorneys for Defendants
   William E. and Desiree B. Moore Revocable Trust, Desiree B. Moore
10 Revocable Trust, William E. Moore Marital Trust, William E. Moore
   Generation-Skipping Trust, and Desire Moore
11
                    IN THE UNITED STATES DISTRICT COURT
12
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                           SAN FRANCISCO DIVISION
14

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similar situated, | Case No. C 06-07339 CW (BZ) |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | |
| K-M INDUSTRIES HOLDING CO. INC.; K-M INDUSTRIES HOLDING CO., INC.; ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE, | |
| Defendants. | |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Lauren A. Smith of Hennigan Bennett & Dorman LLP, 865 South Figueroa St., Suite 2900, Los Angeles, California 90017, tel: (213) 694-1200, fax: (213) 694-1234, hereby appears as additional counsel of record for Defendants William E. and Desiree B. Moore Revocable Trust, Desiree B. Moore Revocable Trust, William E. Moore Marital Trust, William E. Moore Generation-Skipping Trust, and Desiree Moore.

DATED: March 7, 2008

HENNIGAN, BENNETT & DORMAN LLP

By: _____
Lauren A. Smith

Attorneys for Defendants William E. and Desiree B. Moore Revocable Trust, Desiree B. Moore Revocable Trust, William E. Moore Marital Trust, William E. Moore Generation-Skipping Trust, and Desiree Moore

-1-

NOTICE OF APPEARNACE
CASE NO. C-06-07339 CW (BZ)

665195.01