1  Ronald Lovitt, Bar No. 040921
   J. Thomas Hannan, Bar No. 039140
2  Henry I. Bornstein, Bar No. 75885
   Terence F. Young, Bar No. 069943
3  LOVITT & HANNAN, INC.
   900 Front Street, Suite 300
4  San Francisco, California 94111
   Telephone: (415) 362-8769
5  Facsimile: (415) 362-7528
   *rl@lh-sf.com, jth@lh-sf.com, hib@lh-sf.com, tfylaw@earthlink.net*
6

7  Attorneys for Defendants K-M Industries
   Holding Co. Inc.; K-M Industries Holding Co.
8  Inc. ESOP Plan Committee; and CIG ESOP Plan Committee

9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13

14 THOMAS FERNANDEZ et al.,              )   Case No. C 06-07339 CW
                                         )
15             Plaintiffs,               )   **STIPULATION AND [PROPOSED] ORDER**
                                         )   **TO EXTEND MOTION FILING**
16     vs.                               )   **DEADLINE**
                                         )
17 K-M INDUSTRIES HOLDING CO., INC, et al. )
                                         )
18             Defendants.               )
                                         )
19                                       )
                                         )
20 _____ )

21

22     On March 27, 2008, Defendants K-M Industries Holding Co., Inc. and K-M Industries

23 Holding Co., Inc. ESOP Plan Committee (the "Kelly-Moore Defendants") each served a set of

24 interrogatories on plaintiffs.  Plaintiffs responded timely on May 6, 2008.  The parties met to confer

25 concerning the responses on May 20, 2008.  During that meet and confer, plaintiffs agreed to

26 supplement their responses with additional and specific information.

27     The Order Modifying Pretrial Order dated December 16, 2007, sets May 23, 2008 as the

28

1  close of fact discovery in this matter. Pursuant to Local Rule 26-2, motions to compel fact

2  discovery must be filed on or before June 4, 2008.

3      In order to allow plaintiffs sufficient time to supplement and amend their responses to

4  defendants' interrogatories and for defendants to evaluate whether a motion to compel further

5  responses will be necessary, the parties hereby stipulate that plaintiffs may have to and including

6  June 4, 2008 within which to supplement and amend their responses to the Kelly-Moore

7  Defendants' interrogatories and that said defendants may have seven court days thereafter to file a

8  motion to compel further responses, if required. The Parties request that the Court enter an order in

9  line with such stipulation as set forth below.

10

11

12 DATED: May 22, 2008          LOVITT & HANNAN, INC.

13

14

15              By: _Terence Young_

16                  Terence F. Young
                   Attorneys for Defendants K-M Industries Holding
17                 Co., Inc.; K-M Industries Holding Co., Inc. ESOP
                   Plan Committee; and CIG ESOP Plan Committee

18

19 DATED: May ___, 2008         LEWIS, FEINBERG, LEE, RENAKER &
20                              JACKSON, P.C.

21

22

23              By: _____
                   Margo Hasselman
24                 Attorneys for Plaintiffs Thomas Fernandez, Lora
                   Smith and Tosha Thomas

25

26

27

28

CASE NO. C 06-07339 BZ (CW)        -2-        STIPULATION TO EXTEND MOTION FILING DEADLINE

1  close of fact discovery in this matter.  Pursuant to Local Rule 26-2, motions to compel fact

2  discovery must be filed on or before June 4, 2008.

3       In order to allow plaintiffs sufficient time to supplement and amend their responses to

4  defendants' interrogatories and for defendants to evaluate whether a motion to compel further

5  responses will be necessary, the parties hereby stipulate that plaintiffs may have to and including

6  June 4, 2008 within which to supplement and amend their responses to the Kelly-Moore

7  Defendants' interrogatories and that said defendants may have seven court days thereafter to file a

8  motion to compel further responses, if required.  The Parties request that the Court enter an order in

9  line with such stipulation as set forth below.

10

11

12  DATED:  May ___, 2008          LOVITT & HANNAN, INC.

13

14

15                                 By: _____
                                         Terence F. Young
16                                 Attorneys for Defendants K-M Industries Holding
                                   Co., Inc.; K-M Industries Holding Co., Inc. ESOP
17                                 Plan Committee; and CIG ESOP Plan Committee

18

19  DATED:  May 22, 2008          LEWIS, FEINBERG, LEE, RENAKER &
                                   JACKSON, P.C.
20

21

22                                 By: _____
                                         Margo Hasselman
23                                 Attorneys for Plaintiffs Thomas Fernandez, Lora
                                   Smith and Tosha Thomas
24

25

26

27

28

1

**ORDER**

2

3      Good cause appearing, IT IS ORDERED that Plaintiff's shall serve their supplemental

4   responses to defendants K-M Industries Holding Co., Inc. and K-M Industries Holding Co., Inc.

5   ESOP Plan Committee's first sets of interrogatories on or before June 4, 2008.  The date upon which

6   said defendants may move to compel further responses to said interrogatories is extended to June 13,

7   2008.

8

9

10

DATED: _____

11                                    _____

12                                    Honorable Claudia Wilken
                                      UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28