Daniel Feinberg – CA State Bar No. 135983
Todd F. Jackson – CA State Bar No. 202598
Margaret E. Hasselman – CA State Bar No. 228529
Nina R. Wasow – CA State Bar No. 242047
Kirsten Gibney Scott – CA State Bar No. 253464
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
Email: tjackson@lewisfeinberg.com
Email: mhasselman@lewisfeinberg.com
Email: nwasow@lewisfeinberg.com
Email: kscott@lewisfeinberg.com

*Attorneys for Plaintiffs and the Proposed Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO AND OAKLAND DIVISION

THOMAS FERNANDEZ, LORA SMITH, and TOSHA THOMAS, individually and on behalf of a class of all other persons similarly situated,

Plaintiffs,

vs.

K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,

Defendants.

Case No. C-06-07339 CW

**DECLARATION OF KIRSTEN G. SCOTT IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

**CIVIL LOCAL RULE 79-5**

I, Kirsten Scott, declare as follows:

1. I am a member in good standing of the State Bar of California and an attorney with Lewis, Feinberg, Lee, Renaker & Jackson, P.C., which is counsel for Plaintiffs in this action. I have personal knowledge of the facts contained in this declaration and, if called to testify, will testify as set forth below.

2. In the course of discovery, Defendants have designated the following documents as confidential:

a. Page bates stamped MK001590 (portion of Exhibit 2 to Plaintiffs' Motion for Class Certification)

b. Pages 249-250 of Cristiano Deposition (Exhibit 3 to Plaintiffs' Motion for Class Certification)

c. Page 104 of Menke Deposition (Exhibit 4 to Plaintiffs' Motion for Class Certification)

d. Pages bates stamped KMH000452-KMH000456 (Exhibit 5 to Plaintiffs' Motion for Class Certification)

e. Page bates stamped CIG004588 (Exhibit 7 to Plaintiffs' Motion for Class Certification)

f. Page 28 of Cazzolla Deposition (Exhibit 8 to Plaintiffs' Motion for Class Certification)

g. Page bates stamped CIG001871 (portion of Exhibit 9 to Plaintiffs' Motion for Class Certification)

h. Pages bates stamped MT000543-MT000551 (Exhibit 12 to Plaintiffs' Motion for Class Certification)

i. Pages bates stamped KMH010822-KMH010824, KMH010826, KMH010830, KMH010832 (portions of Exhibit 15 to Plaintiffs' Motion for Class Certification)

3. Because Defendants have marked the above-listed documents (or portions of documents) as confidential, these documents (or portions of documents) have been redacted and are being filed with the Court under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 29, 2008 at Oakland, California.

/s/

Kirsten Scott