UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FERNANDEZ, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>K-M INDUSTRIES HOLDING CO., et al.,<br><br>Defendant(s). | No. C06-7339 CW (BZ)<br><br>**CLERK'S NOTICE SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |

**PLEASE TAKE NOTICE** that a telephonic conference is scheduled for **Monday, June 9, 2008 at 1:30 p.m.** to discuss the outstanding discovery dispute. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: June 4, 2008

*Rose Maher*
Rose Maher- Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-REFS\FERNANDEZ V. K.M INDUSTRIES\TEL.CONF.1.WPD

1