**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Monday, June 9, 2008 @ 1:30 p.m.

TIME: 35 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| Fernandez v. K-M Industries Holding Co. | C06-7339 CW (BZ) | ☒ REFERRAL |
| **ATTORNEY(S) FOR PLAINTIFF(S):** | **ATTORNEY(S) FOR DEFENDANT(S):** | |
| Daniel M. Feinberg | Nicole A. Diller; Lauren A. Smith; Henry Borstein | |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: TC 18-08

**PROCEEDINGS**

- ☐ NONDISPOSITIVE MOTION
  - ☐ CONTESTED
  - ☐ UNCONTESTED
- ☐ DISPOSITIVE MOTION
- ☐ EVIDENTIARY HEARING
- ☐ FEE APPLICATION
- ☐ STATUS CONFERENCE

- ☐ INITIAL PRETRIAL CONFERENCE (CMC)
- ☒ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☐ FINAL PRETRIAL CONFERENCE
- ☐ MOTION HEARING/ARGUMENT
- ☐ IRS ENFORCEMENT ORDERS
- ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY: ☐ PLAINTIFF  ☐ DEFENDANT  ☒ COURT

CASE CONTINUED TO: _____

**NOTES**

G:\BZALL\-REFS\FERNANDEZ V. K.M INDUSTRIES\MINUTE1.wpd