UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS FERNANDEZ, et al.,

        Plaintiff(s),     No. C06-7339 CW (BZ)

  v.

                           **EIGHTH DISCOVERY ORDER**

K-M INDUSTRIES HOLDING CO., et al.,

        Defendant(s).

Following a telephone conference on June 9, 2008 at which the parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

    1. The deposition notice did not specify with reasonable particularity that the Rule 30(b)(6) witness, John Hommel, prepare to identify the authors of the handwritten notes produced at the meeting. His failure to identify the authors did not violate Rule 30(b)(6). If plaintiffs are able to identify contrary authority on the issue, they may move to compel further testimony.

1

    2.   Plaintiffs have leave to file a motion to compel Mr. Hommel to provide further testimony in the areas for which they believe he did not adequately prepare by **Wednesday, June 18, 2008**.

    3.   North Star Trust Company's opposition shall be filed by **Monday, June 30, 2008.**

    4.   Plaintiffs' reply, if any, shall be filed by **Monday, July 7, 2008.**

    5.   If necessary, a hearing will be held on **Wednesday, July 16, 2008 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

DATED: June 10, 2008

                                              Bernard Zimmerman
                                   United States Magistrate Judge

g:\bzall\-refs\Fernandez v. K.M.Industries\Disc8.Ord.wpd