Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 75885
Terence F. Young, Bar No. 069943
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
*rl@lh-sf.com, jth@lh-sf.com, hib@lh-sf.com, tfylaw@earthlink.net*

Attorneys for Defendants K-M Industries
Holding Co. Inc.; K-M Industries Holding Co.
Inc. ESOP Plan Committee; and CIG ESOP Plan Committee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ et al., <br><br> Plaintiffs, <br><br> vs. <br><br> K-M INDUSTRIES HOLDING CO., INC, et al. <br><br> Defendants. | Case No. C 06-07339 CW <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND MOTION FILING DEADLINE** |

On March 27, 2008, Defendants K-M Industries Holding Co., Inc. and K-M Industries Holding Co., Inc. ESOP Plan Committee (the "Kelly-Moore Defendants") each served a set of interrogatories on plaintiffs. Plaintiffs responded timely on May 6, 2008. The parties met to confer concerning the responses on May 20, 2008. During that meet and confer, plaintiffs agreed to supplement their responses with additional and specific information.

The Order Modifying Pretrial Order dated December 16, 2007, sets May 23, 2008 as the

CASE NO. C 06-07339 BZ (CW)              -1-            STIPULATION TO EXTEND MOTION FILING DEADLINE

close of fact discovery in this matter. Pursuant to Local Rule 26-2, motions to compel fact discovery must be filed on or before June 4, 2008.

In order to allow plaintiffs sufficient time to supplement and amend their responses to defendants' interrogatories and for defendants to evaluate whether a motion to compel further responses will be necessary, the parties hereby stipulate that plaintiffs may have to and including June 4, 2008 within which to supplement and amend their responses to the Kelly-Moore Defendants' interrogatories and that said defendants may have seven court days thereafter to file a motion to compel further responses, if required. The Parties request that the Court enter an order in line with such stipulation as set forth below.

DATED: May 22, 2008                LOVITT & HANNAN, INC.


By: _____
        Terence F. Young
Attorneys for Defendants K-M Industries Holding
Co., Inc.; K-M Industries Holding Co., Inc. ESOP
Plan Committee; and CIG ESOP Plan Committee


DATED: May ___, 2008               LEWIS, FEINBERG, LEE, RENAKER &
                                   JACKSON, P.C.


By: _____
        Margo Hasselman
Attorneys for Plaintiffs Thomas Fernandez, Lora
Smith and Tosha Thomas

1  close of fact discovery in this matter. Pursuant to Local Rule 26-2, motions to compel fact
2  discovery must be filed on or before June 4, 2008.
3      In order to allow plaintiffs sufficient time to supplement and amend their responses to
4  defendants' interrogatories and for defendants to evaluate whether a motion to compel further
5  responses will be necessary, the parties hereby stipulate that plaintiffs may have to and including
6  June 4, 2008 within which to supplement and amend their responses to the Kelly-Moore
7  Defendants' interrogatories and that said defendants may have seven court days thereafter to file a
8  motion to compel further responses, if required. The Parties request that the Court enter an order in
9  line with such stipulation as set forth below.
10

DATED: May ___, 2008          LOVITT & HANNAN, INC.

By:_____
   Terence F. Young
Attorneys for Defendants K-M Industries Holding
Co., Inc.; K-M Industries Holding Co., Inc. ESOP
Plan Committee; and CIG ESOP Plan Committee

DATED: May 22, 2008          LEWIS, FEINBERG, LEE, RENAKER &
                             JACKSON, P.C.

By: /s/ Margo Hasselman
    Margo Hasselman
Attorneys for Plaintiffs Thomas Fernandez, Lora
Smith and Tosha Thomas

# ORDER

Good cause appearing, IT IS ORDERED that Plaintiff's shall serve their supplemental responses to defendants K-M Industries Holding Co., Inc. and K-M Industries Holding Co., Inc. ESOP Plan Committee's first sets of interrogatories on or before June 4, 2008. The date upon which said defendants may move to compel further responses to said interrogatories is extended to June 13, 2008.

DATED: 6/11/08

_____
Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE

CASE NO. C 06-07339 BZ (CW)        -3-        STIPULATION TO EXTEND MOTION FILING DEADLINE