1  **HENNIGAN, BENNETT & DORMAN LLP**
   **J. Michael Hennigan (SBN 59491)**
2  **Robert L. Palmer (SBN 181462)**
   **Lauren A. Smith (SBN 94343)**
3  **Allison Chock (SBN 206015)**
   **Caroline Walters (SBN 239054)**
4  **865 South Figueroa Street, Suite 2900**
   **Los Angeles, California 90017**
5  **Telephone: (213) 694-1200  Fax: (213) 694-1234**
   **Email:** hennigan@hbdlawyers.com
6             palmer@hbdlawyers.com
              smithl@hbdlawyers.com
7             chocka@hbdlawyers.com
              waltersc@hbdlawyers.com

Attorneys for Defendants William E. and Desiree B. Moore
Revocable Trust; Trustees of The William E. and Desiree B. Moore
Revocable Trust; Desiree B. Moore Revocable Trust;
William E. Moore Marital Trust; William E. Moore
Generation-Skipping Trust; and Desiree Moore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH and TOSHA THOMAS, individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLAIM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,<br><br>Defendant. | Case No. C 06-07339 CW<br><br>DEFENDANTS WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST, TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST, DESIREE B. MOORE REVOCABLE TRUST, WILLIAM E. MOORE MARITAL TRUST, WILLIAM E. MOORE GENERATION-SKIPPING TRUST, AND DESIREE B. MOORE'S JOINDER IN K-M INDUSTRIES HOLDING CO., INC., K-M INDUSTRIES HOLDING CO. INC. ESOP PLAN COMMITTEE AND CIG ESOP PLAN COMMITTEE'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF COUNSEL<br><br>DATE:  July 3, 2008<br>TIME:  2 p.m.<br>CTRM:  2, 4th Floor<br>JUDGE: Hon. Claudia Wilken |

1  Defendants William E. Moore and Desiree B. Moore Revocable Trust, Trustees of the
2  William E. Moore and Desiree B. Moore Revocable Trust, Desiree B. Moore Revocable Trust,
3  William E. Moore Marital Trust, William E. Moore Generation-Skipping Trust and Desiree B.
4  Moore hereby respectfully join the Opposition to Plaintiffs' Motion for Class Certification and
5  Appointment of Class Counsel ("Opposition") filed by K-M Industries Holding Co. Inc., K-M
6  Industries Holding Co. Inc. ESOP Plan Committee, and CIG ESOP Plan Committee.  For the
7  reasons stated in the Opposition, the Court should deny class certification.

9  DATED: June 12, 2008                    HENNIGAN, BENNETT & DORMAN

                                          By:  _____/S/ CarolineWalters_____
                                                    Caroline Walters

                                          Attorneys for Defendant
                                          WILLIAM E. AND DESIREE B. MOORE
                                          REVOCABLE TRUST; TRUSTEES OF THE
                                          WILLIAM E. AND DESIREE B. MOORE
                                          REVOCABLE TRUST; DESIREE B. MOORE
                                          REVOCABLE TRUST; WILLIAM E. MOORE
                                          MARITAL TRUST; WILLIAM E. MOORE
                                          GENERATION-SKIPPING TRUST; and
                                          DESIREE MOORE