```
 1  MORGAN, LEWIS & BOCKIUS LLP
    NICOLE A. DILLER (State Bar No. 154842)
 2  DONALD P. SULLIVAN (State Bar No. 191080)
    ANDREW C. SULLIVAN (State Bar. No. 226902)
 3  One Market, Spear Street Tower
    San Francisco, California 94105
 4  Telephone: (415) 442-1000
    Facsimile: (415) 442-1001
 5
    Attorneys for North Star Trust Company
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO AND OAKLAND DIVISION
11
```

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH, and TOSHA THOMAS, individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; and NORTH STAR TRUST COMPANY,<br><br>Defendants. | Case No. C06-07339 CW<br><br>**DEFENDANT NORTH STAR TRUST COMPANY'S NOTICE OF JOINDER IN THE OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL FILED BY DEFENDANTS K-M INDUSTRIES HOLDING CO. INC., K-M INDUSTRIES HOLDING CO. INC. ESOP PLAN COMMITTEE, AND CIG ESOP PLAN COMMITTEE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NORTH STAR'S NOTICE OF JOINDER
CASE NO. C06-07339 CW

TO PLAINTIFFS THOMAS FERNANDEZ, LORA SMITH, and TOSHA THOMAS, ("PLAINTIFFS"), AND THEIR ATTORNEYS OF RECORD:

    Defendant North Star Trust Company hereby joins the Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Counsel filed in the above-titled action by defendants K-M Industries Holding Co. Inc., K-M Industries Holding Co. Inc. ESOP Plan Committee, and CIG ESOP Plan Committee on June 12, 2008. *See Docket # 119.*

Dated: June 12, 2008                             MORGAN, LEWIS & BOCKIUS LLP

                                                 By   /S/ Donald P. Sullivan
                                                              Nicole A. Diller
                                                              Donald P. Sullivan

                                                       Attorneys for North Star Trust Company

1-SF/7714583.1