**LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.**
ATTORNEYS AT LAW
1330 BROADWAY, SUITE 1800
OAKLAND, CALIFORNIA 94612-2519

PHONE: (510) 839-6824 ● FAX: (510) 839-7839
SENDER'S E-MAIL: DFEINBERG@LEWISFEINBERG.COM

June 18, 2008

*By Electronic Filing*

Hon. Mag. Judge Bernard Zimmerman
U.S. District Court, Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102-3426

    **RE:**    *Fernandez, et al. v. K-M Industries Holding Co., Inc., et al.*
              **Case No.: C 06-07339 CW (BZ)**

Dear Judge Zimmerman:

    Upon further consideration, Plaintiffs have decided not to file the Motion to Compel further deposition testimony from defendant North Star's Rule 30(b)(6) witness.

              Sincerely,

              LEWIS, FEINBERG, LEE,
              RENAKER & JACKSON, P.C.

    By            /s/
            Daniel Feinberg