J. Michael Hennigan, Cal. Bar No. 59491
Robert L. Palmer, Cal. Bar No. 181462
Lauren A. Smith, Cal. Bar. No. 94343
Paul B. Derby, Cal. Bar No. 211352
Allison K. Chock Cal. Bar No. 206015
Caroline Walters Cal Bar No. 239054
HENNIGAN BENNETT & DORMAN LLP
865 South Figueroa St., Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (415) 362-7528
Email: palmer@hbdlawyers.com; smithL@hbdlawyers.com;
derbyp@hbdlawyers.com;chockA@hbdlawyers.com;waltersC@hbdlawyers.com

Attorneys for Defendants
William E. and Desiree B. Moore Revocable Trust, Desiree B. Moore
Revocable Trust, William E. Moore Marital Trust, William E. Moore
Generation-Skipping Trust, and Desire Moore

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similar situated, <br><br> Plaintiffs, <br><br> vs. <br><br> K-M INDUSTRIES HOLDING CO. INC.; K-M INDUSTRIES HOLDING CO., INC.; ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE, <br><br> Defendants. | Case No. C 06-07339 CW (BZ) <br><br> **NOTICE OF APPEARANCE** |

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT J. Michael Hennigan of Hennigan Bennett & Dorman LLP, 865 South Figueroa St., Suite 2900, Los Angeles, California 90017, tel: (213) 694-1200, fax: (213) 694-1234, email: hennigan@hbdlawyers.com, hereby enters his appearance as additional counsel of record for Defendants William E. and Desiree B. Moore Revocable Trust, Desiree B. Moore Revocable Trust, William E. Moore Marital Trust, William E. Moore Generation-Skipping Trust, and Desiree Moore. Copies of all pleadings, notices, orders, correspondence and other papers in connection with this action should be served upon him at the email address listed above.

DATED: June 23, 2008           HENNIGAN, BENNETT & DORMAN LLP

                               By: _____
                                        J. Michael Hennigan

                               Attorneys for Defendants William E. and
                               Desiree B. Moore Revocable Trust, Desiree
                               B. Moore Revocable Trust, William E.
                               Moore Marital Trust, William E. Moore
                               Generation-Skipping Trust, and Desiree
                               Moore

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

-1-

NOTICE OF APPEARNACE
CASE NO. C-06-07339 CW (BZ)

683428