Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 75885
Terence F. Young, Bar No. 069943
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
*rl@lh-sf.com, jth@lh-sf.com, hib@lh-sf.com, tfylaw@earthlink.net*

Attorneys for Defendants K-M Industries
Holding Co. Inc.; K-M Industries Holding Co.
Inc. ESOP Plan Committee; and CIG ESOP
Plan Committee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH and TOSHA THOMAS, individually and on behalf of a class of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>K-M INDUSTRIES HOLDING CO., INC., *et al.*,<br><br>        Defendants. | Case No. C06-07339 CW<br><br>**DECLARATION OF HENRY I. BORNSTEIN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS K-M INDUSTRIES HOLDING CO., INC., K-M INDUSTRIES HOLDING CO. INC. ESOP PLAN COMMITTEE AND CIG ESOP PLAN COMMITTEE**<br><br>Hearing Date: July 31, 2008<br>Hearing Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge: Hon. Claudia Wilken |

I, Henry I. Bornstein, hereby declare:

1.    I am an attorney duly admitted to practice law in the State of California and in this federal district. I have personal knowledge of the facts stated herein, and if called as a witness, I would and could testify with respect thereto.

2.     I am Of Counsel to the law firm of Lovitt & Hannan, Inc., counsel for Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co. Inc. ESOP Plan Committee and CIG ESOP Plan Committee.

3.     I submit this Declaration in support of the concurrently-filed Motion for Summary Judgment by defendants K-M Industries Holding Co., Inc., K-M Industries Holding Co., Inc. ESOP Plan Committee and CIG ESOP Plan Committee.

4.     Attached hereto as Exhibit 1 is a true and correct copy of testimony from the Deposition of Herbert R. Giffins, March 28, 2008.

5.     Attached hereto as Exhibit 2 is a true and correct copy of testimony from the Deposition of Joseph Cristiano, April 8, 2008.

6.     Attached hereto as Exhibit 3 is a true and correct copy of testimony from the Deposition of Thomas Fernandez, April 21, 2008.

7.     Attached hereto as Exhibit 4 is a true and correct copy of testimony from the Deposition of Lora Smith, April 16, 2008.

8.     Attached hereto as Exhibit 5 is a true and correct copy of the Deposition of Tosha Thomas, April 18, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed at San Francisco, California this 25th day of June 2008.

_____
Henry I. Bornstein

CASE C06-07339 CW                    -2-     DECLARATION OF HENRY I. BORNSTEIN IN
SUPPORT OF KMH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**EXHIBIT 1**

HERBERT R. GIFFINS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AND OAKLAND DIVISION

THOMAS FERNANDEZ, et al.,                )
                                         )
            Plaintiffs,                  )
                                         )
                                         ) Case No.
        vs.                              )
                                         ) C-06-07339 CW
K-M INDUSTRIES HOLDING CO., INC., et al.,)
                                         )
            Defendants.                  )
                                         )
                                         )
                                         )

VIDEOTAPED DEPOSITION OF HERBERT R. GIFFINS

March 28, 2008

Oakland, California

Reported by:
EMI ALBRIGHT
RPR, CSR No. 13042
Job No. 79127

CERTIFIED
COPY

fe82e26e-5d39-40b9-88f6-6995befa669

1             IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3           SAN FRANCISCO AND OAKLAND DIVISION

4

5       _____

6    THOMAS FERNANDEZ, et al.,        )
                                 )

7           Plaintiffs,       )
                                 ) Case No.

8           vs.                )
                                 ) C-06-07339 CW

9    K-M INDUSTRIES HOLDING CO., INC., et al., )
                                 )

10          Defendants.       )
                                 )

11                                 )
                                 )

