Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 75885
Terence F. Young, Bar No. 069943
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
rl@lh-sf.com, jth@lh-sf.com, hib@lh-sf.com, tfylaw@earthlink.net

Attorneys for Defendants K-M Industries
Holding Co. Inc.; K-M Industries Holding Co.
Inc. ESOP Plan Committee; and CIG ESOP
Plan Committee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH and TOSHA THOMAS, individually and on behalf of a class of all others similarly situated,<br><br>　　　　Plaintiffs,<br>v.<br>K-M INDUSTRIES HOLDING CO., INC., et al.,<br>　　　　Defendants. | Case No. C06-07339 CW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS K-M INDUSTRIES HOLDING CO., INC., K-M INDUSTRIES HOLDING CO. INC. ESOP PLAN COMMITTEE and CIG ESOP PLAN COMMITTEE**<br><br>Hearing Date: July 31, 2008<br>Hearing Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge: Hon. Claudia Wilken |

　　Defendants K-M Industries Holding Co., Inc., K-M Industries Holding Co., Inc. ESOP Plan Committee and CIG ESOP Plan Committee ("KMH defendants") having moved this Court for an Order granting summary judgment on all of plaintiffs' claims against them, and the Court, having heard the arguments of counsel and having considered the papers filed in support and in opposition to the motion, and good cause having been shown,

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Pursuant to Federal Rule of Civil Procedure 56, the KMH defendants are entitled to summary judgment on each of plaintiffs' claims for relief;

2. The undisputed facts establish that each of plaintiffs' claims for relief were brought more than six years after the dates of the transactions upon which plaintiffs' allegations of breach of duty are based;

3. The undisputed facts also establish that there was no fraud or concealment on the part of the KMH defendants related to the facts underlying the plaintiffs' claims for relief;

4. Each of plaintiffs' claims for relief are therefore barred by the provisions of 29 U.S.C. § 1113;

5. The KMH defendants are entitled to an award of their reasonable attorneys' fees and costs pursuant to 28 U.S.C. § 1132(g);

6. The motion for summary judgment of the KMH defendants is hereby GRANTED as to each of plaintiffs' claims for relief, and judgment on plaintiffs' claims shall be entered in favor of the KMH defendants, dismissing this action against them and awarding the KMH defendants their reasonable attorneys' fees and costs in defense of this action.

Dated: _____

_____
Hon. Claudia Wilken
United States District Judge
Northern District of California