**HENNIGAN, BENNETT & DORMAN LLP**
**J. Michael Hennigan (SBN 59491)**
**Robert L. Palmer (SBN 181462)**
**Lauren A. Smith (SBN 94343)**
**Allison Chock (SBN 206015)**
**Caroline Walters (SBN 239054)**
**865 South Figueroa Street, Suite 2900**
**Los Angeles, California 90017**
**Telephone: (213) 694-1200**
**Fax: (213) 694-1234**
**Email:**   hennigan@hbdlawyers.com
             palmer@hbdlawyers.com
             smithl@hbdlawyers.com
             chocka@hbdlawyers.com
             waltersc@hbdlawyers.com

Attorneys for Defendants William E. and Desiree B. Moore Revocable Trust; Trustees of The William E. and Desiree B. Moore Revocable Trust; Desiree B. Moore Revocable Trust; William E. Moore Marital Trust; William E. Moore Generation-Skipping Trust; and Desiree Moore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH and TOSHA THOMAS, individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,<br><br>Defendants. | Case No. C 06-07339 CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST, TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST, DESIREE B. MOORE REVOCABLE TRUST, WILLIAM E. MOORE MARITAL TRUST, WILLIAM E. MOORE GENERATION-SKIPPING TRUST, AND DESIREE B. MOORE'S MOTION FOR SUMMARY JUDGMENT**<br><br>DATE:   July 31, 2008<br>TIME:   2:00 p.m.<br>CTRM:  2, 4th Floor<br>JUDGE:  Hon. Claudia Wilkin |

Defendants William E. and Desiree B. Moore Revocable Trust, Trustees of the William E. and Desiree B. Moore Revocable Trust, Desiree B. Moore Revocable Trust, William E. Moore Marital Trust, William E. Moore Generation-Skipping Trust (collectively the "Trust Defendants"), and Desiree B. Moore having moved this Court for an Order granting summary judgment on all plaintiffs' claims against them, and the Court having heard all arguments of counsel and having considered all papers filed in support and in opposition to the motion, and for good cause appearing,

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Pursuant to Federal Rule of Civil Procedure 56, the Trust Defendants and Desiree B. Moore are entitled to summary judgment on each of plaintiffs' claims for relief;

2. The undisputed facts establish that each of plaintiffs' claims for relief were brought more than six years after the dates of the transactions on which plaintiffs' allegations are based;

3. The undisputed facts also establish that there was no fraud or concealment on the part of the Trust Defendants and/or Desiree B. Moore related to the facts underlying the plaintiffs' claims for relief;

4. Each of plaintiffs' claims for relief are therefore barred by the provisions of 29 U.S.C. § 1113;

5. The Trust Defendants and Desiree B. Moore are entitled to an award of their reasonable attorneys' fees and costs pursuant to 29 U.S.C. § 1132(g);

6. The motion for summary judgment of the Trust Defendants and Desiree B. Moore is hereby GRANTED as to each of plaintiffs' claims for relief, and judgment on plaintiffs' claims shall be entered in favor of the Trust Defendants and Desiree B. Moore, dismissing this action against them and awarding the Trust Defendants and Desiree B. Moore their reasonable attorneys' fees and costs in defense of this action.

DATED: _____

The Honorable Claudia Wilken
United States District Judge
Northern District of California

Case No. C 06-07339 CW    **[PROPOSED] ORDER RE MOTION FOR SUMMARY JUDGMENT**

685855.01