1  HENNIGAN, BENNETT & DORMAN LLP
   J. Michael Hennigan (SBN 59491)
2  Robert L. Palmer (SBN 181462)
   Lauren A. Smith (SBN 94343)
3  Allison Chock (SBN 206015)
   Caroline Walters (SBN 239054)
4  865 South Figueroa Street, Suite 2900
   Los Angeles, California 90017
5  Telephone: (213) 694-1200
   Fax: (213) 694-1234
6  Email:    hennigan@hbdlawyers.com
             palmer@hbdlawyers.com
7            smithl@hbdlawyers.com
             chocka@hbdlawyers.com
8            waltersc@hbdlawyers.com

9  Attorneys for Defendants William E. and Desiree B. Moore
   Revocable Trust; Trustees of The William E. and Desiree B. Moore
10 Revocable Trust; Desiree B. Moore Revocable Trust;
   William E. Moore Marital Trust; William E. Moore
11 Generation-Skipping Trust; and Desiree Moore

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO AND OAKLAND DIVISION

15 | THOMAS FERNANDEZ, LORA SMITH and            ) Case No. C 06-07339 CW
   | TOSHA THOMAS, individually and on behalf of a )
16 | class of all other persons similarly situated, )
   |                                              ) **WILLIAM E. AND DESIREE B.**
17 |                         Plaintiff,           ) **MOORE REVOCABLE TRUST,**
   |                                              ) **TRUSTEES OF THE WILLIAM E.**
18 |              vs.                             ) **AND DESIREE B. MOORE**
   |                                              ) **REVOCABLE TRUST, DESIREE**
19 | K-M INDUSTRIES HOLDING CO., INC.; K-M        ) **B. MOORE REVOCABLE TRUST,**
   | INDUSTRIES HOLDING CO., INC. ESOP PLAN       ) **WILLIAM E. MOORE MARITAL**
20 | COMMITTEE; WILLIAM E. AND DESIREE B.         ) **TRUST, WILLIAM E. MOORE**
   | MOORE REVOCABLE TRUST; TRUSTEES OF           ) **GENERATION-SKIPPING**
21 | THE WILLIAM E. AND DESIREE B. MOORE          ) **TRUST, AND DESIREE B.**
   | REVOCABLE TRUST; CIG ESOP PLAN               ) **MOORE'S ADMINISTRATIVE**
22 | COMMITTEE; NORTH STAR TRUST COMPANY;         ) **MOTION TO FILE DOCUMENTS**
   | DESIREE B. MOORE REVOCABLE TRUST;            ) **UNDER SEAL**
23 | WILLAIM E. MOORE MARITAL TRUST;              )
   | WILLIAM E. MOORE GENERATION-SKIPPING         )
24 | TRUST; and DESIREE MOORE, BOTH IN HER        ) **CIVIL LOCAL RULE 79-5(d)**
   | INDIVIDUAL CAPACITY AND AS TRUSTEE OF        )
25 | THE WILLIAM E AND DESIREE B. MOORE           )
   | REVOCABLE TRUST'S SUCCESSOR TRUSTS           )
26 | NAMED ABOVE,                                 )
   |                                              )
27 |                         Defendants.          )
   |_____)
28

Case No. C 06-07339 CW                              ADMINISTRATIVE MOTION TO FILE
                                                    DOCUMENTS UNDER SEAL
685849.01

1   Pursuant to Local Rules 7-11 and 79-5(d), Defendants William E. and Desiree B. Moore
2   Revocable Trust, Trustees of the William E. and Desiree B. Moore Revocable Trust, Desiree B.
3   Moore Revocable Trust, William E. Moore Marital Trust, William E. Moore Generation-Skipping
4   Trust and Desiree B. Moore (the "Moore Trust Defendants") hereby move this Court for an Order
5   permitting the Moore Trust Defendants to file portions of the documents attached to the Declaration
6   of Caroline M. Walters in support of their Motion for Summary Judgment under seal. This Motion is
7   made because Defendants K-M Industries Holding Co., Inc., K-M Industries Holding Co., Inc.
8   ESOP Plan Committee, and CIG ESOP Plan Committee (the "KMH Defendants") designated
9   certain materials as "confidential" under the terms of the Stipulated Protective Order entered on
10  March 16, 2007 (Docket No. 29).

   The Moore Trust Defendants have electronically filed redacted versions of the above-
referenced documents. Pursuant to Local Rule 79-5(d), the Moore Trust Defendants have also
lodged un-redacted versions of the documents, highlighting the sealable portions, with the Clerk of
the Court. The Moore Trust Defendants will also serve the Plaintiffs, the KMH Defendants, and
North Star Trust Company with un-redacted versions of the documents by email.

   As the designating party, under Local Rule 79-5(d), the KMH Defendants must lodge and
serve a declaration and a proposed sealing order supporting this Motion within five days. The entire
documents will be made part of the public record if the KMH Defendants do not file such a
declaration and proposed sealing order within five days.

DATED: June 26, 2008                     HENNIGAN, BENNETT & DORMAN


                                         By: _____
                                              Caroline M. Walters
                                         Attorneys for Defendant
                                         WILLIAM E. AND DESIREE B. MOORE
                                         REVOCABLE TRUST; TRUSTEES OF THE
                                         WILLIAM E. AND DESIREE B. MOORE
                                         REVOCABLE TRUST; DESIREE B. MOORE
                                         REVOCABLE TRUST; WILLAIM E. MOORE
                                         MARITAL TRUST; WILLIAM E. MOORE
                                         GENERATION-SKIPPING TRUST; and DESIREE
                                         B. MOORE

-2-

Case No. C 06-07339 CW                                     ADMINISTRATIVE MOTION TO FILE
                                                           DOCUMENTS UNDER SEAL
685849.01