1  HENNIGAN, BENNETT & DORMAN LLP
   J. Michael Hennigan (SBN 59491)
2  Robert L. Palmer (SBN 181462)
   Lauren A. Smith (SBN 94343)
3  Allison Chock (SBN 206015)
   Caroline Walters (SBN 239054)
4  865 South Figueroa Street, Suite 2900
   Los Angeles, California 90017
5  Telephone: (213) 694-1200
   Fax: (213) 694-1234
6  Email:    hennigan@hbdlawyers.com
             palmer@hbdlawyers.com
7            smithl@hbdlawyers.com
             chocka@hbdlawyers.com
8            waltersc@hbdlawyers.com

9  Attorneys for Defendants William E. and Desiree B. Moore
   Revocable Trust; Trustees of The William E. and Desiree B. Moore
10 Revocable Trust; Desiree B. Moore Revocable Trust;
   William E. Moore Marital Trust; William E. Moore
11 Generation-Skipping Trust; and Desiree Moore

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                SAN FRANCISCO AND OAKLAND DIVISION

15 THOMAS FERNANDEZ, LORA SMITH and          ) Case No. C 06-07339 CW
   TOSHA THOMAS, individually and on behalf of a )
16 class of all other persons similarly situated, )
                                              )
17                Plaintiff,                  ) DECLARATION OF CAROLINE
                                              ) M. WALTERS IN SUPPORT OF
18        vs.                                 ) WILLIAM E. AND DESIREE B.
                                              ) MOORE REVOCABLE TRUST,
19 K-M INDUSTRIES HOLDING CO., INC.; K-M      ) TRUSTEES OF THE WILLIAM E.
   INDUSTRIES HOLDING CO., INC. ESOP PLAN     ) AND DESIREE B. MOORE
20 COMMITTEE; WILLIAM E. AND DESIREE B.       ) REVOCABLE TRUST, DESIREE
   MOORE REVOCABLE TRUST; TRUSTEES OF         ) B. MOORE REVOCABLE TRUST,
21 THE WILLIAM E. AND DESIREE B. MOORE        ) WILLIAM E. MOORE MARITAL
   REVOCABLE TRUST; CIG ESOP PLAN             ) TRUST, WILLIAM E. MOORE
22 COMMITTEE; NORTH STAR TRUST COMPANY;       ) GENERATION-SKIPPING
   DESIREE B. MOORE REVOCABLE TRUST;          ) TRUST, AND DESIREE B.
23 WILLAIM E. MOORE MARITAL TRUST;            ) MOORE'S ADMINISTRATIVE
   WILLIAM E. MOORE GENERATION-SKIPPING       ) MOTION TO FILE DOCUMENTS
24 TRUST; and DESIREE MOORE, BOTH IN HER      ) UNDER SEAL
   INDIVIDUAL CAPACITY AND AS TRUSTEE OF      )
25 THE WILLIAM E AND DESIREE B. MOORE         ) CIVIL LOCAL RULE 79-5(d)
   REVOCABLE TRUST'S SUCCESSOR TRUSTS        )
26 NAMED ABOVE,                               )
                                              )
27                Defendants.                 )
   _____)
28
                                 --
   Case No. C 06-07339 CW                    DECL OF C. WALTERS ISO ADMINISTRATIVE
                                             MOTION TO FILE DOCUMENTS UNDER SEAL
   685852.01

I, Caroline M. Walters, declare and state as follows:

1.  I am an attorney admitted to practice before the Courts of the State of California. I am an associate of the law firm of Hennigan, Bennett & Dorman LLP, counsel of record for Defendants William E. and Desiree B. Moore Revocable Trust, Trustees of the William E. and Desiree B. Moore Revocable Trust, Desiree B. Moore Revocable Trust, William E. Moore Marital Trust, William E. Moore Generation-Skipping Trust, and Desiree B. Moore (the "Moore Trust Defendants"). I have personal knowledge of the facts contained in this declaration.

2.  During discovery, the following documents have been designated as confidential by K-M Industries Holdings Co., Inc., K-M Industries Holdings Co., Inc. ESOP Plan Committee, and/or CIG ESOP Plan Committee (the "KMH Defendants"):

    a.  Pages bates stamped KMH 001440 – KMH 001444, KMH 001446, and KMH 001448 – KMH 001474 (substantially all of Moore Trust Defendants' Exhibit C).

    b.  Pages bates stamped KMH 001367 – KMH 001369 (pages 1-3 of Moore Trust Defendants' Exhibit D).

    c.  Pages bates stamped KMH 005819 – KMH 005821, KMH 005823 – KMH 5824, KMH 005828 – KMH 005834, KMH 005838, KMH 005841 – KMH 005842, KMH 005849 – KMH 005855, and KMH 005870 (pages 1-3, 5-6, 10-16, 20, 23-24, 31-37, and 52 of Moore Trust Defendants' Exhibit F).

    d.  Page bates stamped CIG 008320 (page 2 of Moore Trust Defendants' Exhibit G).

3.  As the KMH Defendants designated the above portions of documents confidential, the confidential portions of these documents have been redacted and are being filed with the Court under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of June, 2008 at Los Angeles, California.

_____
Caroline Walters

-1-

Case No. C 06-07339 CW

685852.01

DECL OF C. WALTERS ISO ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL