1  MORGAN, LEWIS & BOCKIUS LLP
   Nicole A. Diller (State Bar No. 154842)
2  Donald P. Sullivan (State Bar No. 191080)
   Andrew C. Sullivan (State Bar. No. 226902)
3  One Market, Spear Street Tower
   San Francisco, California 94105
4  Telephone: (415) 442-1000
   Facsimile: (415) 442-1001
5
   Attorneys for North Star Trust Company
6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH, and TOSHA THOMAS<br><br>Plaintiffs,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; and NORTH STAR TRUST COMPANY,<br><br>Defendants. | Case No. C06-07339 CW<br><br>**DEFENDANT NORTH STAR TRUST COMPANY'S ADMINISTRATIVE MOTION FOR AN ORDER TO FILE DOCUMENTS UNDER SEAL RELATED TO NORTH STAR TRUST COMPANY'S MOTION FOR SUMMARY JUDGMENT RE STATUTE OF LIMITATIONS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7720211.1

NORTH STAR TRUST CO.'S MOTION FOR
ORDER TO FILE UNDER SEAL
CASE NO. C06-07339 CW

TO EACH PARTY AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Local Rules 7-11 and 79-5 of the Northern District of California, North Star Trust Company, by and through its undersigned counsel of record, hereby moves for an administrative order to file certain documents and portions of documents under seal.

The parties stipulated to, and the Court entered, a Protective Order on March 16, 2007. Docket No. 29 ("Protective Order"). Under the terms of the Protective Order, a party may designate documents or testimony as "confidential" or "highly confidential – attorneys' eyes only." In the North Star's memorandum supporting its Motion for Summary Judgment re Statute of Limitations, North Star relies upon the documents and testimony so designated, the particulars of which are identified in the accompanying Declaration of Nicole A. Diller in Support of North Star's Administrative Motion for an Order to File Documents Under Seal. Pursuant to the Protective Order, a party seeking to file confidentially–designated documents or information must comply with Local Rule 79-5 to seek the sealing of the documents. For the reasons stated above, North Star requests the documents referenced in the accompanying Declaration of Nicole A. Diller be sealed.

Dated: June 26, 2008

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

 /S/ Nicole A. Diller
Nicole A. Diller
Donald P. Sullivan
Andrew C. Sullivan

Attorneys for Defendant North Star Trust Company

MORGAN, LEWIS & BOCKIUS LLP
Nicole A. Diller (State Bar No. 154842)
Donald P. Sullivan (State Bar No. 191080)
Andrew C. Sullivan (State Bar. No. 226902)
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for North Star Trust Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH, and TOSHA THOMAS<br><br>Plaintiffs,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; and NORTH STAR TRUST COMPANY,<br><br>Defendants. | Case No. C06-07339 CW<br><br>**DECLARATION OF NICOLE A. DILLER IN SUPPORT OF DEFENDANT NORTH STAR TRUST COMPANY'S ADMINISTRATIVE MOTION FOR AN ORDER TO FILE DOCUMENTS UNDER SEAL** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7720187.1

DILLER DECLARATION ISO MOTION FOR
ORDER TO FILE UNDER SEAL
CASE NO. C06-07339 CW

I, Nicole A. Diller, declare and state as follows:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP ("Morgan Lewis"), attorneys of record for Defendant North Star Trust Company. I am licensed to practice law in the State of California and have been admitted to practice in the Northern District of California. Except as otherwise indicated, I have direct and personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, I would competently testify to these facts.

2. I make this declaration under Local Rules 7-11 and 79-5 in support of Defendant's Motion for an Administrative Order to File Documents under Seal Related to Defendant's Motion For Summary Judgment Re Statute of Limitations.

3. The parties in this action stipulated to a Protective Order, which this Court approved on March, 16, 2007. *See* Docket No. 29 ("Protective Order"). Under the Protective Order, a party may designate documents or testimony as "confidential" or "highly confidential – attorneys' eyes only," and documents or testimony so designated must be filed under seal.

4. Morgan Lewis' records reflect that the following documents or portions of documents were designated as "confidential" or "highly confidential – attorneys' eyes only" under to the Protective Order:

   a. Exhibits 7, 20, 23, 41, 42, 44, 46, 47, 52, 55, 57, 61, 64, 71, 73, and 95 to the Declaration of Nicole Diller in Support of Defendant North Star Trust Company's Motion for Summary Judgment re Statute of Limitations ("Diller Declaration");

   b. That portion of the transcript of the deposition of John Hommel attached as Exhibit 66 to the Diller Declaration;

5. In addition, under the terms of the Protective Order, the portions of North Star's memorandum supporting its Motion for Summary Judgment re Statute of Limitations that relate to the documents referenced in subparagraphs (a) and (b) above must also be filed under seal.

6. I have met and conferred with Plaintiffs' counsel, who has no objection to this motion to file documents under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of June 2008 at San Francisco, California.

                                         /S/ Nicole A. Diller
                                         Nicole A. Diller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH, and TOSHA THOMAS<br><br>Plaintiffs,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; and NORTH STAR TRUST COMPANY,<br><br>Defendants. | Case No. C06-07339 CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NORTH STAR TRUST COMPANY'S ADMINISTRATIVE MOTION FOR AN ORDER TO FILE DOCUMENTS UNDER SEAL RELATED TO NORTH STAR TRUST COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7720203.1

[PROPOSED] ORDER GRANTING MOTION FOR
ORDER TO FILE UNDER SEAL
CASE NO. C06-07339 CW

Having reviewed Defendant North Star Trust Company's ("Defendant") Administrative Motion for an Order to File Documents Under Seal Related to North Star Trust Company's Motion for Summary Judgment re Statute of Limitations, the Declaration of Nicole Diller in Support of Defendant's Motion, and the papers submitted by Defendant, Defendant's Motion is hereby GRANTED, and the Court orders the following documents sealed:

1. Exhibits 7, 20, 23, 41, 42, 44, 46, 47, 52, 55, 57, 61, 64, 71, 73, and 95 to the Declaration of Nicole Diller in Support of Defendant North Star Trust Company's Motion for Summary Judgment re Statute of Limitations ("Diller Declaration");

2. That portion of the transcript of the deposition of John Hommel attached as Exhibit 66 to the Diller Declaration;

3. The portions of North Star's memorandum supporting its Motion for Summary Judgment re Statute of Limitations that relate to or reference the documents referenced in subparagraphs (a) and (b) above.

**IT IS SO ORDERED.**

Dated: _____

The Honorable Claudia Wilken
United States District Judge