C-06-7339-CW Thomas Fernandez, et al -v- K-M Industries Holdings Co., Inc., et al

# Docket #148 removed pursuant to order, docket #200.