1   Daniel Feinberg – CA State Bar No. 135983
    Todd F. Jackson – CA State Bar No. 202598
2   Margaret E. Hasselman – CA State Bar No. 228529
    Nina R. Wasow – CA State Bar No. 242047
3   Kirsten G. Scott – CA State Bar No. 253464
    LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
4   1330 Broadway, Suite 1800
    Oakland, CA  94612
5   Telephone: (510) 839-6824
    Facsimile: (510) 839-7839
6   Email: dfeinberg@lewisfeinberg.com
    Email: tjackson@lewisfeinberg.com
7   Email: mhasselman@lewisfeinberg.com
    Email: nwasow@lewisfeinberg.com
8   Email: kscott@lewisfeinberg.com

9   *Attorneys for Plaintiffs and the Proposed Class*
    (Additional counsel listed within)
10

11

12              IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
13            SAN FRANCISCO AND OAKLAND DIVISION

14   THOMAS FERNANDEZ, LORA SMITH, and ) Case No. C-06-07339 CW
     TOSHA THOMAS, individually and on behalf )
15   of a class of all other persons similarly situated, )
                                              )
16                        Plaintiffs,         ) **PLAINTIFFS' ADMINISTRATIVE**
                                              ) **MOTION TO EXTEND THE PAGE**
17              vs.                           ) **LIMIT FOR OPPOSITIONS TO**
                                              ) **DEFENDANTS' MOTIONS FOR**
18   K-M INDUSTRIES HOLDING CO., INC.;        ) **SUMMARY JUDGMENT**
     K-M INDUSTRIES HOLDING CO., INC.         )
19   ESOP PLAN COMMITTEE; WILLIAM E.          )
     AND DESIREE B. MOORE REVOCABLE           )
20   TRUST; TRUSTEES OF THE WILLIAM E.        )
     AND DESIREE B. MOORE REVOCABLE           )
21   TRUST; CIG ESOP PLAN COMMITTEE;          )
     NORTH STAR TRUST COMPANY;                )
22   DESIREE B. MOORE REVOCABLE TRUST; )
     WILLIAM E. MOORE MARITAL TRUST;          )
23   WILLIAM E. MOORE GENERATION-             )
     SKIPPING TRUST; and DESIREE MOORE,       )
24   BOTH IN HER INDIVIDUAL CAPACITY          )
     AND AS TRUSTEE OF THE WILLIAM E.         )
25   AND DESIREE B. MOORE REVOCABLE           )
     TRUST'S SUCCESSOR TRUSTS NAMED           )
26   ABOVE,                                   )
                                              )
27                        Defendants.         )
     _____)
28

ADMINISTRATIVE MOTION TO EXTEND THE PAGE LIMIT [CASE NO. C-06-07339 CW ]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Northern District Local Rule 7-11, Plaintiffs Thomas Fernandez, Lora Smith, and Tosha Thomas, individually and on behalf of a class of all other persons similarly situated (collectively "Plaintiffs"), hereby move this Court for administrative relief.  Plaintiffs request advance permission to re-allocate the total allowance of 75 pages for Plaintiffs' three briefs in opposition to Defendants' three Motions for Summary Judgment among two briefs of 25 and 40 pages, respectively.

Pursuant to Local Rule 7-3(a), Plaintiffs are entitled to file three briefs of 25 pages or less in opposition to Defendants' three Motions for Summary Judgment.  Plaintiffs believe that submitting one brief of 25 pages or less and one brief of 40 pages or less will allow them to address Defendants' Motions most clearly and efficiently, while remaining below the total page allotment for the three briefs they are allowed to submit.

Defendants have refused to stipulate to the requested relief.  On June 30, 2008, counsel for Plaintiffs e-mailed counsel for Defendants to request such a stipulation.  Declaration of Nina Wasow in Support of Plaintiffs' Administrative Motion, Exh. 1.  On July 1, 2008, counsel for Defendants declined to agree to the re-allocation of pages because, they assert, each of their briefs stands on its own and any extension of page limits would be unfair, regardless of whether Plaintiffs' brief or briefs respond to more than one of Defendants' three Motions.

Local Rule 7-11 is the mechanism by which parties may argue – and courts may order – that the default page limit rules be tailored to a particular set of circumstances.  The instant matter merits such a departure from the default page limit.  The facts and arguments raised by the Moore Trust Defendants (consisting of the Moore Trust and Trustees of the Moore Trust; successor trusts which include the Desiree B. Moore Revocable Trust, the William E. Moore Marital Trust, and the William E. Moore Generation-Skipping Trust; and Desiree Moore, both in her individual capacity and as trustee of the successor trusts) and the K-M Defendants (consisting of KMH, the KMH ESOP Plan Committee, and the CIG ESOP Plan Committee) in their Motions for Summary Judgment overlap to a great extent.  It makes the most sense for Plaintiffs to respond to their arguments in one brief, and to respond to North Star Trust's arguments in another brief.  An extension of the page limitation for Plaintiffs' Opposition to the K-M

ADMINISTRATIVE MOTION TO EXTEND THE PAGE LIMIT [CASE NO. C-06-07339 CW ]          1

1    Defendants' and Moore Trust Defendants' Motions is reasonable; although Defendants argue that

2    submitting a single brief that exceeds the default page limit is unfair, Plaintiffs simply seek a

3    more functional allocation of the total page limit they are already allowed.  Submitting only two

4    briefs that total 65 pages will allow Plaintiffs to set forth more clearly their position with respect

5    to all three of Defendants' Motions.

6           For the reasons stated above, Plaintiffs respectfully request a modification of the default

7    page limit with respect to their briefs in opposition to Defendants' three Motions for Summary

8    Judgment.

9

10

11   Dated:  July 1, 2008                          Respectfully submitted,

12                                                 LEWIS, FEINBERG, LEE,
                                                   RENAKER & JACKSON, P.C.
13
                                          By:        /s/
14                                                 Todd Jackson
                                                   LEWIS, FEINBERG, LEE,
15                                                 RENAKER & JACKSON, P.C.
                                                   1330 Broadway, Suite 1800
16                                                 Oakland, CA  94612
                                                   Telephone: (510) 839-6824
17                                                 Facsimile: (510) 839-7839

18                                                 Peter Rukin – CA State Bar No. 178336
                                                   RUKIN HYLAND DORIA
19                                                 & TINDALL LLP
                                                   100 Pine Street, Suite 725
20                                                 San Francisco, CA
                                                   Telephone: (415) 421-1800
21                                                 Facsimile: (415) 421-1700
                                                   Email: peterrukin@rhddlaw.com
22
                                                   *Attorneys for Plaintiffs*
23                                                 *and the Proposed Class*

24

25

26

27

28

ADMINISTRATIVE MOTION TO EXTEND THE PAGE LIMIT [CASE NO. C-06-07339 CW ]                    2