IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH, and TOSHA THOMAS, individually and on behalf of a class of all other persons similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,<br><br>　　　　　Defendants. | Case No. C-06-07339 CW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND THE PAGE LIMIT FOR OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

　　　Having considered Plaintiffs' Administrative Motion, and good cause appearing, IT IS HEREBY ORDERED as follows:

　　　Plaintiffs may file one brief of 25 pages or less in opposition to Defendant North Star Trust Company's Motion for Summary Judgment, and one brief of 40 pages or less in opposition to the other Defendants' Motions for Summary Judgment.

　　　IT IS SO ORDERED.

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge,
　　　　　　　　　　　　　　　　　　　　　　　Northern District of California