Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 75885
Terence F. Young, Bar No. 069943
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
rl@lh-sf.com, jth@lh-sf.com, hib@lh-sf.com, tfylaw@earthlink.net

Attorneys for Defendants K-M Industries Holding Co. Inc.; K-M Industries Holding Co. Inc. ESOP Plan Committee; and CIG ESOP Plan Committee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH and TOSHA THOMAS, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO. INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE B. MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,<br>Defendants. | Case No. C06-07339 CW<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND PAGE LIMIT FOR OPPOSITIONS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Case C06-07339 CW                1                [PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND PAGE LIMIT

1  Having reviewed the Plaintiffs' Administrative Motion for an Order granting an extension of
2  the page limit for memoranda in opposition to defendants' motions for summary judgment in order
3  to allow a single memorandum to be filed in opposition to the separate motions of defendants K-M
4  Industries Holding Co. Inc., K-M Industries Holding Co. Inc. ESOP Plan Committee, CIG ESOP
5  Plan Committee, William E. and Desiree B. Moore Revocable Trust, Trustees of the William E. and
6  Desiree B. Moore Revocable Trust, Desiree B. Moore Revocable Trust, William E. Moore Martial
7  Trust, William E. Moore Generation-Skipping Trust and Desiree B. Moore, and having reviewed
8  and considered the papers filed in opposition to this Motion by the defendants, plaintiffs' Motion is
9  hereby DENIED.

11  Dated: _____       _____
12                                       Hon. Claudia Wilken
                                         United States District Judge
13                                       Northern District of California