

1  HENNIGAN, BENNETT & DORMAN LLP
   J. Michael Hennigan (SBN 59491)
2  Robert L. Palmer (SBN 181462)
   Lauren A. Smith (SBN 94343)
3  Allison K. Chock (SBN 206015)
   Caroline M. Walters (SBN 239054)
4  865 South Figueroa Street, Suite 2900
   Los Angeles, California 90017
5  Telephone: (213) 694-1200
   Fax: (213) 694-1234
6  Email:   hennigan@hbdlawyers.com
            palmer@hbdlawyers.com
7           smithl@hbdlawyers.com
            chocka@hbdlawyers.com
8           waltersc@hbdlawyers.com

9  Attorneys for Defendants William E. and Desiree B. Moore
   Revocable Trust; Trustee of The William E. and Desiree B. Moore
10 Revocable Trust; Desiree B. Moore Revocable Trust;
   William E. Moore Marital Trust; William E. Moore
11 Generation-Skipping Trust; and Desiree Moore

12               UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14             SAN FRANCISCO AND OAKLAND DIVISION

15 THOMAS FERNANDEZ, LORA SMITH and      )  Case No. C 06-07339 CW
   TOSHA THOMAS, individually and on behalf of )
16 a class of all other persons similarly situated, )
                                          )
17                                        )  **[PROPOSED] ORDER DENYING**
                    Plaintiff,            )  **PLAINTIFF'S ADMINISTRATIVE**
                                          )  **MOTION TO EXTEND THE PAGE**
18         vs.                            )  **LIMIT FOR OPPOSITIONS TO**
                                          )  **DEFENDANTS' MOTIONS FOR**
19 K-M INDUSTRIES HOLDING CO., INC.; K-M  )  **SUMMARY JUDGMENT**
   INDUSTRIES HOLDING CO., INC. ESOP      )
20 PLAN COMMITTEE; WILLIAM E. AND         )
   DESIREE B. MOORE REVOCABLE TRUST;      )
21 TRUSTEES OF THE WILLIAM E. AND         )
   DESIREE B. MOORE REVOCABLE TRUST;      )
22 CIG ESOP PLAN COMMITTEE; NORTH         )
   STAR TRUST COMPANY; DESIREE B.         )
23 MOORE REVOCABLE TRUST; WILLAIM E.      )
   MOORE MARITAL TRUST; WILLIAM E.        )
24 MOORE GENERATION-SKIPPING TRUST;       )
   and DESIREE MOORE, BOTH IN HER         )
25 INDIVIDUAL CAPACITY AND AS TRUSTEE     )
   OF THE WILLIAM E AND DESIREE B.        )
26 MOORE REVOCABLE TRUST'S SUCCESSOR      )
   TRUSTS NAMED ABOVE,                    )
27                                        )
                    Defendant.            )
28 _____)

Case No. C 06-07339 CW
686820.01

     Having considered Plaintiffs' Administrative Motion to Extend the Page Limit for Oppositions to Defendants' Motions for Summary Judgment and the oppositions to the Motion,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Administrative Motion to Extend the Page Limit for Oppositions to Defendants' Motions for Summary Judgment is DENIED.
2. Plaintiffs may not consolidate their opposition to any defendants' motion for summary judgment and may not file any opposition in excess of 25 pages.

DATED:

                                              The Honorable Claudia Wilken
United States District Judge
Northern District of California