United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH, and TOSHA THOMAS, individually and on behalf of a class of all other persons similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>K-M INDUSTRIES HOLDING CO., INC., et al.,<br><br>           Defendants.<br>_____/ | No. C 06-7339 CW<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF PAGE LIMIT, AS MODIFIED (Docket No. 151) |

   Plaintiffs Thomas Fernandez, Lora Smith and Tosha Thomas have moved for an extension of the page limits for their briefs in opposition to the three groups of Defendants' motions for summary judgment.  Plaintiffs' motion is GRANTED.  However, because the briefing on the motions for summary judgment is highly redundant, Plaintiffs shall file a single brief in opposition, not to exceed fifty pages in length.  This brief must address the specific factual context applicable to each group of Defendants.

   Defendants shall file a single reply brief not to exceed

fifteen pages in length.  In addition, each of the three groups of Defendants may, if it wishes, file an additional two-page brief containing non-repetitive argument relevant to its own position.

IT IS SO ORDERED.

Dated: 7/3/08

CLAUDIA WILKEN
United States District Judge