1  Daniel Feinberg – CA State Bar No. 135983
   Todd F. Jackson – CA State Bar No. 202598
2  Margaret E. Hasselman – CA State Bar No. 228529
   Nina R. Wasow – CA State Bar No. 242047
3  Kirsten G. Scott – CA State Bar No. 253464
   LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
4  1330 Broadway, Suite 1800
   Oakland, CA  94612
5  Telephone: (510) 839-6824
   Facsimile: (510) 839-7839
6  Email: dfeinberg@lewisfeinberg.com
   Email: tjackson@lewisfeinberg.com
7  Email: mhasselman@lewisfeinberg.com
   Email: nwasow@lewisfeinberg.com
8  Email: kscott@lewisfeinberg.com

9  *Attorneys for Plaintiffs and the Class*
   (Additional counsel listed within)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH, and TOSHA THOMAS, individually and on behalf of a class of all other persons similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,<br><br>　　　　　　Defendants. | Case No. C-06-07339 CW<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**CIVIL LOCAL RULE 79-5(d)** |



1   Pursuant to Local Rules 7-11 and 79-5(d), Plaintiffs Thomas Fernandez, Lora Smith, and Tosha Thomas hereby move this Court for an Order permitting Plaintiffs to file portions of their Opposition to Defendants' Motions for Summary Judgment; and Declaration of Nina Wasow in Support Thereof, with attached documents, under seal. This application is made because Defendants designated certain materials as "confidential" under the terms of the Stipulated Protective Order entered March 16, 2007 (Docket No. 29).

Plaintiffs have electronically filed redacted versions of the above-referenced documents. Pursuant to Local Rule 79-5(d), Plaintiffs have also lodged unredacted versions of the above-referenced documents, with the sealable portions of the documents properly identified, with the Clerk of the Court. Plaintiffs have served Defendants with unredacted versions of the documents by overnight mail.

Because the Defendants designated certain information and documents confidential, they must lodge and serve a declaration and a proposed sealing order supporting this Motion within five days. Civil Local Rule 79-5(d). Should Defendants fail to provide a declaration and proposed sealing order within five days, the documents will be made public record in their entirety. *Id*.

Dated: July 10, 2008

Respectfully submitted,

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.

By:   /s/
Nina Wasow
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Peter Rukin – CA State Bar No. 178336
RUKIN HYLAND DORIA
& TINDALL LLP
100 Pine Street, Suite 725
San Francisco, CA

1
2    Telephone: (415) 421-1800
     Facsimile: (415) 421-1700
3    Email: peterrukin@rhddlaw.com

     *Attorneys for Plaintiffs
     and the Class*