# EXHIBIT 104

Mtg w/ Kelly - Moore Paint Company, Inc
May 14, 0?

Stan Ferrari
John Kober
Ernie Tinley
John Hochman

Auditors will issue going concern note

Company owns 1/2 of land & others
Accrued Asbestos cost

cash so

#42 mm is the Prudential note that is calling ;
in conversation we there is original
ESOP note

Income Statement
Income flat ? economy
cost of paint stable
SG&A is uniform →

Operating income
revenue items → effort
9.9 ; 10 ; 5 = 25mm
intangent ?

EXHIBIT
252
Hommel  5-08-08

p.8 of Draft:

Restatement — deals w/ accounting for contra equity accounts for 98-02

p.16 Inventory →
probably a larger inventory mandatorial than most

→ handled by a division in company

re to production facilities

60% production   San Carlos —
                 Hmt, TX —
                 Seattle —
                 Tempe  AZ —

As to oil base gts, can't be produced in CA,

Seattle & Hmt., TX is set, for oil based paint production;

pigment, latex c
    TiO₂

NS00031769

Corporate
Required
Contract

_fully allocated_
8-160 items in a distant
Dist Sale Mg
"   Store Sagmni
"   Store Asstg Sagmni –

Redefining process is done at the count level
not a real formal process
Key is To of _product share_
Washington state is good example – book control

in Northern Cal has ≥ 58% mkt share
in TX good presence –

three chart 200+ sales reg
Commission

NS00031770

*[handwritten notes, largely illegible]*

NS00031771

(illegible handwritten notes)

NS00031772

Bob Ruland (on conf call)
Vita Stam (also guest num)

Questions to Bob & to her to

140-220 nm yr end inc000 exp-sale
150 - 210 MM 5-31-03 qtr end.

management turnover ? - Bob
Some + intrelationship little

Phil Pillsbury is atty @ Pillsbury Winthrop LLP

NS00031773

Mtg  Cal Cas Ins. Co.                                    Aug 15

Peter Coravola   Pres & CEO                              John K
   Ed Byrnes  -  CFO                                     Erin T
   Thomas Schaff                                         J H

JT & JK outline background

Peter →
   curious & anxious to know cliff who

our question now to grow another $50-60 mm

will concerned about the asbestos issue -
c/o has had than the normal call & blue
well

Don't want to do anything that negatively affect
the Moores →

"Downside Day"
           the Ins company →

"cliff - Chap does not provide any
operational support -
                 little benefit

— disaffiliation came up ⇒
Peter would want to talk to Insurer
first ⇒

~~Ken Bro~~

Ins. is concerned about conflict —
want "recommendations"

Bill: ⇒ "appears based but physically disconnected
studies — making,

issue is relying heavily on the actuary:

⇒ started in 1898 as a mutual ins. company;
became Cal. Mutual ⇒

Bill Moore was invited to sit on Bd of CCPL;
in 1985 Bd realized it needed more capital &
tried a private placement;
Bill bt company in 85-86 & in 86
became a stock company &
owned by K-M funds from the get go. —

now have 126 mm in mgmt
220 mm in premiums.

NS00031775

Peter 11 yrs
Ed 8-9 yrs
Thomas 8-9 yrs
Bob Lyman 10 yrs

95% biz in CA
other NV
and started now in OR

in NV => Nevada Capital

starting process to change name to
CAPITAL INSURANCE GROUP

up to OR =
about 320 independent agents

[illegible] underwriting & disciplined claims handling
=> the process @ CIP

claims =>

In California there is a statutory cap of 15% rate of return =>

the [illegible] will outsource as [illegible] & then transfer the [illegible] skills

Development - 22 dwelling development
10 15

15 csts @
1.8% of premms are related to IT

→ running abut $2mm

Comprny mvs Qrmy fce MT&S.
comprny Pt Bldg in NV
→ ( Rg tre advntge )

Hiring → tough in Mntry
→ more vismal &&
grwing @ ~50 mils
but inc abut 20% in
→ incentives

→ turnovr rate is ~ 20%
indstry rate @ 15-30%

ESOP culture roles @ Ins. co. —

in June have ESOP magnitude meals

June 8 - 9 -   ESOP distribtn date

NS00031777

re + interrupt agents ⇒
Hard mkt ⇒

Agency Advisory Council →
18 members
not for 3 years ⇒

Re to premium cancellation ⇒
Jamie Vargas ⇒

not accepting losses on prior losses +

casualty is beyond dam
but loss ratios on impact on property

pricing of policies - done by committee

- countless -
- indemnity
- pricing
- large losses

* Ham 'actuary n. 2 [illegible] 'to

2003
4 [illegible]
12 mm: Combined ratios (combo of all [illegible] - [illegible])
through April @ 94.4
Budget 115.
YTD 3.7MM earnings 125 MM [illegible]

NS00031778

urgent $30 mm statutory surplus
(this would allow up to $260 mm in premium)

Premium issue ⇒ a problem after 9-11-01

ComAC is sole re-insurer of company
they only deal w/

there is legislative pending
and of underwriting tools
use of credit reports or scores

Company feels it is ahead of the game

worst case scenario
⇒ mfg or House =
⇒

audits → no problems

Key Phrase    photo of the company is to look to the
future for

Peter - general about Dept. Insur
= permit injunct
* — under Ins statute
if amt in 10 2% of surplus
or 2% of admitted
assets

Infomer Call                                    Aug 20

[illegible handwritten notes]

