# EXHIBIT 105

/2/05 ① | **NorthStar / K-M**

Asbestos Claims — Meeting w/ Herb Giffens, Joon Huh (Mesirow), Michael Haftl (Mesirow), Bob Julian (Winston & Strawn), Peggy Shenaman (Winston & Strawn), Robert Socol, Andy Ward, Bob Levine, John Hommel, Erin Tuohy

524(g) Plan
- negotiate the settlement w/ the lawyers

3 - Parties
 (i) the Company (Shareholders, EE(s) and Creditors)
 (ii) Future Representative
 (iii) Current Claims (Known + Unknown)

BKr Plan — Plan Vote Ⓐ and Injunction Relief Ⓑ

Ⓐ 2/3 in $ and 1/3 in number to approve the Plan [one Class to the vote: Asbestos Claimant]

Ⓑ - Need to get 75% of the People (1-man/1-vote) holding claims to get Injunction against future Claims

EXHIBIT 256
Hommel 5-08-08

NS00020019

6/2/05  North Star / K-M Asbestos          ②

<u>Impact Asbestos Claims:</u>
+ Conbursted Engineering 3rd Circuit Case
+ State legislation — [ may ~~rson~~ out milongo ~~to cases~~ ]
     — Does not impact Milongo Cancer Case + lung Cancer

<u>Size of Awards Depends on:</u>
— ~~Strength of~~ the law firm
— ~~Jurisdict~~
— Type of Client

Texas Counsel for Kelley-Moore feels 80-90% of the cases will fail.

~~ACC~~
① Pre-Negotiated Plan or Pre-Pack
   — Lawyers (9 large firms) neg ~~w/~~ by 6/30
   ~~Pre-Pack~~
   ~~= to Docmts~~ — — Recommend to Client
                    — Will not ~~Sue~~ Sue for 180 days (Stay)
                    — July — Ballot firms
Advantage - Small          + Claims forms w/ Aug
Case, Convert the          w/ 75%
Case ~~to~~ into Cash,     ...  ...and Reo thru
if a Mango can show
... ~~to~~ no lig is needed.

6/2/05
③

North Star / K-M Industries

Key Part of the Negotiations —
Claims —

From Prior Pres
- There will be some objections
- Easier to disallow voting claimants and harder for distributions.

- Bkr Ct Confirms Pl
- District Ct issuance Injuncti
(Probably be issued prior than 6 months B/C Ferguson)

② Blowup
- Global Settlm But no votes
- Look at in negot
- Modify Plan
(or) - Then J① vote in the Bkr

Pre-Negotiation
- voting while in the Bk

"Could go in Free Fall" Bkr
or ·· Stay Course
+ Continue fight
District Court

NS00020021

6/2/05  North Star / K-M Industries                                    (5)

- Potential Asbestos legislation at National level there is a 6-months Reach Back. Payment for 30 years = $16,000,000 per year.

4 Options:
-1- 524(g) Trust
-2- BK Case   Freefall   to get automatic stay
-3- Congress could
-4- Continue the Tort System

Time Table - Kelly-Moore would like to file and complete in 6/30/05
{filing 524(g)}

Cases - History Kelly Moore Co
1996 Commencement of Asbestos Cases
1997 Payments started in 1997
51,000 cases have been resolved  $241,000,000
   w/ 150 Mm in defense costs
$100 mm in Meso Cases (½ Pymts for Mesol Cases)
$27 mm  Lung Cancer  200,000
$5 mm   Miscell Cancer  1,000
$90 mm  40,000  For non-malig Cases

⑤ North Star / K-M Industries

April — Claims — June
50,129           40,000

32,23K (claims) 64% of the total in 6 non Kelly-Moore States, Arkansas, Florida, Georgia, Louisiana, Miss, and Ohio

- Failure of π to identify that π was ~~so~~ painting/skaping w/ Kelly-Moore product.

Kelly-Moore did not sell nation wide. The other companies did sell nationally

- A lot of these cases are being dismissed "w/o prejudice" so they recapture themselves somewhere else.

<u>Note: Strategy</u> — Put in motion that the 64% is not entitled to vote.

Strategy on who votes — Tx non-malign + may be a opportunity for Florida etc to convert 300 to get Cash + vote + not 3000 in Florid

Attorneys Control the Vote.

NS00020023

⑥ North Star / K-M Industries
6/2/05

- 16,613 - 33% of total in Tx (15,200 Non-Malignancies)
- 13,000 - 26% are Texas Claims that s/not result in payment as a result of new leg

[85%

[Need to look at the new Tx /leg]
  - applies to lawsuits filed after 9/30/05 + B/4 9/30/05 if not tried B/4 12/31/05
  - need 3 things (i) Honest Doctor
                 (ii) spot on lung
                 (iii) Impairment
  & - all these come down to 1-judge in Houston

- Could see a lot cases being re-filed in other state

All Claims

(pie chart: 36% of the Claims in Kelly Moore State (26% = Tx - estimated no pymt per new leg); 10% are entitled to $; 64 (non Kelly Moore State))

⑦
/02/05   North Star / K-M Industries

## Mesothelioma Claims



35% Tx/Calif

44% Illinois (94% RNP) Non-Kelly Moore State

21% Other

New Texas Mesothelioma Claims by Month 5 month Averages. It is going down. This litigation is about "men" exposed for working in industry. Now there with women who did not work in the industry work (back then).

Law firms sell "Cases" to other law firms to pursue.

