# EXHIBIT 106

North Star - KMI              6-1-05

Russ Jones, Tom Hish + Milton Wong
+ Aerb Giffins to discuss state
of Print Company & begin the
valuation process
~resrow

*originally engaged to help in the
asbestos litigation - also added
total liquidity

Asbestos Claimants
*legal counsel - Sandy
valuation counsel Larry Terccone
*need to est. Resgy to get us all
info doc provided to
Open Issue in getting the Pack together
if committee approval - court dament
Future Reps/Claimants
Judge Restrow - rep
Jerry Fergus - legal counsel
Fizl Rebaitke - valuator

No court agreement on value of all
claims
Future Claimants Claim still doing due
diligence in companies to come up
with value of both Company & also
claims
we will do bellring b/f we
file bankruptcy
Dr. Price - Claims Valuation Exper!
that Company has hired
~resrow
+ Restructuring experience & in task/
force/
Litigation
↳ claims starting to decrease steadily

Tracking #
*9520069004120

5-31
6-1
6-2

062493.6

EXHIBIT
257
Hommel  5-08-08

NS00020041

61-05

May 26 2005 - Meeting w/ deberta Cedtel (Can)
Mesias

- treated each entity as separate
stand alone entity for valuation
purposes

- In performing valuation pulled out
everything alberta related & remodeled
the numbers

Parent Co. - sales & multiples

Ins. Co. - supply multiple

Non recurring chgs added back
e.2 of EBITDA

Transactions in Parent - 1X sales

Net Book Value of Ability supplied for
the Ins. Co.


1996 Valuation

- AT Brody used 22½ multiple

All valuators assumed litigation would
be covered by insurance

Herb's opinion that no real liability
w/ respect to litigation until 2007,
b/f then no real & indirect
ble up to 2000 no plaintiffs,
bar not gone after manufacturers/
not distributors


Note to shareholder - only Mr. Reade

if need be we can claw back
against this

strategy wise w/ respect to CCIG
- cant count on liquidity then
CCIC - due to regulatory
constraints

6-1-05

Trying to structure so that ongoing cash
flow to service Note for elements
need solely from that Co - since
cannot rely on cash flow from Me. (Co
lenders have tightened credit terms
or really more front

In the plan - regardless of price of
Note only or impaired day that
is the element's
working capital + revenue are inflated
so it to hold back adjacent with
to quote

other side still has not completed
their due diligence to come up
with claims $$

Sale of CCIC
   + no plan to sell CCIC or anything
   else - but would monetize the
debt relatively easily but could
also do so w/med if prefer
   but it takes too long to go
   through process + don't want
   to hold up bankruptcy filing

50,000 current claim
Need Andy + Scott to put together
orderly of what we have + then
send to Peggy's paralegal +
she will give us all docs
not recieved

Funding of Note
   + would trigger some NOL's
   that could increase cash flow

NS00020043

6-195

interview w/ Doug Merrill ret'd rep't
+ managed her division which was/
distributor of point company
BK VP in 1957

Repl - procurement of raw materials/
    managing labor force
        producing paint
        distribution

3 plants
    ⓐ here
    ⓑ Hurst TX
    ⓒ Seattle, WA

Her largest batch capacity for making
    paint - 21,000 gallons so
    doubled production but labor
    etc not doubled

KM her 150 stores - all company
    owned - each plant has warehouse
    distribution center

Raw materials
    + titanium dioxide - makes paint
white - found for paint most expensive
    material - have contract w/ Dupont
    + key supply 100%
    + second most important material is
    latex - Roland Hall is supplier
    + third most important - solvents -
    supplier is Celci Corp

other supplies other than Roland Hall
    easily replaced - Roland Hall would be
    most difficult to replace

6-1-05

Kelly place is not subject to health (cost leg stats) but not to that market is not bound by its regulations

Currently changing POS — moving to real time inventory control — will allow company to see what is selling today rather than relying on historical sales — will also be able to manage inventory b/t stores

"cost 15 m ±

C2 need parts only made in Texas 2d washington now in California How does company differentiate their point vs others brand

→ raw materials & processing anything in manufacturing process that needs to be replaced etc?

