1   Daniel Feinberg – CA State Bar No. 135983
    Todd F. Jackson – CA State Bar No. 202598
2   Margaret E. Hasselman – CA State Bar No. 228529
    Nina R. Wasow – CA State Bar No. 242047
3   Kirsten G. Scott – CA State Bar No. 253464
    LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
4   1330 Broadway, Suite 1800
    Oakland, CA  94612
5   Telephone: (510) 839-6824
    Facsimile: (510) 839-7839
6   Email:  dfeinberg@lewisfeinberg.com
    Email:  tjackson@lewisfeinberg.com
7   Email:  mhasselman@lewisfeinberg.com
    Email:  nwasow@lewisfeinberg.com
8   Email:  kscott@lewisfeinberg.com

9   *Attorneys for Plaintiffs and the Proposed Class*

10

11                  IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
12               SAN FRANCISCO AND OAKLAND DIVISION

13

14   THOMAS FERNANDEZ, LORA SMITH, and   )   Case No. C-06-07339 CW
     TOSHA THOMAS, individually and on behalf )
     of a class of all other persons similarly situated, )
15                                         )
                                           )
16                  Plaintiffs,            )   **DECLARATION OF THOMAS
                                           )   FERNANDEZ IN SUPPORT OF
17          vs.                            )   PLAINTIFFS' OPPOSITION TO
                                           )   DEFENDANTS' MOTIONS FOR
18   K-M INDUSTRIES HOLDING CO., INC.;     )   SUMMARY JUDGMENT**
     K-M INDUSTRIES HOLDING CO., INC.      )
19   ESOP PLAN COMMITTEE; WILLIAM E.       )
     AND DESIREE B. MOORE REVOCABLE        )
20   TRUST; TRUSTEES OF THE WILLIAM E.     )   Date:       July 31, 2008
     AND DESIREE B. MOORE REVOCABLE        )   Time:       2:30 p.m.
     TRUST; CIG ESOP PLAN COMMITTEE;       )   Courtroom:  2, 4th Floor
21   NORTH STAR TRUST COMPANY;             )   Judge:      Hon. Claudia Wilken
     DESIREE B. MOORE REVOCABLE TRUST;     )
22   WILLIAM E. MOORE MARITAL TRUST;       )
     WILLIAM E. MOORE GENERATION-          )
23   SKIPPING TRUST; and DESIREE MOORE,    )
     BOTH IN HER INDIVIDUAL CAPACITY       )
24   AND AS TRUSTEE OF THE WILLIAM E.      )
     AND DESIREE B. MOORE REVOCABLE        )
25   TRUST'S SUCCESSOR TRUSTS NAMED        )
     ABOVE,                                )
26                                         )
                                           )
27                  Defendants.            )
     _____ )

28

1    I, Thomas Fernandez, declare as follows:

2        1.    I am a Plaintiff in this action and have personal knowledge of the facts contained in

3    this declaration and, if called to testify, will testify as set forth below.

4        2.    To the best of my recollection, I was not informed by California Insurance Group

5    or Kelly-Moore Industries Holding Co., Inc. that there were a large number of asbestos cases filed

6    against Kelly-Moore Paint by 1999.  To the best of my recollection, I was also not informed by

7    California Insurance Group or Kelly-Moore Industries Holding Co., Inc. whether the valuation for

8    the 1999 ESOP transaction accounted for Kelly-Moore's asbestos liabilities.  In addition, I was

9    never told by California Insurance Group or Kelly-Moore Industries Holding Co., Inc. that there

10   was another 1999 valuation of California Insurance Group which concluded that the ESOP could

11   negotiate a lower fair market value than the price actually paid.

12       3.    Prior to joining this lawsuit, I did not know what steps defendant North Star had

13   (or had not) taken to remedy the fiduciary violations alleged against Mr. Moore and the other

14   ESOP fiduciaries.

15

16       I declare under penalty of perjury that the foregoing is true and correct. Executed on July

17   9 , 2008 at San Ramon, California.

18                                        _____

19                                        Thomas Fernandez

20

21

22

23

24

25

26

27

28

THOMAS FERNANDEZ DECLARATION IN SUPPORT OF OPPOSITION TO SUMMARY JUDGMENT
MOTIONS
[Case No. C-06-07339 CW ]                                            Page 2