Daniel Feinberg – CA State Bar No. 135983
Todd F. Jackson – CA State Bar No. 202598
Margaret E. Hasselman – CA State Bar No. 228529
Nina R. Wasow – CA State Bar No. 242047
Kirsten G. Scott – CA State Bar No. 253464
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
Email: tjackson@lewisfeinberg.com
Email: mhasselman@lewisfeinberg.com
Email: nwasow@lewisfeinberg.com
Email: kscott@lewisfeinberg.com

*Attorneys for Plaintiffs and the Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH, and TOSHA THOMAS, individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,<br><br>Defendants. | Case No. C-06-07339 CW<br><br>**DECLARATION OF TOSHA THOMAS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:       July 31, 2008<br>Time:       2:30 p.m.<br>Courtroom: 2, 4th Floor<br>Judge:      Hon. Claudia Wilken |

I, Tosha Thomas, declare as follows:

1. I am a Plaintiff in this action and have personal knowledge of the facts contained in this declaration and, if called to testify, will testify as set forth below.

2. I was not informed at any time by Kelly-Moore Paint or Kelly-Moore Industries Holding Co., Inc., that there were a large number of asbestos cases filed against the company by 1998. I was not informed at any time by Kelly-Moore Paint or Kelly-Moore Industries Holding Co., Inc., whether the valuation for the 1998 ESOP transaction accounted for Kelly-Moore's asbestos liabilities.

3. Prior to joining this lawsuit, I did not know what steps defendant North Star had (or had not) taken to remedy the fiduciary violations alleged against Mr. Moore and the other ESOP fiduciaries.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 7/9, 2008 at Palo Alto, California.

_____
Tosha Thomas

TOSHA THOMAS DECLARATION IN SUPPORT OF OPPOSITION TO SUMMARY JUDGMENT MOTIONS
[Case No. C-06-07339 CW]                                                    Page 2