```
1  HENNIGAN, BENNETT & DORMAN LLP
   J. Michael Hennigan (SBN 59491)
2  Robert L. Palmer (SBN 181462)
   Lauren A. Smith (SBN 94343)
3  Allison Chock (SBN 206015)
   Caroline Walters (SBN 239054)
4  865 South Figueroa Street, Suite 2900
   Los Angeles, California 90017
5  Telephone: (213) 694-1200
   Fax: (213) 694-1234
6  Email:   hennigan@hbdlawyers.com
            palmer@hbdlawyers.com
7           smithl@hbdlawyers.com
            chocka@hbdlawyers.com
8           waltersc@hbdlawyers.com

9  Attorneys for Defendants William E. and Desiree B. Moore
   Revocable Trust; Trustees of The William E. and Desiree B. Moore
10 Revocable Trust; Desiree B. Moore Revocable Trust;
   William E. Moore Marital Trust; William E. Moore
11 Generation-Skipping Trust; and Desiree Moore
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH and TOSHA THOMAS, individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLAIM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,<br><br>Defendants. | Case No. C 06-07339 CW<br><br>**DECLARATION OF CAROLINE M. WALTERS ESTABLISHING THAT INFORMATION SUBMITTED BY PLAINTIFFS IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT IS SEALABLE**<br><br>**CIVIL LOCAL RULE 79-5(d)** |

1  I, Caroline M. Walters, declare and state as follows:

2  1. I am an attorney admitted to practice before the Courts of the State of California and before this Court. I am an associate of the law firm of Hennigan, Bennett & Dorman LLP, counsel of record for William E. and Desiree B. Moore Revocable Trust, Trustees of the William E. and Desiree B. Moore Revocable Trust, Desiree B. Moore Revocable Trust, William E. Moore Marital Trust, William E. Moore Generation-Skipping Trust (the "Trust Defendants") and Desiree B. Moore in this matter. I have personal knowledge of the facts contained in this declaration. I make this declaration pursuant to Local Rule 79-5(d) to establish that certain documents attached to the Declaration of Nina Wasow in Support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment, which were designated as confidential during discovery by the Trust Defendants and Desiree Moore, as well as a portion of Plaintiffs' memorandum of points and authorities reiterating the confidential information should be sealed and not made part of the Court's public files.

2. Desiree Moore is the trustee of the Trust Defendants. Desiree Moore and the Trust Defendants consider information concerning the Trusts including details of the assets of the Trust Defendants and other facts to be confidential. Revealing this confidential information in the public records of this Court would harm the Trust Defendants' and Desiree Moore's privacy interests.

3. Listed below are descriptions of the exhibits and portions of Plaintiffs' brief to be filed under seal by the Plaintiffs in support of their Opposition to Defendants' Motions for Summary Judgment that the Trust Defendants and Desiree Moore designated as confidential and the basis of the claim that such information is confidential.

**4. Plaintiffs' Exhibit 57, MT 000292**

The Trust Defendants and Desiree Moore withdraw the confidential designation to this one particular page and it may be filed in the Court's public record.

**5. Plaintiffs' Exhibit 120, MT 002033 – MT 002049**

This document is the William E. and Desiree Moore 1990 Revocable Trust Agreement. It contains confidential information concerning the purpose of the Trust and the powers and liabilities

-2-

Case No. C 06-07339 CW

**DECL. OF C. WALTERS IN SUPPORT OF PLAINTIFFS' ADMIN. MOTION TO SEAL**

688145.01

of the trustees. Revealing this information in the public record would violate the Trust Defendants' and Desiree Moore's privacy interests.

### 6. Plaintiffs' Exhibit 123, MT 002260

This one-page statement from Round Hill Securities, Inc. provides a description of the type, quantity and value of certain assets of the Trust Defendants. Such personal financial information is maintained confidentially and its release to the public would violate the Trust Defendants' and Desiree Moore's privacy interests.

### 7. Plaintiffs' Memorandum of Points and Authorities at 47:6-7

Based on Exhibit 123, Plaintiffs make assertions regarding the status of the assets of the Trust Defendants. Such personal financial information is maintained confidentially and its release to the public record would violate the Trust Defendants' and Desiree Moore's privacy interests.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of July, 2008 at Los Angeles, California.

/S/ Caroline M. Walters  
    Caroline M. Walters