HENNIGAN, BENNETT & DORMAN LLP
J. Michael Hennigan (SBN 59491)
Robert L. Palmer (SBN 181462)
Lauren A. Smith (SBN 94343)
Allison Chock (SBN 206015)
Caroline Walters (SBN 239054)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234
Email:   hennigan@hbdlawyers.com
         palmer@hbdlawyers.com
         smithl@hbdlawyers.com
         chocka@hbdlawyers.com
         waltersc@hbdlawyers.com

Attorneys for Defendants William E. and Desiree B. Moore Revocable Trust; Trustees of The William E. and Desiree B. Moore Revocable Trust; Desiree B. Moore Revocable Trust; William E. Moore Marital Trust; William E. Moore Generation-Skipping Trust; and Desiree Moore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH and TOSHA THOMAS, individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLAIM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,<br><br>Defendants. | Case No. C 06-07339 CW<br><br>**[PROPOSED] ORDER TO SEAL DOCUMENTS SUBMITTED BY PLAINTIFFS IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

Having reviewed Plaintiffs Thomas Fernandez, Lora Smith and Tosha Thomas's Administrative Motion to File Documents Under Seal relating to certain documents submitted in support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment, and having reviewed the Declaration of Caroline M. Walters Establishing Information Submitted by Plaintiffs in Opposition to Defendants' Motion for Summary Judgment is Sealable in support of sealing documents designated as confidential during discovery by William E. and Desiree B. Moore Revocable Trust, Trustees of the William E. and Desiree B. Moore Revocable Trust, Desiree B. Moore Revocable Trust, William E. Moore Marital Trust, William E. Moore Generation-Skipping Trust (the "Trust Defendants") and Desiree B. Moore and a portion of Plaintiffs' memorandum of points and authorities reiterating the confidential information, and for good cause appearing,

IT IS SO ORDERED AND ADJUDGED THAT the Trust Defendants and Desiree Moore have demonstrated a compelling interest to justify filing under seal as confidential certain of the documents submitted by Plaintiffs in support of their Opposition to Defendants' Motions to Summary Judgment and a portion of Plaintiffs' memorandum of points and authorities. Plaintiffs' Administrative Motion is GRANTED in part and the following documents will remain under seal and redacted in the public record as submitted by Plaintiffs:

1. Exhibit 120 to the Declaration of Nina Wasow in Support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

2. Exhibit 123 to the Declaration of Nina Wasow in Support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment under seal.

3. Lines 6-7 of Plaintiffs' memorandum of points and authorities in support of their Opposition to Defendants' Motions for Summary Judgment.

DATED: _____

The Honorable Claudia Wilken
United States District Judge
Northern District of California

-2-

Case No. C 06-07339 CW    **[PROPOSED] ORDER TO SEAL DOCUMENTS SUBMITTED BY PLAINTIFFS IN OPP TO MSJ**

688147.01