1  HENNIGAN, BENNETT & DORMAN LLP
   J. Michael Hennigan (SBN 59491)
2  Robert L. Palmer (SBN 181462)
   Lauren A. Smith (SBN 94343)
3  Allison Chock (SBN 206015)
   Caroline Walters (SBN 239054)
4  865 South Figueroa Street, Suite 2900
   Los Angeles, California 90017
5  Telephone: (213) 694-1200
   Fax: (213) 694-1234
6  Email:   hennigan@hbdlawyers.com
            palmer@hbdlawyers.com
7           smithl@hbdlawyers.com
            chocka@hbdlawyers.com
8           waltersc@hbdlawyers.com

9  Attorneys for Defendants William E. and Desiree B. Moore
   Revocable Trust; Trustees of The William E. and Desiree B. Moore
10 Revocable Trust; Desiree B. Moore Revocable Trust;
   William E. Moore Marital Trust; William E. Moore
11 Generation-Skipping Trust; and Desiree Moore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH and TOSHA THOMAS, individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLAIM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,<br><br>Defendants. | Case No. C 06-07339 CW<br><br>**SUPPLEMENTAL DECLARATION OF CAROLINE M. WALTERS IN SUPPORT OF COMBINED REPLY**<br><br>Date:   July 31, 2008<br>Time:   2:00 p.m.<br>Ctrm:   2, 4th Floor<br>Judge:  Hon. Claudia Wilken |

Case No. C 06-07339 CW                                    **SUPP WALTERS DECL IN SUPPORT OF COMBINED REPLY**

1    I, Caroline M. Walters, declare and state as follows:

2    1.    I am an attorney admitted to practice before the Courts of the State of California and before this Court. I am an associate of the law firm of Hennigan, Bennett & Dorman LLP, counsel of record for William E. and Desiree B. Moore Revocable Trust, Trustees of the William E. and Desiree B. Moore Revocable Trust, Desiree B. Moore Revocable Trust, William E. Moore Marital Trust, William E. Moore Generation-Skipping Trust and Desiree B. Moore in this matter. I have personal knowledge of the facts contained in this declaration.

2.    Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of Stephen Ferrari taken on March 26, 2008.

3.    Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of Joseph Cristiano taken on April 8, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of July, 2008 at Los Angeles, California.


                                    /S/  
                                 Caroline M. Walters

Case No. C 06-07339 CW  **SUPP WALTERS DECL IN SUPPORT OF COMBINED REPLY**

# EXHIBIT 1

```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF CALIFORNIA
            SAN FRANCISCO AND OAKLAND DIVISION


THOMAS FERNANDEZ, et al.,              )
                                       )
              Plaintiffs,              )
                                       ) Case No.
       vs.                             )
                                       ) C-06-07339 CW
K-M INDUSTRIES HOLDING CO., INC., et al., )
                                       )
              Defendants.              )
                                       )
                                       )
                                       )


          VIDEOTAPED DEPOSITION OF STEPHEN FERRARI
                     March 26, 2008
                   Oakland, California




Reported by:
EMI ALBRIGHT
RPR, CSR No. 13042
Job No. 79126
```

CERTIFIED COPY

Esquire Deposition Services          505 Sansome Street, 5th Floor          San Francisco, California 9411
Phone (415) 288-4280                      (800) 770-3363                             Fax (415) 288-4286

c89c09a3-154c-4ea8-ad2d-7fc0f7eeb477

STEPHEN FERRARI

Page 205
March 26, 2008

```
 1   you discussed that there were between 4 1/2 and
 2   $5 million in indemnity dollars at the primary level?
 3              MR. PALMER:   Object to form.
 4        A     I don't recall that discussion at the
 5   current time, but I do recall discussions about the
 6   levels of insurance that were in the hundreds of
 7   millions of dollars.
 8   BY MR. JACKSON:
 9        Q     Primary insurance in the hundreds of
10   millions?
11        A     No, insurance that was in the levels of
12   hundreds of millions of dollars.
13        Q     But you don't recall discussions about
14   whether those were subject to reservations of rights or
15   not?
16        A     I don't recall.
17        Q     And you don't recall discussions about the
18   primary level being exhausted as of 1999?
19        A     I don't recall that.  I just recall Cheryl
20   Mills saying that there was large amounts of insurance.
21   They were in the hundred of millions of dollars level
22   and they were adequate at the time to cover asbestos
23   litigation.
24        Q     And that was good enough for you?
25        A     We relied upon the representations of our
```

Esquire Deposition Services         505 Sansome Street, 5th Floor        San Francisco, California 9411
Phone (415) 288-4280                (800) 770-3363                       Fax (415) 288-4286

c89c09a3-154c-4ea8-ad2d-7fc0f7eeb477

STEPHEN FERRARI
March 26, 2008

```
 1   experts which were our attorneys.
 2        Q    And did you rely upon the representation
 3   that a few large hits will throw all the projections out
 4   the window?
15:23 5        MS. DILLER:  Asked and answered.
 6        MR. PALMER:  Object to the form.
 7        A    I don't recall.
 8   BY MR. JACKSON:
 9        Q    It says under future claims, as you are
15:23 10  aware, the amount we pay on each time -- type of claim
11   has progressively risen since 1998.  Do you see that?
12   I'm sorry.  Let me strike because I misread.
13        Let me also tell you the paragraph so we
14   are clear.  It starts, Liberty Mutual has promised, the
15:23 15  second to last sentence.  And actually if you can read
16   that starting, as you are aware?
17        A    I see there's a paragraph beginning Liberty
18   Mutual.
19        Q    Do you see the sentence starting, as you
15:23 20  are aware?
21        A    As you are aware, yes.  As you are aware,
22   the amount we pay on each type of claim has
23   progressively risen since 1998.
24        Q    Do you remember having a discussion with
15:24 25  Cheryl Mills that the amount that Kelly-Moore was paying
```

