Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 75885
Terence F. Young, Bar No. 069943
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
*rl@lh-sf.com, jth@lh-sf.com, hib@lh-sf.com, tfylaw@earthlink.net*

Attorneys for Defendants K-M Industries Holding Co. Inc.; K-M Industries Holding Co. Inc. ESOP Plan Committee; and CIG ESOP Plan Committee

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH and TOSHA THOMAS, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>K-M INDUSTRIES HOLDING CO., INC., *et al.*,<br><br>Defendants. | Case No. C06-07339 CW<br><br>**DEFENDANTS K-M INDUSTRIES HOLDING CO., INC., K-M INDUSTRIES HOLDING CO. INC. ESOP PLAN COMMITTEE AND CIG ESOP PLAN COMMITTEE'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF SEPARATE REPLY MEMORANDUM UNDER SEAL**<br><br>**CIVIL LOCAL RULE 79-5(b) and (c)** |

Pursuant to Local Rules 7-11 and 79-5(b) and (c), defendants K-M Industries Holding Co., Inc., K-M Industries Holding Co., Inc. ESOP Plan Committee and CIG ESOP Plan Committee ("KMH defendants") hereby move this Court for an order permitting defendants to file portions of their separate reply memorandum of points and authorities in support of motion for summary judgment under seal.

This application is made because certain information in said document is either privileged or confidential, or both, as set out in more detail in the Declaration of Terence F. Young in Support of

KMH Defendants' Administrative Motion to File Portions of Separate Reply Under Seal, filed and served herewith. Defendants have electronically filed a redacted version of the separate reply memorandum. Pursuant to Local Rule 79-5(b) and (c), defendants also have lodged an unredacted version of the separate reply, with the sealable portions of the document properly highlighted, with the Clerk of the Court. Defendants have served plaintiffs and the other defendants with unredacted versions of the document by electronic and/or hand delivery.

Dated: July 17, 2008

Respectfully submitted,

LOVITT & HANNAN, INC.

By: *Terence F. Young*
Terence F. Young
Attorneys for Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan Committee; and CIG ESOP Plan Committee