1  Ronald Lovitt, Bar No. 040921
   J. Thomas Hannan, Bar No. 039140
2  Henry I. Bornstein, Bar No. 75885
   Terence F. Young, Bar No. 069943
3  LOVITT & HANNAN, INC.
   900 Front Street, Suite 300
4  San Francisco, California  94111
   Telephone:  (415) 362-8769
5  Facsimile:  (415) 362-7528
   *rl@lh-sf.com, jth@lh-sf.com, hib@lh-sf.com, tfylaw@earthlink.net*

6
   Attorneys for Defendants K-M Industries
7  Holding Co. Inc.; K-M Industries Holding Co.
   Inc. ESOP Plan Committee; and CIG ESOP
8  Plan Committee

9                    **UNITED STATES DISTRICT COURT**

10               **NORTHERN DISTRICT OF CALIFORNIA**

11                        **OAKLAND DIVISION**

12 THOMAS FERNANDEZ,  LORA SMITH      )  Case No. C06-07339 CW
   and TOSHA THOMAS, individually and on )
13 behalf of a class of all others similarly )  **[PROPOSED]**
   situated,                             )  **ORDER GRANTING DEFENDANTS**
14                                        )  **K-M INDUSTRIES HOLDING CO.,**
                                          )  **INC., K-M INDUSTRIES HOLDING**
15          Plaintiffs,                    )  **CO. INC. ESOP PLAN COMMITTEE,**
   v.                                     )  **AND CIG ESOP PLAN**
16                                        )  **COMMITTEE'S ADMINISTRATIVE**
   K-M INDUSTRIES HOLDING CO., INC.,     )  **MOTION TO FILE SEPARATE**
17 *et al.,*                              )  **REPLY UNDER SEAL**
                                          )  **(Docket No. ____)**
           Defendants.                    )
18                                        )
                                          )
19                                        )
   _____      )

20
         Defendants K-M Industries Holding Co., Inc., K-M Industries Holding Co., Inc. ESOP Plan
21
   Committee and CIG ESOP Plan Committee ("KMH") move for leave to file under seal portions of
22
   their separate reply brief in support defendants' motions for summary judgment.  The Separate
23
   Reply contains information that was held to be confidential in connection with KMH's
24
   administrative motion to seal certain documents when it filed its motion for summary judgment.
25
         KMH's request is made in connection with a dispositive motion. Accordingly, the
26

1   documents may not be filed under seal unless there is a "compelling interest" in doing so. Pintos v.

2   Pac. Creditors Ass'n, 504 F.3d 792, 801-03 (9th Cir. 2007). This is because the public interest

3   favors filing all court documents in the public record. A compelling interest cannot be established

4   simply by showing that the document is subject to a protective order or is considered confidential by

5   a party, but rather must be supported by a sworn declaration demonstrating with particularity the

    need to file each document or portion thereof under seal. See id.; Local Rule 79-5(a).

6
        KMH has filed a declaration in support of its motion. In the declaration, KMH designates the
7
    following portions of the Separate Reply as either privileged or confidential, or both:
8
    page 1:12-14, page 1:15-17, page 1:20-23, page 2:13-15, and page 2:17-19.

9       KMH has established that these portions of the Separate Reply contain sensitive financial

10  information or attorney-client communications for which a compelling interest exists to file under

11  seal.

12      Accordingly, KMH's motion for leave to file under seal is GRANTED. The clerk shall file

13  under seal KMH's Separate Reply in Support of Defendants' Motions for Summary Judgment with

    the foregoing portions redacted.
14
        IT IS SO ORDERED.
15

16
    Dated: _____              _____
17
                                                Hon. Claudia Wilken
18                                              United States District Judge
                                                Northern District of California
19

20

21

22

23

24

25