Ronald Lovitt, Bar No. 040921
J. Thomas Hannan, Bar No. 039140
Henry I. Bornstein, Bar No. 75885
Terence F. Young, Bar No. 069943
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 362-8769
Facsimile: (415) 362-7528
*rl@lh-sf.com, jth@lh-sf.com, hib@lh-sf.com, tfylaw@earthlink.net*

Attorneys for Defendants K-M Industries
Holding Co. Inc.; K-M Industries Holding Co.
Inc. ESOP Plan Committee; and CIG ESOP
Plan Committee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH and TOSHA THOMAS, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>K-M INDUSTRIES HOLDING CO., INC., *et al.*,<br><br>Defendants. | Case No. C06-07339 CW<br><br>[PROPOSED]<br>ORDER GRANTING DEFENDANTS K-M INDUSTRIES HOLDING CO., INC., K-M INDUSTRIES HOLDING CO. INC. ESOP PLAN COMMITTEE AND CIG ESOP PLAN COMMITTEE'S ADMINISTRATIVE MOTION TO FILE COMBINED REPLY UNDER SEAL<br>(Docket No. ____) |

Defendants K-M Industries Holding Co., Inc., K-M Industries Holding Co., Inc. ESOP Plan Committee and CIG ESOP Plan Committee ("KMH") move for leave to file under seal portions of defendants' combined reply brief in support defendants' motions for summary judgment. The Combined Reply contains information that was held to be confidential in connection with defendants' administrative motions to seal certain documents when they filed their motions for summary judgment.

KMH's request is made in connection with a dispositive motion. Accordingly, the documents may not be filed under seal unless there is a "compelling interest" in doing so. Pintos v. Pac. Creditors Ass'n, 504 F.3d 792, 801-03 (9th Cir. 2007). This is because the public interest favors filing all court documents in the public record. A compelling interest cannot be established simply by showing that the document is subject to a protective order or is considered confidential by a party, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document or portion thereof under seal. See id.; Local Rule 79-5(a).

KMH has filed a declaration in support of its motion. In the declaration, KMH designates the following portions of the Combined Reply as either privileged or confidential, or both:

page 1:18-22;

page 3, portion of footnote 6;

pages 3-4, portions of footnote 7;

page 5, portions of footnote 8;

page 6:13.5-18.5;

page 6, portions of footnote 9;

pages 7:10.5-8:1; and

page 7, portions of footnote 10.

KMH has established that these portions of the Combined Reply contain sensitive financial information or attorney-client communications for which a compelling interest exists to file under seal.

Accordingly, KMH's motion for leave to file under seal is GRANTED. The clerk shall file under seal Defendants' Combined Reply in Support of Defendants' Motions for Summary Judgment with the foregoing portions redacted.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Claudia Wilken
United States District Judge
Northern District of California

CASE C06-07339 CW                    -2-           [PROPOSED] ORDER GRANTING KMH
DEFENDANTS' ADMIN. MOTION TO FILE COMBINED REPLY UNDER SEAL (Docket No.   )