MORGAN, LEWIS & BOCKIUS LLP
Nicole A. Diller (State Bar No. 154842)
Lisa S. Serebin (State Bar No. 146312)
Andrew C. Sullivan (State Bar. No. 226902)
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for North Star Trust Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ and LORA SMITH, individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; and NORTH STAR TRUST COMPANY,<br><br>Defendants. | Case No. C06-07339 MJJ<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Morgan Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, California 94105-1126. On July 18, 2008, I served the within:

**NORTH STAR TRUST COMPANY'S NOTICE OF MOTION, MOTION AND SUPPORTING MEMORANDUM FOR SUMMARY JUDGMENT RE STATUTE OF LIMITATIONS (UNREDACTED & REFILED)**

**DECLARATION OF NICOLE A. DILLER IN SUPPORT OF DEFENDANT NORTH STAR TRUST COMPANY'S ADMINISTRATIVE MOTION AND SUPPORTING MEMORANDUM FOR SUMMARY JUDGMENT RE STATUTE OF LIMITATIONS (REDACTED RE-FILED WITH THE COURT PURSUANT TO DILLER DECLARATION)**

**EXHIBITS 1, 2, 3, 9, 11, 33, 66, 67, 71, 72, 73, & 75 TO THE DECLARATION OF NICOLE A. DILLER IN SUPPORT OF NORTH STAR TRUST COMPANY'S MOTION FOR SUMMARY JUDGMENT RE STATUTE OF LIMITATIONS**

**CERTIFICATE OF SERVICE**

☐ by transmitting via electronic mail the document(s) listed above to the e-mail address(es) set forth below.

☒ by placing the documents listed above in sealed envelopes with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the documents set forth above in sealed Federal Express envelopes and affixing pre-paid air bills, and causing the envelopes to be delivered to a Federal Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1

PROOF OF SERVICE
CASE NO. C06-07339 MJJ

| | |
|---|---|
| Daniel Mark Feinberg, Esq.<br>dfeinberg@lewisfeinberg.com<br>Todd Jackson, Esq.<br>Margaret Elizabeth Hasselman, Esq.<br>Nina Rachel Wasow, Esq.<br>Karen G. Scott, Esq.<br>LEWIS FEINBERG LEE RENAKER &<br>JACKSON, P.C.<br>1330 Broadway, Suite 1800<br>Oakland, CA 94612<br><br>Attorneys for Plaintiffs<br>Thomas Fernandez, Lora Smith<br><br>**VIA U.S. MAIL** | J. Michael Hennigan, Esq.<br>Robert L. Palmer, Esq.<br>Lauren A. Smith, Esq.<br>Paul B. Derby, Esq.<br>Allison K. Chock, Esq.<br>Caroline Walters, Esq.<br>palmer@hbdlawyers.com;<br>smithL@hbdlawyers.com;<br>derbyp@hbdlawyers.com;<br>chockA@hbdlawyers.com;<br>waltersC@hbdlawyers.com<br>HENNIGAN BENNETT & DORMAN LLP<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br><br>Attorneys for Defendants<br>William E. and Desiree B. Moore Revocable Trust<br><br>**VIA U.S. MAIL** |
| Ronald Lovitt, Esq.<br>rl@lh-sf.com, davies@lw-sf.com<br>Henry I. Bornstein, Esq.<br>Lovitt & Hannan, Inc.<br>900 Front Street, Suite 300<br>San Francisco, CA 94111<br><br>Attorneys for Defendants<br>K-M Industries Holding Co., Inc.<br>K-M Industries Holding Co., Inc. ESOP Plan Committee<br>CIG ESOP Plan Committee<br><br>**VIA U.S. MAIL** | |

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct. Executed on July 18, 2008, at San Francisco, California.

*Denise C. Brown*
Denise C. Brown

DB2/20771170.1