HENNIGAN, BENNETT & DORMAN LLP
J. Michael Hennigan (SBN 59491)
hennigan@hbdlawyers.com
Robert L. Palmer (SBN 181462)
palmer@hbdlawyers.com
Lauren A. Smith (SBN 94343)
smithl@hbdlawyers.com
Allison Chock (SBN 206015)
chocka@hbdlawyers.com
Caroline Walters (SBN 239054)
waltersc@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Defendants William E. and Desiree B. Moore Revocable Trust; Trustees of The William E. and Desiree B. Moore Revocable Trust; Desiree B. Moore Revocable Trust; William E. Moore Marital Trust; William E. Moore Generation-Skipping Trust; and Desiree Moore

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH and TOSHA THOMAS, individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,<br><br>Defendants. | Case No. C 06-07339 CW<br><br>**DEFENDANTS WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST, TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST, DESIREE B. MOORE REVOCABLE TRUST, WILLIAM E. MOORE MARTIAL TRUST, WILLIAM E. MOORE GENERATION-SKIPPING TRUST AND DESIREE B. MOORE'S ADMINISTRATIVE MOTION FOR AN ORDER TO REMOVE PORTIONS OF EXHIBITS 1 AND 2 TO THE SUPPLEMENTAL DECLARATION OF CAROLINE M. WALTERS (DOCKET NO. 207) FROM THE PUBLIC RECORD AND PLACE REMOVED PORTIONS OF EXHIBITS UNDER SEAL**<br><br>**CIVIL LOCAL RULES 7-11, 79-5** |

Case No. C 06-07339 CW

689736.01

ADMINISTRATIVE MOTION TO REMOVE INFORMATION FROM THE PUBLIC RECORDS

**TO EACH PARTY AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to Local Rules 7-11 and 79-5 of the Northern District of California, Defendants William E. and Desiree B. Moore Revocable Trust, Trustees of the William E. and Desiree B. Moore Revocable Trust, Desiree B. Moore Revocable Trust, William E. Moore Marital Trust, William E. Moore Generation-Skipping Trust, and Desiree B. Moore ("Moore Trust Defendants"), by and through their undersigned counsel of record, hereby move for an administrative order removing from the public record and placing under seal portions of Exhibits 1 and 2 to the Supplemental Declaration Of Caroline M. Walters In Support Of Combined Reply (Docket No. 207) ("Supplemental Walters Declaration").

As explained in detail in the Declaration of Terrence F. Young, filed herewith, co-defendants K-M Industries Holding Co., Inc., K-M Industries Holding Co., Inc. ESOP Plan Committee, and CIG ESOP Plan Committee consider the following portions of the exhibits to the Supplemental Walters Declaration to be confidential:

Exhibit No. 1: pages 205 and 206 of Deposition of Stephen Ferrari.

Exhibit No. 2: pages 128 and 132 of Deposition of Joseph Cristiano

Thus, this information should not be filed in the public record and instead should be filed under seal.

For these reasons the Moore Trust Defendants request that portions of Exhibits 1 and 2 to the Supplemental Walters Declaration be removed from the public record and filed under seal.

DATED: July 21, 2008                                HENNIGAN, BENNETT & DORMAN

By: _____/S/_____
Caroline M. Walters

Attorneys for Defendants
WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE

-2-

Case No. C 06-07339 CW                **ADMINISTRATIVE MOTION TO REMOVE INFORMATION FROM THE PUBLIC RECORDS**

689736.01