IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH, and TOSHA THOMAS, individually and on behalf of a class of all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,<br><br>Defendants. | Case No. C-06-07339 CW<br><br>**STIPULATION AND ORDER TO RE-NOTICE MOTIONS FOR SUMMARY JUDGMENT AND EXTEND TIME** |

WHEREAS, Defendants filed motions for summary judgment on June 26, 2008, noticing the motions for hearing on July 31, 2008;

WHEREAS, the motions are now fully briefed;

CASE C06-07339 CW    Page 1
STIPULATION AND [PROPOSED] ORDER TO RE-NOTICE MOTIONS FOR SUMMARY JUDGMENT AND EXTEND TIME

WHEREAS, the parties have agreed to a private mediation on August 18, 2008;

Accordingly IT IS HEREBY AGREED AND STIPULATED by the parties through their counsel of record, as follows:

1. The parties request that Defendants' motions for summary judgment shall be re-noticed for September 11, 2008;

2. The parties request that the Court extend the deadline for hearing on motions for summary judgment on the statute of limitations from July 31, 2008 until September 11, 2008.

Dated: July 17, 2008     LOVITT & HANNAN, INC.

By: /s/
Ronald Lovitt
*Attorneys for Defendant K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan Committee; and CIG ESOP Plan Committee*

Dated: July 17, 2008     HENNIGAN, BENNETT & DORMAN LLP

By: /s/
J. Michael Hennigan
*Attorneys for Defendant William E. and Desiree B. Moore Revocable Trust; Desiree B. Moore Revocable Trust; William E. Moore Marital Trust; William E. and Desiree B. Moore Revocable Trust Generation-Skipping Trust; and Desiree Moore*

Dated: July 17, 2008     MORGAN, LEWIS & BOCKIUS LLP

By: /s/
Nicole Diller
*Attorneys for Defendant North Star Trust Company*

Dated: July 17, 2008

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.

By: /s/
Todd Jackson
*Attorneys for Plaintiffs
and the Class*

IT IS SO ORDERED.

Dated: 7/23/08

Hon. Claudia Wilken
United States District Judge,
Northern District of California