MORGAN, LEWIS & BOCKIUS LLP
Nicole A. Diller (State Bar No. 154842)
Donald P. Sullivan (State Bar No. 191080)
Andrew C. Sullivan (State Bar. No. 226902)
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for North Star Trust Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH, and TOSHA THOMAS<br><br>Plaintiffs,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; and NORTH STAR TRUST COMPANY,<br><br>Defendants. | Case No. C06-07339 CW<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE** |

WHEREAS, this action was reassigned to this Court from the Honorable Martin J. Jenkins;

WHEREAS, this Court entered a Case Management Scheduling Order for Reassigned Civil Case ("Scheduling Order") on March 5, 2008, modifying Judge Jenkins's December 16, 2007 Pre-Trial Order;

WHEREAS, the Scheduling Order set July 31, 2008, as the deadline for hearing motions for summary judgment on the issue of statute of limitations;

1  WHEREAS, Defendants filed their respective motions for summary judgment and noticed the hearings on those motions for July 31, 2008;

WHEREAS, on July 17, 2008, after the briefing on the Defendants' motions for summary judgment had been completed but before the motions were heard, the parties filed a Stipulation and [Proposed] Order continuing the hearing on Defendants' motions to September 11, 2008, so that the parties could participate in a private mediation on August 18, 2008;

WHEREAS, after the parties filed their Stipulation and [Proposed] Order continuing the hearing on the Defendants' motions, one of the parties essential to the mediation became unavailable for the scheduled mediation. The first day after August 18, 2008 on which the mediator, Mr. Tony Piazza, and all of the parties were available to participate in the mediation was September 12, 2008, the day *after* the stipulated hearing date on the Defendants' motions for summary judgment. The parties have reserved September 12, 2008, with Mr. Piazza;

WHEREAS, the parties continue to believe that mediation is likely to be more productive if it is conducted before the Court holds the hearing on Defendants' motions for summary judgment; and

WHEREAS, continuing the hearing date on the Defendants' motions to a date subsequent to the September 12, 2008 mediation necessarily impacts the other dates in the Scheduling Order,

NOW THEREFORE AND FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY STIPULATE and AGREE as follows:

1. The hearing on Defendants' Motions for Summary Judgment shall be continued to October 23, 2008, at 2:00 p.m.;
2. Disclosure of experts and initial reports shall be completed by November 21, 2008;
3. Disclosure of rebuttal experts and reports shall be completed by December 12, 2008;
4. Expert discovery shall be completed by January 16, 2009;
5. Last day for hearing dispositive motions shall be March 27, 2009;

///

///

6. The pre-trial conference shall be held on May 15, 2009; and

7. The bench trial (15 days) shall commence on June 8, 2009.

**IT IS SO STIPULATED:**

I, Donald P. Sullivan, attest, pursuant to General Order No. 45, Rule X, that the undersigned concur in the filing of this Stipulation.

DATED:  August _____, 2008        LOVITT & HANNAN, INC.


By:  /S/ Henry Bornstein
    Henry Bornstein
    Attorneys for Defendants K-M Industries
    Holding Co., Inc.; K-M Industries Holding
    Co., Inc. ESOP Plan Committee; and CIG
    ESOP Plan Committee

DATED:  August _____, 2008        HENNIGAN, BENNETT & DORMAN LLP


By:  /S/ Allison Chock
    Lauren Smith
    Allison Chock
    Attorneys for Defendants William E. and
    Desiree B. Moore Revocable Trust; Trustee
    of the William E. and Desiree B. Moore
    Revocable Trust; Desiree B. Moore
    Revocable Trust; William E. Moore Marital
    Trust; William E. Moore Generation-
    Skipping Trust; and Desiree Moore

DATED: August _____, 2008        MORGAN, LEWIS & BOCKIUS LLP


By:  /S/ Donald P. Sullivan
    Nicole A. Diller
    Donald P. Sullivan
    Attorneys for Defendant North Star Trust
    Company

DATED: August _____, 2008        LEWIS, FEINBERG, LEE, RENAKER &
                                 JACKSON, P.C.


By:  /S/ Daniel M. Feinberg
    Daniel M. Feinberg
    Todd Jackson
    Attorneys for Plaintiffs Thomas Fernandez,
    Lora Smith, and Tosha Thomas

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3    Stip. and [Prop] Order Modifying Case Management
     Scheduling Order
     CASE NO. C06-07339 CW

# [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, it is hereby ordered that the Court's March 5, 2008 Scheduling Order shall be amended as follows:

1. The hearing on Defendants' Motions for Summary Judgment on the issue of statute of limitations shall be continued to October 23, 2008, at 2:00 p.m.;
2. Disclosure of experts and initial reports shall be completed by November 21, 2008;
3. Disclosure of rebuttal experts and reports shall be completed by December 12, 2008;
4. Expert discovery shall be completed by January 16, 2009;
5. Last day for hearing dispositive motions shall be March 27, 2009;
6. The pre-trial conference shall be held on May 15, 2009; and
7. The bench trial (15 days) shall commence on June 8, 2009.

**IT IS SO ORDERED.**

DATED: _____

The Honorable Claudia Wilken
United States District Judge

DB2/20800807.2

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1   Stip. and [Prop] Order Modifying Case Management
Scheduling Order
CASE NO. C06-07339 CW