1   MORGAN, LEWIS & BOCKIUS LLP
    Nicole A. Diller (State Bar No. 154842)
2   Donald P. Sullivan (State Bar No. 191080)
    Andrew C. Sullivan (State Bar. No. 226902)
3   One Market, Spear Street Tower
    San Francisco, California  94105
4   Telephone:  (415) 442-1000
    Facsimile:  (415) 442-1001
5
    Attorneys for North Star Trust Company
6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  THOMAS FERNANDEZ, LORA SMITH,          Case No. C06-07339 CW
    and TOSHA THOMAS
12                                         **STIPULATION AND [PROPOSED]**
              Plaintiffs,                  **ORDER MODIFYING CASE**
13                                         **MANAGEMENT SCHEDULING ORDER**
         vs.                               **FOR REASSIGNED CIVIL CASE**
14
    K-M INDUSTRIES HOLDING CO., INC.;
15  K-M INDUSTRIES HOLDING CO., INC.
    ESOP PLAN COMMITTEE; WILLIAM
16  E. AND DESIREE B. MOORE
    REVOCABLE TRUST; TRUSTEES OF
17  THE WILLIAM E. AND DESIREE B.
    MOORE REVOCABLE TRUST;
18  ADMINISTRATOR OF THE ESTATE OF
    WILLIAM E. MOORE, DECEASED; CIG
19  ESOP PLAN COMMITTEE; and NORTH
    STAR TRUST COMPANY,
20
              Defendants.
21

22       WHEREAS, this action was reassigned to this Court from the Honorable Martin J.

23  Jenkins;

24       WHEREAS, this Court entered a Case Management Scheduling Order for Reassigned

25  Civil Case ("Scheduling Order") on March 5, 2008, modifying Judge Jenkins's December 16,

26  2007 Pre-Trial Order;

27       WHEREAS, the Scheduling Order set July 31, 2008, as the deadline for hearing motions

28  for summary judgment on the issue of statute of limitations;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1        WHEREAS, Defendants filed their respective motions for summary judgment and noticed

2 the hearings on those motions for July 31, 2008;

3        WHEREAS, on July 17, 2008, after the briefing on the Defendants' motions for summary

4 judgment had been completed but before the motions were heard, the parties filed a Stipulation

5 and [Proposed] Order continuing the hearing on Defendants' motions to September 11, 2008, so

6 that the parties could participate in a private mediation on August 18, 2008;

7        WHEREAS, after the parties filed their Stipulation and [Proposed] Order continuing the

8 hearing on the Defendants' motions, one of the parties essential to the mediation became

9 unavailable for the scheduled mediation. The first day after August 18, 2008 on which the

10 mediator, Mr. Tony Piazza, and all of the parties were available to participate in the mediation

11 was September 12, 2008, the day *after* the stipulated hearing date on the Defendants' motions for

12 summary judgment. The parties have reserved September 12, 2008, with Mr. Piazza;

13        WHEREAS, the parties continue to believe that mediation is likely to be more productive

14 if it is conducted before the Court holds the hearing on Defendants' motions for summary

15 judgment; and

16        WHEREAS, continuing the hearing date on the Defendants' motions to a date subsequent

17 to the September 12, 2008 mediation necessarily impacts the other dates in the Scheduling Order,

18        NOW THEREFORE AND FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY

19 STIPULATE and AGREE as follows:

20     1.     The hearing on Defendants' Motions for Summary Judgment shall be continued to

21         October 30, 2008, at 2:00 p.m.;

22     2.     Disclosure of experts and initial reports shall be completed by November 28, 2008;

23     3.     Disclosure of rebuttal experts and reports shall be completed by December 19,

24         2008;

25     4.     Expert discovery shall be completed by January 23, 2009;

26     5.     Last day for hearing dispositive motions shall be March 26, 2009, at 2:00 p.m.;

27     6.     Case Management Conference shall be held on March 26, 2009, at 2:00 p.m.;

28     / / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7.    The pre-trial conference shall be held on June 30, 2009, at 2:00 p.m.; and

8.    The bench trial (15 days) shall commence on August 3, 2009, at 8:30 a.m..

**IT IS SO STIPULATED:**

I, Donald P. Sullivan, attest, pursuant to General Order No. 45, Rule X, that the undersigned concur in the filing of this Stipulation.

DATED:  August 20, 2008                    LOVITT & HANNAN, INC.


By:  /S/ Henry Bornstein
      Henry Bornstein
      Attorneys for Defendants K-M Industries
      Holding Co., Inc.; K-M Industries Holding
      Co., Inc. ESOP Plan Committee; and CIG
      ESOP Plan Committee

DATED:  August 20, 2008                    HENNIGAN, BENNETT & DORMAN LLP


By:  /S/ Allison Chock
      Lauren Smith
      Allison Chock
      Attorneys for Defendants William E. and
      Desiree B. Moore Revocable Trust; Trustee
      of the William E. and Desiree B. Moore
      Revocable Trust; Desiree B. Moore
      Revocable Trust; William E. Moore Marital
      Trust; William E. Moore Generation-
      Skipping Trust; and Desiree Moore

DATED: August 20, 2008                    MORGAN, LEWIS & BOCKIUS LLP


By:  /S/ Donald P. Sullivan
      Nicole A. Diller
      Donald P. Sullivan
      Attorneys for Defendant North Star Trust
      Company

DATED: August 20, 2008                    LEWIS, FEINBERG, LEE, RENAKER &
                                          JACKSON, P.C.


By:  /S/ Daniel M. Feinberg
      Daniel M. Feinberg
      Todd Jackson
      Attorneys for Plaintiffs Thomas Fernandez,
      Lora Smith, and Tosha Thomas

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3    Stip. and [Prop] Order Modifying Case Management
Scheduling Order
CASE NO. C06-07339 CW

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, it is hereby ordered that the Court's March 5, 2008

Scheduling Order shall be amended as follows:

1.    The hearing on Defendants' Motions for Summary Judgment shall be continued to October 30, 2008, at 2:00 p.m.;

2.    Disclosure of experts and initial reports shall be completed by November 28, 2008;

3.    Disclosure of rebuttal experts and reports shall be completed by December 19, 2008;

4.    Expert discovery shall be completed by January 23, 2009;

5.    Last day for hearing dispositive motions shall be March 26, 2009, at 2:00 p.m.;

6.    Case Management Conference shall be held on March 26, 2009, at 2:00 p.m.;

7.    The pre-trial conference shall be held on June 30, 2009, at 2:00 p.m.; and

8.    The bench trial (15 days) shall commence on August 3, 2009, at 8:30 a.m..

**IT IS SO ORDERED.**

DATED: _____    _____

The Honorable Claudia Wilken
United States District Judge

DB2/20800807.2

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   Stip. and [Prop] Order Modifying Case Management
Scheduling Order
CASE NO. C06-07339 CW