12       _____

13

14

15          VIDEOTAPED DEPOSITION OF HERBERT R. GIFFINS, taken

16    on behalf of Plaintiffs, at 1330 Broadway, Suite 1800,

17    Oakland, California, beginning at 9:11 a.m. and ending at

18    3:43 p.m., on March 28, 2008, before me, EMI ALBRIGHT, RPR,

19    CSR No. 13042.

20

21

22

23

24

25

fe82e26e-5d39-40b9-88f6-6995befa6691

HERBERT R. GIFFINS

1          A     It was very obvious that going through the

2     documents that soon -- as soon as there was a concern or

3     appeared to be a concern about asbestos in the OSHA

4     publication, that the company and Mr. Moore took a very

10:05  5     positive step to do something to assure that the

6     employees, the people working in the factory as well as

7     the customers, that everything was done to protect their

8     health and wellbeing and to follow up with what OSHA

9     required to be followed up with immediately.  And that's

10:05 10     to me was the key point of the documents I'm talking

11     about.

12     BY MS. SCOTT:

13          Q     Do you know when -- now, let me clarify.

14     Let me make sure I understand.  Who was PACO?  What was

10:05 15     the PACO company?

16               MS. SMITH:     Object to form.

17          A     Okay.  1968 Mr. Moore purchased the company

18     that was in Richmond, California, by the name of PACO.

19     And they manufactured drywall type materials like seam

10:06 20     fillers and that type of thing.  And Mr. Moore bought

21     the company in '68 and continued to run -- the company

22     was run as a subsidiary of the company, as a separate

23     division, and continued to manufacture drywall type

24     products, which seam sealers, patching compounds, that

10:06 25     type of thing.

Esquire Deposition Services          505 Sansome Street, 5th Floor          San Francisco, California 9411
Phone (415) 288-4280                    (800) 770-3363                    Fax (415) 288-4286

fe82e26e-5d39-40b9-88f6-6995befa669

HERBERT R. GIFFINS

1    BY MS. SCOTT:

2         Q    And these are -- some of these materials --

3    some of the products that were produced by PACO

4    contained asbestos; is that right?

10:06 5              MR. SULLIVAN:    Object to form.

6         A    At the time all the products contained

7    asbestos.

8    BY MS. SCOTT:

9         Q    Do you know when -- do you know when PACO

10:07 10   stopped producing materials that had asbestos in it?

11             MS. SMITH:    Object to the form.

12        A    '74 -- wait a minute.   Hold on one second.

13   About '81, I think.

14   BY MS. SCOTT:

10:07 15        Q    And how do you know this?   What is your

16   basis for knowledge about this?

17        A    Again going through the documents.   And I

18   have not looked at them for a while so again I am a

19   little fuzzy.   When you retire and you worry about

10:07 20   grandchild's baseball games, you also forget some of

21   this stuff.

22        Q    Did you ever communicate with any attorneys

23   who wanted documents from the asbestos repository?

24             MS. SMITH:    Object to form.

10:07 25             MR. BORNSTEIN:    Object to form.

Esquire Deposition Services          505 Sansome Street, 5th Floor          San Francisco, California 9411
Phone (415) 288-4280                (800) 770-3363                    Fax (415) 288-4286

fe82e26e-5d39-40b9-88f6-6995befa669

```
 1      STATE OF CALIFORNIA )
 2                          )
        : ss               )
 3      County of Alameda   )
 4
 5              I, the undersigned, a Certified Shorthand Reporter
 6      of the State of California, do hereby certify:  That the
 7      foregoing proceedings were taken before me at the time and
 8      place herein set forth; that any witnesses in the foregoing
 9      proceedings, prior to testifying, were placed under oath;
10      that a verbatim record of the proceedings was made by me
11      using machine shorthand which was thereafter transcribed
12      under my direction; further, that the foregoing is an
13      accurate transcription thereof.
14              I further certify that I am not a relative,
15      employee, attorney or counsel of any party to this action or
16      relative or employee of any such attorney or counsel and that
17      I am not financially interested in the said action or the
18      outcome thereof;
19              IN WITNESS WHEREOF, I have this date subscribed my
20      name.
21      Dated: April 9, 2008
22
23      Emi Albright
24      EMI ALBRIGHT, CSR No. 13042
25
```