Ken Bodnstein —                in charge officer tel 85 ?
GSA                             expand L.A. office ; Craig Rougton
                                here

[illegible handwritten notes]

[illegible handwritten notes]

[illegible handwritten notes]

NS00031781



NS00031782

Ken will contact _____ offer —
we will follow up

Ind call w/ Ken

___ - ___ - Erin —
JK — goal call —
Erin — and to have a better articulation
of _____
JK — again — would like ___ to better
explain in the report →

call to add ___ training?
JK → outlined _____ in rebuttal

Stan → unwilling to produce —
new _____

JK → ~~new than worth~~

NS00031783

Mtg w/ Kelly firm (atty's)                    June 2

Bob Julian
Peggy

Bob Julian — atty for WES that has overseen the collection of litigation data

Bob: trying to gather info & negotiate w/
TI's atty's; congress is doing pretty
well w/ this process;
     524(g) leave the company & the
current TIs and the representatives of
future claims — lynchpin of 524 is
consent — 2/3 in # amount &
     1/2 in # of "condition"
also need 75% of people who would
perhaps claim and who vote

3rd Cancer
Conference
Organizations
                    now legislation in many states
                    — which should [get] ability to file
                    non-malignancy cases
                    — mesothelioma
                    — lung cancer
                    — non-malignant
                         historically have gotten between
                         $500 to $6000 p. yrs.

NS00031784

New proposed legislation would require
1) evidence of long / pulmonary function
   — impairment)
2) different standard

3) requires that the doctors who
   do this work & require that they
   practice 70 of time outside of
   test arena

Steve Cooper — atty for Asbestos
          clients Schnitzer

Three goals of program
1) how much to go to future
   claims
2) how many claims do we think
   there are
3) how much do we pay p. claim

Q's : How much is available to
   fund trust
   What is value of claims
   How split the payment
   between the claim types