5/2/05   North Star / K-M Asbestos

⑧

Expert - Thinks this s/ be

   74 mn Curt Clm
   54 mn Future
   ―――――――
   120 - 130 mn
   (Does not account for Defense Costs)

Raz - Future
Peterson - AIC   } 3 - expert
Dunbar - Company   that typically
         serves in the asbestos
         litigation

[ * π that were in John Manville are π in the Kelly-Moore. ]
  ↳ This has work history

Dr. Price is expert
Dr. Stallard is the other expert } Experts for Kelly-Moore
 ↳ North of $500 mm

- Meissner Valuation - $500 mm (Valuation)
          (Kelly-Moore Valuation)
 - Need to Impeach Dr. House Report
   that   $1.3 Bill Claim Pool (Union Carbide)
  - Dr. Razz began - Critical of the House Report

6/02/05   North Star/ K-M

⑨   Claims   verses   <u>51%</u> of FMV of Company

Insurance
  - Settlement                              $32 mn
  - Claims Kelly-Moore
    agst Receivership agst        40 mn
    Insurer
  - Litigation                               .8 mn
                                           <u>       </u>
                                            80 mn

List of potential ~~trdat~~ trials –
- There are 6 key trials Meso Claim't
  w/ demands for aggregate for $20,000,000
- One $60mm Claim was settled for $275K. (Meso)
- Taken a look through litigation through
  9/30/05. Steve Folly is bursh on the
  cases and winning the cases
- Independent Assessmt by Bob
- There is an ~~pan~~ issue on
  punitive damages.
- Union Carbide case — Kelly Moore
  admitted that Product did
  cause Meso/asbestos
- In 1920 - Kelly Moore These
  document knew/and said that

/02/05   North Star / K. M[c]Ardurlin

⑩

      asbestos created Memo(s)
       - Punitive Damages

Punitive Damages is an issue.
Herb - Kelly Moore's product
satisfied rules set by OSHA
(even below the levels). Kelly Moore
complied the law by Memo(s)
[Industrial Hygienist] Kelly Moore
produced "Short fiber Test"

   - Herb's testimony in Union Carbide.

2 - Cases for Punitive Cases are in LA. Kelly
Moore has a significant issue problem
because of the ~~an~~ internal Memo(s).

1. The big risk for continuing through the
   "tort System" is the Punitive Damages
2. ~~Dio's~~ ~~Continental Insurance~~ $32.mm for Damages
   (US)             (no defense costs)
   - Fireman     - Pays defense cost
3. Risk that Reform is passed / not passed
   b/c of the reach back

NS00020028

5/2/05
(M)

North Star / K-M Industries
Discussed Insurance Status

| | | |
|---|---|---|
| Continental | 32,700,000 (Approx) | |
| Transport | 5,000,000 (Approx) | goes into the Trust — Key Product Ld |
| Westchester | 5,000,000 | |
| Mission | $13,400,000 ~~$10,000,000~~ | (Is insolvent + in Receivership - Ins Controller will pay $13,400,000 and may get more) |
| Centaur | $10 mm | Insolvent + close to 100% Disjoint (This Umbrella + Kelly Moore is way above the limits for payment) |
| Integrity | $2.0 mm | (Insolvent) low Probability |
| | 68 | |
| ~~North River~~ | | |

$80 mm if Centaur + Mission 100% Pays
(68 mm)

-0205
(12) North Star / K-M Asbestos
_____

U.S. Fire (Case 1)  $17mm available for payment on claims (no defense). It is in trial. Goes to the trust. 524(g).

(Case 2) Kelly Moore has case for "Defense Costs" of $50mm against U.S. Fire. Kelly Moore will retain the $ + not going to the 524(g) Trust. Heller is doing on hourly fee.

On neg, the proceeds may be required to make paymts to the 524(g) Trust.

Heller Ehrman is the law firm representing Kelly-Moore in the insurance recovery. David Goodwin and Mike Greenberg are the attorneys at Heller Ehrman handling the case.

Philip Pillsbury of Pillsbury Levinson

02/05
13)

North Star / K-M Industries

Issues
1. Value of the Claims
2. $ to paid to Cancer Claims (Mesos)
3. Value of the Company and Cash Flow
4. ESOP
5. New BKr Code 10/20/05 effective
   - Exclusivity 180
   - Free Fall - Asbestos will wait
   - Eliminated - Retention Payment

Strategy - New legislation -
-- Question whether to pay $1,000 per individual
   (Convenience case) to obtain votes. May
   not work under current Tx leg.
- TDPA (Trust Distribution Plan Agreem't)
-- π's attorney - Claim Confirm'd
              - Vote delivery
   (Process in the advance)

- How much $ left the Company
  B/c of the ESOP Transaction in 1998
- Was the "adequate consideration"
- Claim looked at - π show w/
  show to low of capital to pay
  asbestos Claims + ESOP was
  to defend the π(s)
-- In 1997 Claims - $50K spent
-- In 2001, Company paid $5mm
   in El Passa Tx. (Need to case)

3/24/05 <u>NorthStar/ K-M</u>
(14)

( Waters & Krause Firm in Texas
    - ( Case in LA & Punitive Damages )
    - Re

- <u>Auditors</u>

  - Audited Financials
    - -- lawyers letters at Winston following the Price Opinion
    - -- "Going Concern" [next 12 months]
    - -- Price will produce a report on June 22, 05

  - Schedule — <u>Bob Julian</u> — Due Diligence   factual information

      - Baird Pillser

      - Victor         — Record —