→ no real pressing need right now (capacity / Utilization)

1 m gallons produced
30 m gallon capacity

Manage Inventory Really

→ company effectively @ 50%
capacity — son Carlos is test site for company

that plant is underutilized — could do HX; Seattle plant could be shut down & little negative impact — but don't b/c certain product only produced in Seattle & to manufacture here would not be profitable

6-1-05

Freight cost per gallon .40 - .50

company has 6 price structures

+ based on size + volume

Biggest competitors

Texas - Marvin Williams

Arizona - Iglus

Oregon, Washington, UT, NV CO TX

AK, Idaho, CA (Northern)

Why did we more at of Ph?

+ very competitive market + really more

not willing to cut price to get a sale

there - sold at steel due to

consistent level in the market

Do not pursue lowest level market

(cost of gallon of paint broken down

in terms of labor, raw material, etc

Bill Berry   26 years + company

+ oversees real estate dept - manages

all leased + owned property about

50% leased property / 50% owned

current trend is to lease - much

less costly to lease than buy

To put a store in 2,4 or so

if they buy + build

sales dept generates where stores need

to be - that comes to Bill the

then review w/ site then two - three

options go to President + Board

currently 140 stores

" All expansion currently is in California

Growth is east - that is where new

stores are going in also fill

in gaps where have stores but

more are needed

NS00020046

6-1-05

Lease Negotiation
  5 or 10 year term - if sign
improvements req'd by KMI so of
10 otherwise so/ 5 w 5 year
option also try + get controlled
increase (identified up front) on
renewal - build in release days
5 year history of store openings of
closing
  left year left the market
  Austin + San Antonio - 15 stores
  putting in 11 this year
  all in Nor Cal
Outside of Houston very little
growth Universal + Preventive worked
so-so; Pandora in Idaho worked
pretty well - not great success
w/ acquisition so trying to instead
grow internally
No plans to expand or contract in any
other state
No interest in sale lease back of
currently held real estate
Challenges in Bill's area
  keeping costs down in construction
  completion of projects timely
Try to use same contractor generally
but sometimes location dictates
otherwise
Zoning not generally a problem
  but every now and again issues incl'd
  w/ historical sites
size of typical store
  smaller tenants

NS00020047

6-1-05

Lack of interior being accepted
85% contractor
15% retail

focusing on use of part time help

Succession Plan
- very big on promoting from within
based on this have policy identified
that can replace all VP's —
Hub currently working on own
succession plan to do so
from within

store device
avg store size 12,000 sq ft
4-5 reg full time
2-3 part time
dependent on sales volume of the
store

most device - 6-10% sales Wal-mart
65% contractor

Sales Manager in store hands contractor
credit due in store - credit
terms are based on estimated
volume

How are stores set up
each store has tinting department
60% of what shipped is tinted

Quick Turn Program
25 gallons or more for order
into Berkley & paint will be
delivered next day

Color System is updated every 5-7
years

6-1-05

Point of Acceptance!
67%        33%
Early correction
Most profit of in the point
Inventory Control
  + stocking process
  store used to stock everything
  now stocking based on actual
  store needs to stock stuff
  what they actually sell
New systems will be very helpful
in managing inventory
Company buys & stocks centrally
& then each individual store isn't
to buy outside based on local
demand
Problems w/ theft?
  + getting better handle on theft
goal   to zero tolerance
  + 2% loss national average
   company running @ 5%
Systems used to identify
  correct systems
  management changes
   audit each store every year
  + previously not that often
   district supervisor manage 2+ @
Bad Debts
  NSF checks, rent collected
  less than 42% of total
  Bad debt in terms of chg/sales
  + stringent collection process
write off very low