Esquire Deposition Services    505 Sansome Street, 5th Floor    San Francisco, California 9411
Phone (415) 288-4280    (800) 770-3363    Fax (415) 288-4286

c89c09a3-154c-4ea8-ad2d-7fc0f7eeb47

```
 1    STATE OF CALIFORNIA    )
 2    : ss                   )
 3    County of Alameda      )
 4
 5         I, the undersigned, a Certified Shorthand Reporter
 6    of the State of California, do hereby certify: That the
 7    foregoing proceedings were taken before me at the time and
 8    place herein set forth; that any witnesses in the foregoing
 9    proceedings, prior to testifying, were placed under oath;
10    that a verbatim record of the proceedings was made by me
11    using machine shorthand which was thereafter transcribed
12    under my direction; further, that the foregoing is an
13    accurate transcription thereof.
14         I further certify that I am not a relative,
15    employee, attorney or counsel of any party to this action or
16    relative or employee of any such attorney or counsel and that
17    I am not financially interested in the said action or the
18    outcome thereof;
19         IN WITNESS WHEREOF, I have this date subscribed my
20    name.
21         Dated: April 9, 2008
22
23         _____
24         EMI ALBRIGHT, CSR No. 13042
25
```

# EXHIBIT 2

```
1              IN THE UNITED STATES DISTRICT COURT
2            FOR THE NORTHERN DISTRICT OF CALIFORNIA
3              SAN FRANCISCO AND OAKLAND DIVISION
4                                              CERTIFIED
5  _____       COPY
6  THOMAS FERNANDEZ, et al.,              )
                                          )
7             Plaintiffs,                 )
                                          ) Case No.
8       vs.                               )
                                          ) C-06-07339 CW
9  K-M INDUSTRIES HOLDING CO., INC., et al., )
                                          )
10            Defendants.                 )
                                          )
11                                        )
                                          )
12
13 _____
14
              VIDEOTAPED DEPOSITION OF JOSEPH CRISTIANO
15                       April 8, 2008
                      Oakland, California
16
17
18
19
20
21
22 Reported by:
   EMI ALBRIGHT
23 RPR, CSR No. 13042
   Job No. 79129
24
                                    CONTAINS SOME
25                               CONFIDENTIAL MATERIAL
```

                                                                    1

1    to say whether there is enough insurance indemnity
2    dollars to cover all claims that may be brought in the
3    years to come; do you see that sentence?
4        A    Yes, I do.
5        Q    Do you recall reading that sentence in
6    2000?
7        A    No, I don't recall right now, but I'm sure
8    I read it.
9        Q    After you saw this letter, did you still
10   believe that Kelly-Moore's insurance coverage was
11   adequate to fund its asbestos litigation liabilities?
12           MS. SMITH:   Object to form.
13       A    Yes.
14   BY MS. HASSELMAN:
15       Q    Were you concerned about the fact that
16   Ms. Mills said it was impossible to know whether there
17   was sufficient coverage?
18           MS. SMITH:   Object to form.
19       A    I don't think I was at the time.
20   BY MS. HASSELMAN:
21       Q    Why not?
22       A    Because she kept reaffirming that we did
23   have enough coverage, that her letters still reflected
24   that there was coverage.
25       Q    Did you ask her any questions about the

128

```
 1   BY MS. HASSELMAN:
 2        Q    Did you ever seek such a projection?
 3        A    No.
 4        Q    Do you know if anyone else at Kelly-Moore
 5   did?
 6             MS. SMITH:  Object to form.
 7        A    Not that I know of.
 8   BY MS. HASSELMAN:
 9        Q    Do you know why not?
10             MS. SMITH:  Object to form.
11        A    No, I don't.  We were continually being
12   reassured by Cheryl that there was sufficient insurance
13   coverage.
14   BY MS. HASSELMAN:
15        Q    Did you understand Ms. Mills' analysis to
16   be the most thorough analysis that could be done to
17   determine Kelly-Moore's future asbestos claims exposure?
18             MS. SMITH:  Object to form.
19             MR. SULLIVAN:  Object to form.
20        A    At the time I did.
21   BY MS. HASSELMAN:
22        Q    Did you ever ask Ms. Mills what information
23   she considered to reach the conclusion that there was
24   sufficient coverage to cover all of Kelly-Moore's
25   pending asbestos claims?
```

132

```
 1   STATE OF CALIFORNIA  )
 2   : ss                 )
 3   County of Alameda    )
 4
 5         I, the undersigned, a Certified Shorthand Reporter
 6   of the State of California, do hereby certify:  That the
 7   foregoing proceedings were taken before me at the time and
 8   place herein set forth; that any witnesses in the foregoing
 9   proceedings, prior to testifying, were placed under oath;
10   that a verbatim record of the proceedings was made by me
11   using machine shorthand which was thereafter transcribed
12   under my direction; further, that the foregoing is an
13   accurate transcription thereof.
14         I further certify that I am not a relative,
15   employee, attorney or counsel of any party to this action or
16   relative or employee of any such attorney or counsel and that
17   I am not financially interested in the said action or the
18   outcome thereof;
19         IN WITNESS WHEREOF, I have this date subscribed my
20   name.
21              Dated:        APR 1 8 2008
22
23
24              EMI ALBRIGHT, CSR No. 13042
25
```

278

Phone (415) 288-4280          Esquire Deposition Services          Fax (415) 288-4266
505 Sansome Street, Suite 502  San Francisco, California 94111         (800) 770-3362