**EXHIBIT  2**

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    SAN FRANCISCO AND OAKLAND DIVISION

4

5

6    THOMAS FERNANDEZ, et al.,
                                        )
7              Plaintiffs,              )
                                        )
                                        )  Case No.
8         vs.                           )
                                        )  C-06-07339 CW
9    K-M INDUSTRIES HOLDING CO., INC., et al.,  )
                                        )
10             Defendants.              )
                                        )
11                                      )
                                        )
12

13

14    VIDEOTAPED DEPOSITION OF JOSEPH CRISTIANO
15              April 8, 2008
              Oakland, California
16

17

18

19

20

21

22   Reported by:
     EMI ALBRIGHT
23   RPR, CSR No. 13042
     Job No. 79129
24

25

CERTIFIED COPY

CONTAINS SOME CONFIDENTIAL MATERIAL

1

1          IN THE UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3           SAN FRANCISCO AND OAKLAND DIVISION

4

5    _____

6    THOMAS FERNANDEZ, et al.,              )
                                            )
7                   Plaintiffs,             )
                                            ) Case No.
8            vs.                            )
                                            ) C-06-07339 CW
9    K-M INDUSTRIES HOLDING CO., INC., et al., )
                                            )
10                  Defendants.             )
                                            )
11                                          )
                                            )
12

13   _____

14

15          VIDEOTAPED DEPOSITION OF JOSEPH CRISTIANO, taken on

16   behalf of Plaintiffs, at 1330 Broadway, Suite 1800, Oakland,

17   California, beginning at 9:08 a.m. and ending at 5:33 p.m.,

18   on April 8, 2008, before me, EMI ALBRIGHT, RPR, CSR

19   No. 13042.

20

21

22

23

24

25

2

BY MS. HASSELMAN:

    Q    Do you know whether it contains any information regarding insurance coverage for Kelly-Moore asbestos litigation?

          MR. SULLIVAN:  Object to the form.

    A    If it had anything to do with asbestos, it would have been in those files.

BY MS. HASSELMAN:

    Q    Did you ever put documents into the asbestos repository?

    A    No.

    Q    When did asbestos litigation start to be a problem for Kelly-Moore?

          MR. LOVITT:  Object to the form.

          MS. SMITH:  Object to the form.

    A    It was a minor irritation during the '80s. It was one of those things that when I joined the company, there was no -- there was not even any mention in '84 of any asbestos problem.  Later on it, as I already mentioned, it was a nuisance type of thing, $500 claims, $250 claims.  It was, you know, inconsequential. Insurance companies were handling it.

          And then at some point the insurance companies stopped giving us information.  And I already told you about that, and the need to get Cheryl

109

```
 1    STATE OF CALIFORNIA )

 2    : ss                )

 3    County of Alameda   )

 4

 5         I, the undersigned, a Certified Shorthand Reporter

 6    of the State of California, do hereby certify:  That the

 7    foregoing proceedings were taken before me at the time and

 8    place herein set forth; that any witnesses in the foregoing

 9    proceedings, prior to testifying, were placed under oath;

10    that a verbatim record of the proceedings was made by me

11    using machine shorthand which was thereafter transcribed

12    under my direction; further, that the foregoing is an

13    accurate transcription thereof.

14         I further certify that I am not a relative,

15    employee, attorney or counsel of any party to this action or

16    relative or employee of any such attorney or counsel and that

17    I am not financially interested in the said action or the

18    outcome thereof;

19         IN WITNESS WHEREOF, I have this date subscribed my

20    name.

21         Dated:_____APR 1 8 2008_____

22

23

24         EMI ALBRIGHT, CSR No. 13042

25
```

**EXHIBIT 3**

1        IN THE UNITED STATES DISTRICT COURT

2      FOR THE NORTHERN DISTRICT OF CALIFORNIA

3       SAN FRANCISCO AND OAKLAND DIVISION

4

5

6  THOMAS FERNANDEZ, et al.,

7         Plaintiffs,    )

8      vs.             )  Case No.