As to claims goal

~ gen-grandhager "ideal model" timeline
  - end of game for registrators
      ~ longer who expired
  - w/ longer who withold ast
        for 80 days -
  - seal it ballot
  - to mail-in agent ballots are
        internal
  - then get

~~~ to disallow a claim for not
answer than it is for distribution
arguments ⟶
        so may resolve argument that they
not be allowed to vote w/ out joinder

convenience claims

bad case scenarios -
  - start getting a "no" vote in proxies
  - in that can try to tweak
    to get consent or agreement
    against non-helpful voters
  - unable to get full agreement
    between voting parties

NS00031786

Kate S° — where do you think this will
end up ?

(Suzy) ⇒ should be able to get this
settled, but the legislation de general
has a 80 day [?] for
settlements that would be priced into the
nat'l pool ⇒
proposed legislation would cost K-M abt
$18 MM ⇒ grow for next 30 years

Cap Option

1  Pre-pay
2  Fed bnds [?] sell stock
3  wait for legislation
4  continue to fight cases

Challenge to count [?] — update filing data
— extract problems w/in
the data

cases started in
96 —⟩
projects started in 97 ⟩
K-M has [?] ~ 51,000 claims
4 241 MM in settlement payments w/
add'l 105 MM for attorney's fees

NS00031787

KM paid $117 mm for M&O cases for
~3000 claims

drug cases →        $27 mm in 2.5M claims
silver cancers        5.0 mm in ~1000 claims
non-malignant        90 mm for 40 m claims

        # of claims
        50 mm claims pending (mouth ago)
now at 44 M claims
    32,231 claims (64% of total) in
    six states where KM did not
    operate

                    (this # is now @ 18m)

DNP?        Mississippi had ~25 mm claims —
resolved at          now within 60 days of the order of
prior party filed    judge →

        Hann had about 350 cases DNP → in MS —
        85% of that

    amount think is to put motion in to
    dismiss notices of

The same ACC committee has 11-12 other
        cases that

        16613 are in Texas (33% of total) /15000 now resolved
this      13000 are TX claims that should not meet
body's    in segments under the new legislate
Chart

NS00031788

the TX lawyers feel our class
exposure is probl

85% of claims would likely be
dismissed → tabulate is pretty tight because
virtually all of K-M claims

in TX if π has evidence of expt but no
damage → they go to a single judge in
Houston to be resolved

→ in theory if only ~ 10% of pool is tough
would attach to #'s

as to Miss cases → Historically about ½ amt
to miss — and eventually settle 90%

in Illinois 94 Pct of cases (CNP →

Medical Criterion
Procedural Venue

Aug 1            < 3 300
Aug 2005-2020   6 800 new claim

        $ 71. 4 MM current claims
curent   54      MM future claims f 6000
day #'s  ——————
        125  MM

NS00031789

Replacement — future claimants

claimant — π

Dunbar → was in his Carhold

Dr. Price → is an expert on meso

— functionally only → ⓐ

$80   insign
$15   cash
$30   settled NOTE
$125

→ equity & uncertainty

From Now thru Fall →
        6 big meso trials in Cal & TX worth age
    to settlement →
        K-M was been tagged for 2 lawsuits in CA in last yr.
        Steve Foley is my practice

— then an some interval K-M docs for
    indentrial hyping in 70's that allegedly
    show K-M had knowledge of danger —

NS00031790

Hal — went through this doc's an
not this all of standards so OSHA etc —
KM patients would well below any
standard

Bol — KM has ?? differ on Q of
?? damages in CA

Piggy — Continental says no defense
costs → One ongoing they have to pay ??
at some pt ?
            at some pt there will be an ??
of defense costs —

Insurance Coverage
Miller Ehrman firm has done ??
retained on behalf of company in secure coverage
    → ~3? mm for Continental ??
    → Transport Insurance has agreed to
        pay *5 mm to a trust, would
        not have to do ??
    → ACE — has agreed to pay
    → MISSION — has *20 mm policy
        if CA ?? may not get all 100%
        but close
    → Centaur ... *20 mm in limits ?? excluding
        ?? → will likely get ~50-60% of
        coverage

NS00031791

based on Lazoff's math — get to $68 mm
in savings ??? (up to $80 mm if two
add'l payments come from Custody & Integrity
a minimum

Company feels it still has $17 mm in coverage –
plus defense costs. 2ND limit against this. If
deal in amount that would not go to TPW &
there would be no to Defense costs — the potential
amount could be up to $80 mm

^ BIG ISSUES
1. Value of total claim
2. How much to pay classes — matrix
3. Status of convenience classes
        any amount discounts, need to be
   gratified as a π in the state of claim
4. How much goes in
5. Trust Distribution Procedures
        governs for pro-gratification & standards
6. Value of company & cash flow
   projections — still an issue
7. ESC!
        All initially accrued how much
   was paid for company that should have
   stayed in the company ⟶

NS00031792

- 97 - $50,000 claims paid
- 98 - 2000 still had significant claims
- 2001 large lawsuit in El Paso TX

the claims are also tied to our bankruptcy cases

than 22 - million want ⇒ not correct (fewer)

going concern typically applies to a next 12 month period

New auto financing "Baker Pilsen

* need to get D info to Riggs & Dan for a misc of public speak

Mtg w/ Lord Russell                    5-17

Forrest _____                     J. Kohn
Tim Brink                           JGH

Issue, _____ is _____ — _____
to my limited — _____
_____ view, is that liability was limited to
each of the _____ based on the info
they _____

Forrest: we see language as

        Herbie & later has agreed to
65/35 for _____ —
other fees will be a 80/20 for
trust related expenses

Forrest would propose (to _____) that
it be 80/20 in general matters, but
as to _____ CG has _____,
Forrest believes he can come it _____
(or don't attempt) to indemnify for
the info they actually _____
and its _____

[_____ in TR6]

        Don't want to indemnify for π that

NS00031795

Mtg w/ C I G — March 22, 06
Kelly Moran

Pete — Doug Merrill — John K
Andr — Steve DeVr — Eric T
Bob E — Todd Gentry — Scott C