NS00020049

6-7-05

6m² - 3 eg to diff accel
Artist Rep. reviewed in every
store monthly
Problem w/ qualified labor — no
turnover has increased in last
couple years due to improved
training & compensation

Getting Contractor to the store
    attitude sales force goes to
    contractor — 1 sale rep in
    each store & each
        Direct relates to business
425 contractors currently selling to
Biggest ticket    1 sale rep in
the store & their relationship
with the contractor
Ranked them in NoCal 60%
    based on last 3-4 years ago
Primary Contractor
    Frecee & Don Edwards
they have taken some market
share but CM getting it back
through pricing & ability to
service the contractor
currently 46 problem stores but
all issues are fixable
Not anticipating closing anymore stores
of the 15 stores we closed —
didn't really close rather add
new stores
Biggest concern is people as they
renting the closed

6-1-05

Every store has 1 delivery truck at
least · store manager hired directly
& is responsible for getting
qualified drivers etc
& self insured
75% of idel are in store
25% delivery

Succession
→ raft of guys just below
that could easily step into
Steve's shoes who interacted

Herb Giffin /
"over last couple of years significantly
reduced overhead by downsizing to
core group · restructured management
& pushed people out in the field
vs. sitting up at corporate
stores sold to ICI
"keep real estate but sold
assets & business
Herb will get us info on # amount
sold for & how reflected in
financials

KM — very conservative company
& not very good at acquisitions
strengths of the Company
① People
② Consistency to the Product
③ Service

Historical weaknesses
↳ McMoore tended to micromanage
Lack of depth in management

NS00020051

6-10

Biggest opportunity
- growth - but needs to be daily
managed - particularly painful in
small markets - rural towns
if not properly managed could
be disasterous

Any threat
    other than asbestos
- silicas - sanding - dust that causes cancer
- benzine - brain damage from solvent, paint
last 2 years have removed crystal
silica from all products
Doug is only one person that was
not changed up in management
role ever

Don - new CFO was controller
when Herb joined KMT

Key people
Herb, TY, Doug + Don
happy + all here + their abilities
ability to hire had significant impact
on business due to distraction +
also in last idea due to amount
of conversations in the bank's
Herb - last 2 years has not spent
any time on customer's due to
asbestos activity
Have lost people (employees) in Texas
to competitors - strong selling fact
that KMT might not be
around long term
Desire/desire has really hurt company
with their vendors

6-1-05

(dlr coop has lowered credit limit
+ it effects ability to fill
orders)

Management is strong
some illed in the field but
working on more

cost containment + added right now
+ in Idaho, Oklahoma "California
+ dealing in contractor control

Results at last 5 years/
+ any non-expected related extraordinary
expenses

Board of directors
+ how active are they?

Mrs. Moore, Daughter d/son

outside Accounting Firm
+ dropped - basically accounting firm
resigned

Walter McClair
+ handled litigation for company
biggest risk - potential silica
+ any environmental litigation - suspect
to not exist.
no regulatory review currently going
as did full environmental assessment
nothing in story other than
some gas test/

Seattle - Superfund Cleanup
Kraft - relatively clean
water issues

Clean Air Act
+ no real issues bc so little
oil based products

the other company owned
by from silica etc

NS00020053

6-1-05

All facilities self contend & do not
allow for scapage of any byproduct
historically all cash put back
into the product
Budget for environmental maintenance
is too insignificant no separate
line item
No labor dispute issues
unions in manufacturing
nominal in field
insurance coverage
& adequate coverage - re
litigation
& would be substantially save
thru all suits and gotten out
of most of them
walter's bankruptcy and character
& compliance
10-05 for (sale)
9-05 chpt
2-01 seattle
1000 seattle
Victor Alan
& administrator
history of ESOP & transaction
Mace wanted 1042 & to stock
in both companies
stated w/2 ESOP originally & such
were funded of cash contribution
then restructured company & merged
ESOPs the ESOP purchased
CRW1 stock & class I stock
Need to review both valuation
reports on both re what company