9  K-M INDUSTRIES HOLDING CO., INC., et al.,  )  C-06-07339 CW

10        Defendants.    )

11

12

13

14

15     VIDEOTAPED DEPOSITION OF THOMAS FERNANDEZ
               April 21, 2008

16          San Francisco, California

17

18

19

20

21

22  Reported by:
    EMI ALBRIGHT

23  RPR, CSR No. 13042
    Job No. 79887

24

25

CERTIFIED COPY

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                SAN FRANCISCO AND OAKLAND DIVISION

4

5        _____

6    THOMAS FERNANDEZ, et al.,                    )
                                                  )
7                    Plaintiffs,                  )
                                                  )  Case No.
8            vs.                                  )
                                                  )  C-06-07339 CW
9    K-M INDUSTRIES HOLDING CO., INC., et al.,    )
                                                  )
10                   Defendants.                  )
                                                  )
11                                                )
                                                  )
12

13       _____

14

15           VIDEOTAPED DEPOSITION OF THOMAS FERNANDEZ, taken on

16    behalf of Defendants, at 900 Front Street, Suite 300, San

17    Francisco, California, beginning at 9:44 a.m. and ending at

18    4:22 p.m., on April 21, 2008, before me, EMI ALBRIGHT, RPR,

19    CSR No. 13042.

20

21

22

23

24

25

                                                              2

1    had with asbestos litigation?

2            MS. HASSELMAN:   Objection.  Vague and

3    ambiguous.  Calls for a legal conclusion.  Also vague as

4    to time.

12:17   5        A    I don't remember.

6    BY MR. LOVITT:

7        Q    Now, if you look at Exhibit 162, there's a

8    pretty detailed description of asbestos litigation,

9    isn't there?

12:17  10            MS. HASSELMAN:   Objection.  The document

11   speaks for itself.

12   BY MR. LOVITT:

13       Q    Well, take a look at it.

14       A    That's correct.

12:17  15        Q    Looking at that document, is it your

16   impression that the company, CIG, was trying to conceal

17   its concern about possible adverse impacts on CIG's

18   stock because of the asbestos litigation?

19            MS. HASSELMAN:   Objection.  Calls for a

12:17  20   legal conclusion.  Vague and ambiguous.

21       A    No.

22   BY MR. LOVITT:

23       Q    Now, if you look at Exhibit 217, was it

24   your impression in the time frame January of '03 that

12:17  25   CIG was trying to conceal the possible negative impact

103

1    that the asbestos litigation might have on the value of

2    CIG ESOP stock?

3                MS. HASSELMAN:    Objection.    Calls for a

4    legal conclusion.    Vague and ambiguous.

12:18    5        A    From reading this, it doesn't appear to be

6    so.

7    BY MR. LOVITT:

8        Q    Well, do you have any other reason apart

9    from -- apart from this, being Exhibit 217, has anything

12:18   10    else come to your attention that causes you to believe

11    that the company, CIG, that is, attempted to conceal the

12    concerns that the CIG ESOP stock might be negatively

13    impacted by the asbestos litigation?

14                MS. HASSELMAN:    Objection.    Calls for a

12:19   15    legal conclusion.    Vague and ambiguous.

16        A    No.

17    BY MR. LOVITT:

18        Q    Did you ever ask anyone at CIG for more

19    information about the possible negative impact that the

12:19   20    asbestos litigation might have on the CIG ESOP stock?

21        A    I did not.

22                MR. LOVITT:    Very quickly we will put in

23    218.

24                (Exhibit No. 218 marked

25                    for identification.)