Dave S — John H

Discussion of the function and target for

Steve DeVM → Dir. of Store Operations
29 yrs w/ company
re to 05 — good year operations
control expenses in the stores
opened 8 stores in 05 w/ 6 doing very well & 2 taking more

Andr — on to TX mkt → Dallas in particular —
Dallas is very big mkt — want to grow there but not aggressively right now.
want to fortify the N. Cal. mkt at the same time or at first —

OK is a strong mkt and it is more successful for K-M since it is more of a rural mkt and can easily make an impression

Store strength is in the secondary
mkt

Dallas / Ft Worth — K-M has 16 stores
while competition ≤ @ ~50 stores.

New Concept store        2800 - 3500 sq ft
(as opposed to 4-5m sq ft) →
know specific market of a mall
area

Strong in Alaska & portions of WA & OR —
real secondary [illegible]

Site selection — all done internally ;

[illegible]
Susan Wilson
LC?
Columbia Point
Radar   (?)

Cost
getters

a to minimize & maximize [?] company
has tried to focus on controlling &
changing expenses & demands —

now an also looking to a budget &
controlling expenses

→ less controllable expenses in 05 were tied
to closing ___ & ___ ___ ___
___ to 06 ___

add'l expenses in introducing the new technology
systems ___

___ to pricing increase associated w/ raw
materials — company has been able to
pass of increases

Why ___ in 05 had biggest ___ to pricing
of materials — in 05 these were mostly
adjusted out — in 06 there are fewer
adjusted but more than historical

Rev — cost costing is done 2x prior year —
unaud as of Jan 1 & both to audit
on Jun 30

Todd — try to increase costs across the Bd.

Stores closed = closed one store in Dallas
closed one in Colorado Springs

NS00031798

go to "some concept stores"
→

in Concord CA → very successful →

have about 150 stores overall plus 4 [illegible] centers

[illegible] to open 7 new stores in 06 —
model would be to have about [illegible] —
[illegible]

Spokane / Coeur d'Alene [illegible] is
a potential market —

there is a challenge in [illegible] Portland
OR — → moving back out of
that market →

Hal: very happy w/ mgmt
team in place → communicate
very well & now work as a team —
which is very different from the
past —
the mgrs are now allowed to
make decisions

NS00031799

[handwritten notes — largely illegible cursive]

NS00031800

NS00031801

Doug Merrill

- Have seen coordination and consolidation of products
- Same order as the largest VAT
- Union K's w/ production -- next new K is 2007
  - → Paint & Varnish (3 diff locals)
  - Transition (warehouse)
- = as to color pallettes → about 4 years into a 7-8 yr cycle →
- R&D -

Walter McClain → Risk Mgmt

Company's challenge is to maintaining quality & consistency

as to sales - 5-7% in [illegible]

K-M - 2% avg to 11%

w/ no cap →

Also [illegible] 250 ⇒ the minimum
amount of accnt & months for commun

Over the last 2 years, the
emphasis has been on customers/
types of diversification w/in each
territory

last year co had largest new business
growth in the company

Sales turnover was about 15 last year -
there is a [illegible] factor w/in the company

Emphasis is on front line people

As to risks -
^ new home sales are quantifiable
^ [illegible] is [illegible]
^ looking at

success will [illegible] from [illegible] of [illegible]

Prudent Consolidation is [illegible] as arena for just
[illegible]
[illegible]
Kohl-[illegible] ([illegible])
for organiz

There is no plan to do national campaigns for nat'l builders

The issue of opening new mkts is tied to [illegible] of asbestos.

→ Company doesn't want to put add'l [illegible] on

Banking relationship —
now [illegible] Atlanta
a [illegible] w/ South [illegible]

Had IRS audit for 02 & 05

[ [illegible] speak w/ Jim Mark
who is in charge of IT.

5-6%
½ & ½
not all [illegible]

when new stores are [illegible]
the

NS00031804

Mtg w. CIG                                              Mar 25, 06
        ( Kelly Moore litigation, as well )

Pete                          John K
Herb                          Eric T
Dan S                         Andy W
Bob Emerson                   ( Scott C )
Tom                           m glove
Bob Wirm                      J G H

As to various recent settlement posture, a mode
of $350 MM is on the table → ( which = down
from three $800 MM last posture )

$137.3 MM is the # for asbestos for '05

Background to "change" → had all-hands
mtg for 2-3 days w/ everyone, decided
to let the paint company go back to
running paint company

Tom is temporary natl coordinator of
paint co claims, looking to

        Stan Mansfield        ] → new law firms —
        Brian McCarthy        ]   that are doing the
                                  work —

NS00031805

proven to _____ much to handle any ones
that will not _____ _____ trial;

_____ has been to move analysis
further away from the trial _____;
the closer to trial the more difficult
to settle

looking to settle out deals no defense
counsels to _____ their fees;

both firms has been making attempts to
gang but still have more conflicting -

Settlement in Feb 06 over the worst ever -
Also the # of claims continue to drop
now

_____ _____ _____

3rd Qtr or year is likely
not true

litigation is _____ _____ _____
_____ CIG; dreams to settle
_____ _____ Tom (and Peter _____ Bal, if possible)

NS00031806

Foley Mansfield
Brown McCarroll

company has consolidated mgmt of the [illegible] to two law firms — but still needed to bring the mgmt of firms to a fully understanding — of and access to

at this pt -

75 mm for annuity
40-50 million
225 (+ 50 mm)

350

As to insurance recovery ⊃
working on Goodwin

Company has been successful in resolving the amount of policies;

As to process for settling ~~insurance~~ claims
reserves ⊃
spoke at length w/
actg former
Dr. [illegible]
[illegible]

NS00031807

the trends for 05 are different
than 04 and the

two cases in 05 ended up in punitive
damages → watts a license
there

John Murphy will be assuming full
responsibility on Alex Bass. Starting from
July 20 annual staff mtg

AK TO CIG

will be a A-8 Rated by Best
in 06

term of Organization chief —