NS00020054

Key reduct - ic Point vs. History

Pro        p stock            HC

① ESOP  —  KmP        IC ESOP

②  ESOP
        ↓      ESOP
        HC  #
KmP  →  ↗  IC ← BOA
                    #

③  ESOP
        |      ← i stock
        HC  ↗
KmP        IC

Need to show independence
of valuator for Point Company
for transaction valuation

Note Point Co. transaction occurred
when KmP purchased ESOP + 80%
purchased rest of HC - In Co
happened later and valuation
done only on basis of In Co
Duff & Phelps was valuator

operational Title
   re Distribution
                        6.2.05
OK @ Winston Strawn
Peggy Shenocher, Bob Jillian - both
w. H Winston Strawn

6-20 J

Kelly Moore Political

↳ Bob Julian - litigation partner

some of the early years KM will not

in control of it can defense the

Insolvency (opened were in cant

data for some of the earlier

years not complete

$524 Plan

1/2 of the claim are in mississippi

there are a states where KM has

not paid a dime - looks

like claims rapidly declining

dynamics of 524 Plan is you need current

General 2/3 in dollar amount

1/2 in number

only impairing asbestos claimants

is they or the entire class

If want injunction

75% here broke for plan

vote by person regardless

of impairment

Torties in class b/t Future & Current

Need legislation in key states

Texas, Florida, Georgia

- limits ability of nonsympathetic

to use - non-malignant

3 Basic Tenets

① in or to be true impairment of the

lung determined by a breathing machine

less than 80%

② spot in lung must be of certain

size

③ Doctor has to derive certain %

of revenue from non litigation sources

c-205

Legal counsel
    14,000  non malignant cases
    95% of non mal'd will fail based
    on new legislation
Two principal moving components to
negotiating the Bankruptcy Plan
    ① how much money will we
        put into pot to pay claims
        in the future
    ② how many claims are there?
        how much can pay on the claims

Two (scenarios)
    ① Pre Packaged Plan
        ∟ negotiation done by end of June
    sign global settlement agreement
        ② accelerated doesn't rate
        ② lbr of litigation for leg
    (step 1  balloting process (test)
    and must have enough in to satisfy
    75%
    File in bankruptcy court to get
    approval this is how claimants
    get to direct
        diff blk distributing for vote
        vr. distributing
    Plan confirmed then reviewed by
    District court - an expedited process
    Plan then takes effect
        Commercial claims get paid 1st
        All others get % distribution
        based upon value of claim

    ┐Problem here is claimants related

6-7-05

vote again:-
when review options & perhaps
final plan
    we will aggressively pursue the
no retel & try to get Florida plans
Also possible that negotiations may
not settle on a plan

Federal legislation is not particularly
favorable to Kelly Moore
    < 16.5 m a year for 30 years
        would be the required payments

4 options
    - 524(g)
    - straight bankruptcy
    - Federal legislation
    - continue in Tort Systems

pull up in this case has been problems
w/ the data - so there has been
significant efforts to both gather
& correct data

(a)eg. started in 1976 w/ payments
    beginning in 1997
    currently over 51,000 claims settled
        415m in payments (w/ defense cost,
        105 m defense costs)

117 m paid in meso cases
27 m                    lung cancer
5 m                     other cancers

NS00020058

6-2005

40,000 non malignant
~90 m

April 2005
59,129 pending claims down to 18,000
64% are in states where KM
never operated
↳ claims less likely to go thru
b/c claimant unlikely to prove
up actually used the product
Trying to disallow all claimants
in non-KM state/ & will note
motion of cost to disallow when
file of cost

59,129
32,231
17,895

16,613 claimant in Texas
15,200 non-malignant
13,000 should not result in payment
under new legislation
Texas legislation applies to suit
after 9-30 or suit not tried
before 12-31
1/4 of total remaining pool
would not be entitled to payment
under new Texas legislation
End of day 10% of total
claims pool entitled to payment
of 10 claims
35% in Texas (claimant)
94% in Illinois (non-KM state)
↳ rejected for non payment