104

1    STATE OF CALIFORNIA )

2       : ss              )

3    County of Alameda    )

4

5         I, the undersigned, a Certified Shorthand Reporter

6    of the State of California, do hereby certify:  That the

7    foregoing proceedings were taken before me at the time and

8    place herein set forth; that any witnesses in the foregoing

9    proceedings, prior to testifying, were placed under oath;

10   that a verbatim record of the proceedings was made by me

11   using machine shorthand which was thereafter transcribed

12   under my direction; further, that the foregoing is an

13   accurate transcription thereof.

14        I further certify that I am not a relative,

15   employee, attorney or counsel of any party to this action or

16   relative or employee of any such attorney or counsel and that

17   I am not financially interested in the said action or the

18   outcome thereof;

19        IN WITNESS WHEREOF, I have this date subscribed my

20   name.

21        Dated:_____APR 2 9 2008_____

22

23        _Emi Albright_

24        EMI ALBRIGHT, CSR No. 13042

25

**EXHIBIT 4**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION


THOMAS FERNANDEZ, et al.,

        Plaintiffs,

        vs.             No.  C 06-07339 CW

K-M INDUSTRIES HOLDING CO.,
INC., et al.,

        Defendants.

CERTIFIED
COPY

_____


VIDEOTAPED DEPOSITION OF LORA D. SMITH

San Francisco, California

Wednesday, April 16, 2008

VOLUME 1


Reported by:
TRACY L. PERRY
CSR No. 9577
CHRIS TE SELLE
CSR No. 10836

JOB No. 84325

1                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
2                         OAKLAND DIVISION

3

4     THOMAS FERNANDEZ, et al.,

5               Plaintiffs,

6               vs.                    No.   C 06-07339 CW

7     K-M INDUSTRIES HOLDING CO.,
      INC., et al.,
8
                Defendants.
9

10

11

12     _____

13

14

15          Videotaped Deposition of LORA D. SMITH, Volume 1,

16       taken on behalf of Defendants, at 900 Front Street,

17       Suite 300, San Francisco, California, beginning at

18       9:31 a.m. and ending at 5:55 p.m., on Wednesday,

19       April 16, 2008, before TRACY L. PERRY, CSR No. 9577,

20       and Chris Te Selle, CSR No. 10836

21

22

23

24

25

                                                                  2

LORA D. SMITH

15:51:17  1    and didn't really thoroughly read it.

15:51:21  2         Q.   But when you look back at Exhibit 169,

15:51:25  3    170, and 171, would it be, is it your opinion that

15:51:32  4    the company was faithfully and accurately describing

15:51:41  5    the asbestos situation?

15:51:44  6         MS. HASSELMAN:  Objection.  Calls for a legal

15:51:46  7    conclusion.

15:51:47  8         THE WITNESS:  Like I said, I didn't think it

15:51:48  9    was affecting the CIG stock.

15:51:51  10   BY MR. LOVITT:

15:51:52  11        Q.   But, as we sit here today, do you feel

15:51:55  12   that the company was on the level with you about the

15:51:58  13   asbestos situation?

15:52:01  14        MS. HASSELMAN:  Same objections.

15:52:05  15        THE WITNESS:  The way I interpreted it was it

15:52:07  16   was the paint company's issue, not the insurance

15:52:09  17   company's issue.  And, like I said, I didn't maybe

15:52:13  18   read it thoroughly.  I had a toddler at home.

15:52:16  19   BY MR. LOVITT:

15:52:17  20        Q.   Okay.

15:52:17  21        A.   You know --

15:52:18  22        Q.   That's a fair statement.

15:52:23  23        But, when you look at it, looking at these

15:52:25  24   three documents, is it, is it your current

15:52:30  25   impression that the company was trying to be sneaky

163

LORA B. SMITH

15:52:33  1    and hide something from you?

15:52:35  2           MS. HASSELMAN:  Objection.  Calls for a legal

15:52:36  3    conclusion.  Argumentative.

15:52:39  4           THE WITNESS:  No.  It's fair to say that.