Strategic Guidelines →
set up 13 yrs ago but wanted
starting my other job

Sign company goals
co has exceeded the goal of 15% + growth of return on shareholder

the reserve is now
5 mm + 5% excess + 8.9 mm

28.9 mm gross
loss before any type
of excess re-insurance

⇒ client retention of 88% for all areas
in 04 – 83.7%
in 05 – 85%
review of 2000 unprofitable policies
in 05 – i.e. new policies you did not
have to sell now

80-82
90%
83% personal auto

process – pricing [illegible];
focus on relationship in [illegible] [illegible]
– product [illegible]

20-25 clauses of same + state [illegible]

as to sponsors - look to buy out 15½%
[illegible] - ESOP sponsor
→ company does an annual budget
but [illegible] ESOP plan that is more
[illegible]

Types of Comm[illegible] →
M[illegible] [illegible]
~17% general direct comm[illegible]
~6% "profit sharing"
23%

Capital Structure
only ESOP debt

H/C has never taken a dividend for GK

3.2 mm in [illegible] + but [illegible]
~.05 on ESOP

CIC has no debt
(K-M has very little debt)

Company has Intercompany Pooling Agreement

Technology Tools —
on-line application

content on APS ⇒ technology
vendor —

in personal lines @ ~ 60% on line
~ 80%

Claims Adjustment — 
what to do for consistency
— audits, training, oversight

ranging has up to 800mm employed

in areas where not given
reduced for 550 (+ 280 temps ago —
only given claim then if $$ ??

in OR have 25 ?? (staffed w 6)
in NV have ~ 20 ??

NS00031812

Special growth / product area
Personal lines specialists — someone
who only sells the insurance / personal lines
products — not commercial

Dedicated Agents

NS00031813

Todd  Snyder    Rothschild

21st    7th  9th         2nd  3rd  4th
                         7, 8, 9

my families in mass-tort down litigation
— shared article about news in
   asbestos down cases —

Section 524 (g)  sets a significant # of troubles
   that have to be addressed
— what does

administrator votes —  if successful for a
becoming realignment →

challenge is that
         role
         blurring issues
         legal leverage —
             future questions
         would have to look at the overall value
      of parts →  can see the rationale

      → start construction a collaboration
      → huge eye to need to converge to
      → need to make it stick →

NS00031858

taught Mass tort litigation @ london school of economi —

→ may be a situation [illegible] where might
redemp the ESOP →

Todd plus me So. U.L. plus me associate & me
analyst.

in chicago a
—19→20

NS00031859

mtg w/ K. M                                    6-30

re asbestos

as to Union Carlisle running into a few snags ;
at it for 2 yrs & increasingly uncomfortable
in posture of ULC

Don't all the ULC cases benefiting them
Audria

rec'd litigation report from Dr. last fall.
$1.3 Billion

E & y has never had K-M carry the future
on the balance sheet —

                                              chapter 11

company is now seriously (correctly) studying 552A strategy ;
sell as many assets as possible →
would affect ESL so no more contribution
can be made →

          filed rate is $5-7 mm p. month ;
          don't see
we would need to file for both HC & point

at CIC → Bnf A was paid off — ,
CIC would not file but the drain of
CIC on assets of holding co. —
look to get us out of this bankruptcy
as quickly as possible →

NS00031860

*[handwritten notes, largely illegible]*

NS00031861

Mfg in Cal Ins Co.

10-11% is cost of persission

In Oct, Pete sent a memo again &
discussed dissipilation, annual avg
intental in idea, avg rate of return on capital
11% + over the last 10 years

in 92 surplus was $62 mm, is now
at $136 mm

Ken Scholl            } Surmeshis
Tom McDonalds     }

NS00031862

Mtg.   w.  CIG / Duff & Phelps.

March 2

in Cal. by law, can not specify 15% rate of return

to both a return & ~~Phelps~~ premium booking →

~~2 (++)~~   > 2x surplus (—

C.A what has ~~often~~ harder to help the industry;

issues that ~~have~~ helped performance →

— mold claims → controlled by forms
   & limitations

— rate increases from 03 still being
   reflected in 04 as put time →

   → as interest & stock mkt rates go up, there
      will be reduction in premium increases
      by competition as outside income starts to
      go up.

gloom fcr of '03 was .97 cost of $1.00 ; target has
been $.96 , so well ahead of plan

looking to significantly increase volume in NW (Oregon etc.)
— prudent lives above are commercial, moving to
   farms & then personal

NS00031863

also _____ to expand "non-admitted" market through
NV purchases; there would be _____ that are
outside of premier properties

" Border Entry"
* also starting to focus on market segments but to
managers/_____ sectors

CIG is taking _____ on "entire company of business
activities" from a competitor

w/ is 3 yrs to = $25-30 cuns in premium
this is real plus — only w/ people that are known —
this kind of business has loss ratios of up 35%;
would have to use AIG for fronting of coverage.

_____ appealed by agent who want to
move their _____ to CIG — _____ to
about $2-5MM of prem.

Also building technology infrastructure that allows
both client & agent to access info for
accounts at appropriate level.

As to auto insurance ——> have increased
rates ahead of rest of market which now
is beneficial — but still is an issue since it
is at top end of market.

NS00031864

as to agents - this year are seeing any
position against Dick reason for adds -
they are good product did price and
the profit sharing is very good -

as to broker entry program, page 25B
commission to that individual (C) but they are carry
info on cost of program for that

as to that agents - they would like to stop
writing workers compensation product since it
interferes with other P & C work -

workers comp is time consuming & not profitable -

as to competitors - they haven't been as
efficient in our product for P & C

prod -> in this area C & C is somewhat behind

for technology → look at being well ahead of
most competitors by end of 04

A rating v. confirmed again for 04 as of Jan. 04
from Best

5.60/o P&L → cost of consumers in 4 Haf