125 m estimate by expert doc,
not factor in deferred claim/
& doc did not discount for
time value of money

6-2-05

Expert gives no value for agc KM
stated ie micropuff fluids, etc
If we had to put 57% in
per (based upon statutory
requirements) would be about
$24 m
Dr Hope
was expert in Union Carbide
#1.3 b estimated claims
Experts are currently working on
an estimate
Company's goal is to reserve
insurance for settlement
eg 7m in settlement payments
total 6 key trials coming up in
Texas & California estimating demand
$20 m - are demanding 6 m $
we settled for 250,000
this year KM tagged w/ 2 verdicts
in multi-million dollar range
KM had industrial expert warn in
+ advised KM that ingredients
in products caused asbestosis +
KM continued to sell the products
+ when state case came down & said
you have to sell by certain date
KM sold everything @ a bargain
Also KM admitted in Union
Carbide that their products
did contain asbestos
+ these facts have resulted
in punitive damages being
awarded

966  10:34 arrival

NS00020060

6-2-05

during time that KM told that
its product contained asbestos
KM met all standards established
by OSHA w/ respect to asbestos
handling
KM had significant punitive damage/
exposure in California
there about 72m left in insurance
& defense costs policy almost
exhausted

17m
5m ⟩ top insurance    Insurance
20       proceeds       see attached letter
10                      If settle defense costs litigation
32                      favorably Cyprus will agree to
84m                     use amounts so recovered to
(                       prepay the note, contributed
    5-31 ccc            to the Bankruptcy
    2 step renewed
67-05 covenant adj. memo   Issues
10 thrs - meeting a     ① What is the value of the claim?
KM 3rd - solution plan  ② How much do you pay each claim
                           of damages?
                        on mesio claim projected $50 - 160
5-31                    ③ Convenience element - how to
I thru - PUG renewal       handle
covenant on determination
debt/liab.              ④ How much money are we
                           going to put in & once in
                           how will claims be processed
                        out of build? processing & also
                        prequalifying the claims for
                        processing
                        ⑤ Value of Company & with the
                        projections

NS00020061

6·2·5

At this point all financial advisors
are in agreement & respect
to the value of the Company
cash flow projections do not contemplate
the sale of assets

@ ELP – not an issue if we
agree on 125 claim value
  Plaintiffs (ACC) asked about
how much money left the
Company that should have been
retained – looking at potential
cause of action against moved
when ELP was formed
  "question did ELP pay
    more than adequate
    consideration?"

1997 (later)
  $59,000 spent on asbestos claims
  evidence does not necessarily
  show an issue
  claims did not hit $5 mil range
  until 2001 1999

  ✗ ⟶  All Company ppl believe that
  asbestos claims were addressed
  in all prior valuations –
  we need to confirm
  New Bankruptcy code goes into
  effect in October & we would
  want to file prior to October 20
  Agreed w/Huron to get their
  Dr. Price's opinions by June 20

Do another participant letter
  ① to remind P? ② to archive P?

*left margin notes:*
not arguing fraudulent
conveyance & does
not believe an issue

Do another trip
to meet w/ Don

Accounting Firm
Dr Price

NS00020062

# EXHIBIT 107

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NS00031490

REDACTED

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    NS00031493

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                      NS00031499

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NS00031500

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NS00031501

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    NS00031503

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    NS00031506

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    NS00031512

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    NS00031513

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NS00031515

REDACTED

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NS00031518

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NS00031523

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     NS00031524

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER





CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    NS00031527

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NS00031529



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NS00031530

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NS00031532

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NS00031535

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NS00031537



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NS00031541

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NS00031542



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                                    NS00031543

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NS00031545



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



REDACTED

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**NS00031548**



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

NS00031553



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NS00031560