15:52:42  5    BY MR. LOVITT:

15:52:42  6           Q.   Let's take a look at the next exhibit

15:52:45  7    which we will ask the court reporter to mark as 172.

15:52:46  8                        (Exhibit Smith 172, confidential

15:52:48  9                        document, K-M Industries Holding

15:52:49  10                       Company, Inc. employee stock

15:52:49  11                       ownership plan, December 31, 2003,

15:52:49  12                       for Lora Smith, Bates numbered

15:52:49  13                       P 037, marked for identification,

15:52:49  14                       as of this date.)

15:53:14  15          MS. HASSELMAN:  172 is another, appears to be

15:53:16  16   another plan statement with some personal data on

15:53:21  17   it.

15:53:22  18          MR. LOVITT:  Pass the confidential stamp,

15:53:23  19   please.

15:53:25  20          MS. HASSELMAN:  Let's stamp it confidential.

15:53:26  21          Thank you.

15:53:41  22   BY MR. LOVITT:

15:53:42  23          Q.   172 is the K-M Industries Holding Company,

15:53:45  24   Inc. employee stock ownership plan, December 31,

15:53:49  25   2003, for Lora Smith, Bates number P 037.

164

1              I, the undersigned, a Certified Shorthand

2 Reporter of the State of California, do hereby certify:

3              That the foregoing proceedings were taken

4 before me at the time and place herein set forth; that

5 any witnesses in the foregoing proceedings, prior to

6 testifying, were duly sworn; that a record of the

7 proceedings was made by me using machine shorthand

8 which was thereafter transcribed under my direction;

9 that the foregoing transcript is a true record of the

10 testimony given.

11              Further, that if the foregoing pertains to

12 the original transcript of a deposition in a Federal

13 Case, before completion of the proceedings, review of

14 the transcript [  ] was [  ] was not requested.

15              I further certify I am neither financially

16 interested in the action nor a relative or employee

17 of any attorney or party to this action.

18              IN WITNESS WHEREOF, I have this date

19 subscribed my name.

20                   MAY - 1 2008

21 Dated: _____

22

23                          _____
                  TRACY L. PERRY

24                   CSR No. 9577

25

1          I, the undersigned, a Certified Shorthand

2     Reporter of the State of California, do hereby certify:

3          That the foregoing proceedings were taken

4     before me at the time and place herein set forth; that

5     any witnesses in the foregoing proceedings, prior to

6     testifying, were duly sworn; that a record of the

7     proceedings was made by me using machine shorthand

8     which was thereafter transcribed under my direction;

9     that the foregoing transcript is a true record of the

10    testimony given.

11         Further, that if the foregoing pertains to

12    the original transcript of a deposition in a Federal

13    Case, before completion of the proceedings, review of

14    the transcript [  ] was [  ] was not requested.

15         I further certify I am neither financially

16    interested in the action nor a relative or employee

17    of any attorney or party to this action.

18         IN WITNESS WHEREOF, I have this date

19    subscribed my name.

20

                   MAY  1 2008

21    Dated: _____

22

23                    _____

                      CHRIS TE SELLE

24                    CSR No. 10836

25

**EXHIBIT  5**

1     IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3     SAN FRANCISCO AND OAKLAND DIVISION

4

5

CERTIFIED
COPY

6 THOMAS FERNANDEZ, et al.,

            )

7     Plaintiffs,    )

            )

8    vs.       ) Case No.