21-28 pts pd as commiss thru profit shay plan

CIG = action w/ Independent Agents assoc

PADIC
foreign arm of Domestic Insurance Companies —
POA = the champion of this new
regional trade assn

Independent agent → dotty home succession plans
in place ?

"Trusted Choice" program      200 members out
of 2000 ind. Broker. →
try to brand the agents (independent
agents) to separate themselves in mkt.

as to claims →
seem to be fairly settled —
good program, service & support.

Claims server ent[er] has a re[gister] on
the serv[er] ent[er] plan

Actuary finis that admin CIG is my
[illegible] the res[erve] h[e]l[d] by [illegible] CO
continue
Re-insur[ance] — with GMAC — my goal.

$5.8 mm over total [illegible] from
the CA f[u]n[d]s — f[u]n that the
re-insur[ance] loc[k] [illegible] to die ~ $400 m
[illegible] CIG.?

[illegible] => ha[s] b[ee]n re[vie]w[ed] in a
c[oup]l[e] of a[r]e[a]s But in all [illegible]
[illegible] [illegible] — plan —

Exp[ense]s => my goal [illegible] [illegible]
[illegible] [illegible] DYNAMIC [illegible]
loc[k]s in [illegible] rate f[or]
[illegible] f[or] 2 y[ea]rs

[illegible] => system loc[k] in C[I]G
[illegible] bill[ing] — [illegible] is [illegible].
=>
=> [illegible] system [illegible] bill[ing] [illegible]
on [illegible] basis.

NS00031867

challenge is underwriting — many going —
to bring good ones
to charlie what no to capture →

Have some new firms coming out with
regret to "water flows"

regulators →

moral hazard" = bankruptcy

C.G. is market lead in CA for writing
agreement policies

as to unit mgt performance —
just watch the quality &
operations of each asset, & into
mfg on 2 bases

as to mgmt issues →
no formal review plan →
Have a look up of for ed but that
is if → to get formal

of nothing beyond to Pete, then would have 2 others in co' story found but still go outside →

as to the issue of

as to litigation

Peter Roth / John Howell

two individual agreeing then

disability of indictment again the northern staff seems desirable →

mitigation of

Conference Call                                    7-3-06

R-M                          cust - [team             Scott C.
                                      Jim             Eric T
                                                      Jeff

Conf call on [illegible]

- 3 [illegible] adjustment to [illegible]
  [illegible] individually or collecting material

  [illegible]
  [illegible] [illegible]

  [illegible]      [illegible]          [illegible]
  [illegible] from Dr [illegible]       [illegible]
                                        [illegible] effect —

[illegible]                    ( JC

[illegible]

[illegible] in 2003

NS00031870

in new system (Oracle)

pt of sale — instead of product

accounting — "   "

mfg  — still new code

While there was mention to new
system — not for invention, otherwise
it has been adopted will be
most ___ ground for coding
                    consolidation
    — due to last than 5 mm

need to make change a notify level
but

Historically company ran on 3 sep[arate]
Decision in Oracle code based on
[   ]  able to double

Has at least 2 ... for business
in the real ...
    ... a lot of posting on IT
... system — for third-
    system of Cisco

CIB                                                    April 25.06

phone call
Erin, Amy, [illegible] & JGH

→  audit ⇒ [illegible] that CIB [illegible]
   GAAP audit [illegible] thinking ?

   →  SRR has all internal financial
      [illegible] audit [illegible] (?)
      GAAP audit
      - Victor

   May 5-10 [illegible]
   May 8 is test date for
   ⦻ SRR [illegible]

   May 11-12      ESOL [illegible]
[illegible]
Bob [illegible] →

NS00031872



August 2                                    214-948-1313

    Kelley - Morse   Inc.

Diane
Bill jr
Chris


    Mike Falk - Winston & Strawn →

→ SH Mtgs → K-M land
1) Auditor Statement
    unqualified again
                        328
                    28½ m

    2004 → 5062 mm int loss
    Have booked 103 mm liability
                    80 mm annual percent

→ Auditors had discussion w/ M Price

    Tax next yr →

    through Jan. 05 ✓

        Have had a very good yr →
        Big profit enjoyment in sale
    margins up        ( 1 mm )
        Expenses ( 3.7 m.m )  (absorbs S&H)

NS00031873

Aug 18                                    Kelly Moore

CSO →

David Gordon — Heller Ehrman      (atty who handles
                                    the insurance on
Bugging                             our)
Tax

CA cts & statutes are quite favorable to
insured policy holder →

Trigger's coverage ✓ starts at exposure & continues
              for claim              to death

General liability policies — duty to defend & cover
      — for product claim there is a separate cap

In late 30's premium insurers put together a joint
defense agreement — which stayed in effect until
end of 81 was K-M's premium insurance
was paid

Then went to years coverage
      Umbrella —
      True years coverage

Cut off date for any & all asbestos
      coverage   1865 — 1884

NS00031874

Now at pt where all but 3 of prim'y
                                              solvent
carriers have about
         $2.83 mm in cvred settlmnts &
               judgmnts paid to date ( does not

— North River has $10.2 mm in unresolved liability
  ~~pol'y~~ this should hng K-M again for
         a while ( also $5 mm add'l on appeal)

5 m — Westchester ( U.S. fire)      $5 mm settlmnt
       agrmnt → this avoidt release of non-asbestos claims

$5 mm    U.S. fire
       Transport Ins      $5 mm still
  negotiating

$32 mm    settled w CNA for   $110 mm  has still
          have   $32 mm) left

INSOLVENT INSURERS
       Mission Insurance Co — $20 mm
14.4   K-M rec'd 14.4 mm last month

(fn't)   in add'n — if compny does not get
       full $20 mm , then      $V mm f
         Californ ~~Ins~~

NS00031875

Integrity insurance → has $5 mm in
2 mm fee' — exposure but there is not that much
$ available - many may get only to $2-3 1/2

Centurion — $20 mm policy -
13 mm fee — not sure how much is there - however
K-M did not make a timely filing so
there may be a challenge → ( )