            ) C-06-07339 CW

9 K-M INDUSTRIES HOLDING CO., INC., et al., )

            )

10    Defendants.   )

            )

11            )

            )

12

13

14

15   VIDEOTAPED DEPOSITION OF TOSHA THOMAS

       April 18, 2008

      San Francisco, California

16

17

18

19

20

21

22 Reported by:

  EMI ALBRIGHT

23 RPR, CSR No. 13042

  Job No. 79885

24

25

1           IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3          SAN FRANCISCO AND OAKLAND DIVISION

4

5    _____

6    THOMAS FERNANDEZ, et al.,                    )
                                                  )
7               Plaintiffs,                       )
                                                  )  Case No.
8          vs.                                    )
                                                  )  C-06-07339 CW
9    K-M INDUSTRIES HOLDING CO., INC., et al.,    )
                                                  )
10              Defendants.                       )
                                                  )
11                                                )
                                                  )
12

13   _____

14

15        VIDEOTAPED DEPOSITION OF TOSHA THOMAS, taken on

16   behalf of Defendants, at 900 Front Street, Suite 300, San

17   Francisco, California, beginning at 9:36 a.m. and ending at

18   4:55 p.m., on April 18, 2008, before me, EMI ALBRIGHT, RPR,

19   CSR No. 13042.

20

21

22

23

24

25

2

1          MS. HASSELMAN:   Objection.  Vague and

2    ambiguous.

3          A    Yes, when requested, yes.

4    BY MR. HANNAN:

15:03   5          Q    And would it normally have been your

6    responsibility to see that documents were sent out to

7    the former employees entitled to distributions from the

8    ESOP?

9          MS. HASSELMAN:   Objection.  Vague and

15:03   10   ambiguous.

11         A    Myself and others.

12   BY MR. HANNAN:

13         Q    And who are the others?

14         A    Lizzy Fernandez, Linda Hazelton.

15:03   15         Q    And is it correct you don't know one way or

16   another whether you handled this document or one of them

17   handled it?

18         MS. HASSELMAN:   Objection.  Excuse me.

19   Objection.  Misstates prior testimony.  There is no

15:03   20   foundation that she handled this document.

21         A    I don't recall seeing this document or

22   whether they handled it or not.

23   BY MR. HANNAN:

24         Q    So to the best of your knowledge and

15:04   25   understanding was the HR department doing the best it

```
 1    could to keep former employees informed about matters

 2    pertaining to the Kelly-Moore ESOP?

 3              MS. HASSELMAN:   Objection.

 4         A    Yes.

 5              MS. HASSELMAN:   Calls for speculation.

 6    Calls for a legal conclusion.

 7         A    To the best of my knowledge, yes.

 8              MR. HANNAN:   Mark as next in order

 9    Exhibit 203 what appears to be a copy of a memorandum

10    from Mr. Giffins to all eligible employees.   Bears the

11    production No. KMH 004874.

12                   (Exhibit No. 203 marked

13                    for identification.)

14

15    BY MR. HANNAN:

16         Q    After you have reviewed Exhibit 203, would

17    you identify it for us, please.

18              MS. HASSELMAN:   Objection.  Calls for

19    speculation.  No foundation.

20         A    Yes, I do recall seeing this document.

21    BY MR. HANNAN:

22         Q    And tell us what it is.

23              MS. HASSELMAN:   Objection.  Calls for

24    speculation.

25         A    It's a memo pertaining to the ESOP plan and
```

15:04   5
15:04   10
15:05   20
15:05   25

165

1    STATE OF CALIFORNIA )

2    : ss                 )

3    County of Alameda    )

4

5         I, the undersigned, a Certified Shorthand Reporter

6    of the State of California, do hereby certify:  That the

7    foregoing proceedings were taken before me at the time and

8    place herein set forth; that any witnesses in the foregoing

9    proceedings, prior to testifying, were placed under oath;

10   that a verbatim record of the proceedings was made by me

11   using machine shorthand which was thereafter transcribed

12   under my direction; further, that the foregoing is an

13   accurate transcription thereof.

14        I further certify that I am not a relative,

15   employee, attorney or counsel of any party to this action or

16   relative or employee of any such attorney or counsel and that

17   I am not financially interested in the said action or the

18   outcome thereof;

19        IN WITNESS WHEREOF, I have this date subscribed my

20   name.

                                    APR 2 8 2008

21        Dated:_____

22

23        _____
          Emi Albright

24        EMI ALBRIGHT, CSR No. 13042

25