K-M also has add'l claims for joint defense
costs →
Direct K-M claims
Assigned K-M claims

— Insurance law: pursuing coverage strategies in
place
looking to all defense costs for '01-03

Assigned insurance claims →
when case settled, have $20 mm in
value of assigned claims from the insurance -
assessment
Attorney the burden for

likely ... INA & continental →

re: to [illegible] defense reserve — barely at 50-60 mm [illegible] on the one month burden and assigned claims

(plus add'l * 30 mm in defense coverage claims on other policies)

North River is on the hook even if K-M loses on the burden —

Also lawsuit has a bad faith claim that K-M would not [illegible] pursue

Scott diff between 03 & 04 as to unsuit claims -
Point — did not have as many judgments

89 MM is likely yr-end reserving for CNA & North River for claims submitted not yet paid.

Arbitration Hearing: thru 01, Liberty Mutual & KM would pay as demanded w/ no inquiry or resistance

↓

starting in 02, the # of claims
continued but the $ amount
of payments was going down.

as to Silica
— under the '84 provisions
— very little activity & even less
court support

Brush

New: Michael     } Bur Pilger
Stephen D. Mayer     } & Mayer LLP

arguing
failures
for the     } Jocelyn Mahony
engagement

Stephen — in order to book a liability
you need to know what the liability
is & have a method to estimate
value

in 04 want them process to
determine #'s — hired consultant
who did such →

NS00031878

had 2 conversations we in Pace;
in the first on he was just getting up to
speed

in audit process looked at [illegible] & his
qualifications; looked at his procedures

GAAP require professional judgment that
[illegible] was credibility

as to reconciling the two reports (Hewitt &
Pace) — the current report had [illegible]
refined

"lower estimate should be used when
more likely another figure could apply

as to how the [illegible] for Dr P—

10.3    low — middle — low # of claims
[illegible]    to

middle — higher # of claims

129    "Liberty"

150    [illegible] [illegible]

NS00031879

BPM also talked to Steve Foley's work/summaries —

Steve renewal and booked at ~15 month trend → from the last 4-6 months saw a stable position

Steve: booked at the genus & then the conclusions of rgmt ○

we need to at the Steve Foley summary 4

$95/mm — TI's alleged exposure (includes deferred costs)

Stephen — (is comparing to John)
going → the 03 & 04 performance c
views what tell you future →
going concern

going concern essentially — was looking at Stephen out until co still be there.
– also what are litigation issues —
– what are reserves ; what's cash flow —

item – booked at covenant compliance thru May, 05 ○

Steve — I have been going thru financials , debt now below $80 mm

NS00031880

* [illegible] letter to be issued by [illegible]
- we need to get it when it is issued

Zook
[illegible] ⇒ Don't [illegible] contingency [illegible] GAAP

[illegible] ⇒ "[illegible]" [illegible] ⇒ understand the company's process for inventory; did not have chance to do [illegible] visit of stores ⇒

[illegible] to ESOP [illegible] : [illegible] there was no valuation [illegible] did testing and determined that no significant [illegible] [illegible] way.

- [illegible] [illegible] adjustments [illegible] [illegible] statements
- [illegible] [illegible] well ⇒
- [illegible] a [illegible] [illegible] pages ⇒

[illegible] to the $103 mm ⇒

Dr. [illegible] (Houses) [illegible] is from 02

BPM ⇒ questioned itself as to differences between Dr. [illegible]'s [illegible] and claims outstanding pre-12/31/04

[illegible]

Dr. - Batra Lorrain →

the charts => demonstrate # of claims to focus on FI's ability to handle — clearly 2003 was the pinnacle year

in looking at average $ of closed claims => see that $ amount are going down

Dr Rabinowitz takes average of last 3 yrs (28%) to get to claims cost —

because of latest yr anomaly is not

| | | | |
|---|---|---|---|
| | 191m | avg | 88 clm |
| 04 | 150 m | mdy | 80 |
| | 88 m | | 29 |

state by state analysis is very important [illegible] Kathi

[illegible]

iPHD in stats Statistics

79 Portfield Memorial Institution

Health Risk assessment consulting firm

in 79 started projects w/ US EPA
asbestos in Schools program

=> [illegible] in

in 2004 [illegible] for this project;
[illegible] did [illegible] [illegible] [illegible] KM -

118 - 145 in April

103 - 150 June (of Dan)

Dec 14

U.S. DOC    E

Sarah Fossa   Gordom  —  Wabi  Investigate

Deagana  Petersen  —  Detroit  Segman

D  standout

Mark  Wussman

Ervin  Turly

SGA.

Parti  is  age  66  ;  eligible  for  pension

c  at  55 ?  told  he  cannot

NS00031884

Mtg w CIG                                          Thursday
                                                   May 2C

Company has a small group of [people] who
are sold out of this profile "good" [dreams] &
[profit] —

CIG sr-Efendom has been together for
10 + yrs —

agent has ability to "brief & contr-ing", CIG
has CO disc to do its own determination
on to whether to keep

[pend]                at renewal          in the [annual] [gate]
↓       [renewal]                          thru 5 or [annual]
$C /20                                     [revision] of the [priorities]
55  5  40%                                 [revision] is [term] of agreements
↓     ↓ag        ↓
[renewal]      personal          [annual] [auto]

                   ( [level] — [notice] is that
                              "folder"
                        ↓

NS00031885

as to support of KM advisor user

Pete: as long as B-K filing didn't regain profits — the last

dividual to get:

Aetis — may need "general"
A-M-But — if "dividabl"
are debt, then they
would treat it accordingly

of company leaves "A" rating, then it would not become rating on critical for banks — lenders

this notes that were good

32-mm diff when EOP & HC
32-mm [illegible] that KM to HC

Del →

Support Issue for CIG & its regulators:
What will be support of
CIG ?

NS00031886



NS00031887

Friday ( my 26
n O Kelly - Moon
→ copy of untroon testimy

NS00031888

Mtg w Kelby - Moore

Jan 21

John Ital

Todd Snyder - Arthur Murphy

Herb Griffin - Forest Cassman

Dean Stafford - Bruce Bennett

Ed Muir - Peggy

Mark Weinberg (on phone)

Rothschild

Consulting firms - don't do underwriting - have other commercial interests - the market.

Rothschild is "contrarian" old; very long thinkers; relationship bankers →

wants to establish the buy-in and confidence

Gerald Rosenfeld - CEO of North America →

buy strategy engagement

Q from Herb: is there a diff in industries retail vs. mfg?

Todd: yes but hard to think of too many other retail situations done by mass-tort response.

Peggy: GAF engagement?

Todd: Primarily a valuation engagement.

that engagement had realisation _____ in context
of ____ package — but it didn't work out (pre-package)

_____: what about Fed _____
Todd — Unitrans investors & ____

     Foster Wheeler
     Solutia
     GAF

Solutia — two integrated business entities — one of which is
    _____ the issue of liability
issue of size : the larger the # of lawyers to be
    orchestrated , the more difficult the compromise
    genuine —

_____ — the size is important here and we are
    small
      the other issue is cost reform — R·M
      should be a gating child(?)

      the company does has some very
      distinct _____ — look to two phases

Bruce : want to have _____ on ___ at the
    table.

NS00031890

Peggy – Loans c K-M Holdings Inc

＊ Notes between Hold – & CIG are a part of
CIG's capital structure

Combustion Engineering – this is a past Combustion Eng.
Asbestos effort and

~~water~~

Bob Serbain – atty who &

Adler Erman – Insurance company →

End of Break for break
Todd leaves

Peggy – are trust as current
collapse –

Single trust are 2 classes
class !
"convenience" $ 250.00 in a start
who K-M sold c
some medical

NS00031891

Have identified 20 firms w large claims —
bleah [illegible] of settlement in a
thing of past →
        thing got PI's gd past —

Company can't afford tree statutly
classes

Continental Casualty = some of

State courts in MS have started to dismiss
the suits — dismiss more than 1 0 round,
       dismiss more MS suits

as of 12-31-04 = still had ~ ~~5000~~ suits pending —
                                   53000

Florida has about 3800 suits against K- m

Looking for standard for industrial hygiene
Need to clean-ing the # claims & their
        character

— Working on a term-sheet —

— Cost would hope to meet any those TK's attg's first week of Feb.

Go to tag 20 prins → meet w/ all of them thru Feb/June while WES is waiting on its data Oracle

At same time, Mecarin will talk w/ Larry Tarstine → who will do the "rehation" w/ for KM (thru engang)

Frunt: — to CIG. There is a issue between KM & CIG on ESOP trans—

1st pmyt — due now — need to know [...] Cost wkbdg

Ed: — contributions — allocations in 2003 & 2004

Jim K:

Frunt: — issue → the B/4 trans — if not sufficiently scheduled before KM & CIG it might be considered a non-admissible asset

NS00031893

for ~~regulatory~~ capital purposes

Have not spoken w. CA Dept of Ins
until we can best present a plan
and explanation

Peggy — if not pre-paid, it will be
pre-negotiated;
would NOT allow a free-fall filing

Arthur — Pete wants to have best info available
when going to A.M. Best and to CA Dept

J.K.: How much revenue is off?

Peggy:

Cont'l Casualty ≈ 30 mm
~~Fund Nat'l~~ Ins (?) → amount in
U.S. Fire dispute: $5-20MM

potentially amount $20-30 mm

Have 5 policies w/ companies
in receivership / liquidation
MISSION INSURANCE CO ~13MM
CENTAUR ~5 mm
Integrity
TRANSPORT

Also K-M is asserting claims against
prior insurers that they should have

firm covering the costs ;

as to Prudential loans — will likely be in default ⇒ KCM would agree to increase interest 2% (which ⇒ add'l $588M in interest in 2005) in exchange for no default action — Company said would not try for clam back —

Bruce — we collectively believe that we would not recommend to any of our clients to take the seat ⇒ therefore the use of a search firm is waste of time ⇒

But once we file ⇒

NS00031895

Mtg w/
HERB GIBBONS
DAN STRITTMATTER

- Activity
- Litigation
- Arbitration
- Governance

→ March 1

RCP
JACKSON

Trial will start on March 22
E & Y will have audited financial
~~stat~~ independent →

→

* Bd Mtg on 17th of March →

→ Bd is limited to 5 members

Bd Mtg →

CIG & Bank of Commerce
has one loan that will be
repaid in full [But that's
the only loan] →

NS00031897

NS00031898

- ENTER 101 @ BROADWAY
- SOUTH ON 101                7.8 mi   ;
- EXIT HOLLY STREET           0.1 mi
- TURN LEFT (S-E) ONTO        0.6 mi
       INDUSTRIAL

- TURN RIGHT ONTO COMMERCIAL

       987 COMMERCIAL ST
       SAN CARLOS, CA

       650 - 592 - 8337

NS00031899

as a result of mtg

Have [illegible] mtg on Oct 23
re Ins. [illegible] w/

fund admin to ins. company
Sonnenschein was the [illegible] Dept
& ins. would [illegible] obj if K-m
Hold company [illegible] if [illegible] is out
of [illegible] company

Sonnenschein is [illegible] confident
of disaffiliation route

[ assumes on [illegible] [illegible] ]

& they feel strongly about
[illegible] [illegible] the
[illegible] disaffiliation

[illegible] likely is that on Oct 23 [illegible]
will introduce disaffiliation [illegible]
to Bill & Dennis

& to [illegible] your business —
[illegible] company is [illegible]

NS00031907

Mtg w/ Stephen A. Finn

Family

Moore & C

Deanie

Chris McColl ( Daughter )
( since 80's )

went current                Herb

winding (                    Bill Moore Jr. →

company →

Herb has been w/ the company for
18 years →

Parent Company

- Bill
- Deanie
- Ins. G. Pruitt

Insurance Company
has some sold issues → but somewhat
ahead of the game

NS00031908

10% →

→

, 15

75 ~~[illegible]~~ 120

peter – ed
× 210

Peter: Mtg cancelled / postponed

prior to mtg Peter & Andy
met w/ Bill & Dez Moore

concerned about ins. company
re-a-vis parent company
suggested disaffiliation →

affirmed that intent was not
to separate them from marketing

suggested mtg to clarify things - agreed

Bill said he & Dez wanted to
talk — Peter said no need
to commit any staff to [illegible]

Tuesday Dez —

NS00031909