| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | Nicole A. Diller (State Bar No. 154842) |
|   | Donald P. Sullivan (State Bar No. 191080) |
| 3 | Andrew C. Sullivan (State Bar. No. 226902) |
|   | One Market, Spear Street Tower |
| 4 | San Francisco, California 94105 |
|   | Telephone: (415) 442-1000 |
| 5 | Facsimile: (415) 442-1001 |

Attorneys for North Star Trust Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH, and TOSHA THOMAS | Case No. C06-07339 CW |
| Plaintiffs, | **STIPULATION EXTENDING TIME FOR CROSS DEFENDANTS TO ANSWER DEFENDANT NORTH STAR TRUST COMPANY'S CROSS CLAIMS** |
| vs. | |
| K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE, | |
| Defendants. | |

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

Stip. Extending Time for Cross Defendants to Answer
CASE NO. C06-07339 CW

1  WHEREAS, Defendant North Star Trust Company filed an Amended Answer on Saturday, October 18, 2008 asserting cross claims against Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan Committee; William E. and Desiree B. Moore Revocable Trust; Trustees of the William E. and Desiree B. Moore Revocable Trust; CIG ESOP Plan Committee; North Star Trust Company; Desiree B. Moore Revocable Trust; William E. Moore Marital Trust; William E. Moore Generation-Skipping Trust; and Desiree Moore, both in her Individual Capacity and as Trustee of the William E. and Desiree B. Moore Revocable Trust's Successor Trusts ("Cross Defendants");

WHEREAS, Cross Defendants represent that they have reached a settlement in principle with the plaintiffs in this action;

WHEREAS, Cross Defendants have requested from North Star an extension of time to file their Answers, which may include counter-claims, ("Answers") to the cross claims so that the plaintiffs first can present a motion for preliminary approval of the settlement to the Court;

WHEREAS, plaintiffs' counsel intends to file a Motion for Preliminary Approval of the settlement during the week of November 10, 2008;

WHEREAS, North Star is willing to extend the date for the Cross Defendants to file their respective Answers to North Star's cross claims to Monday, December 22, 2008.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record and pursuant to Local Rule 6-1(b) that the last day for Cross Defendants to file their Answers to North Star's cross claims shall be Monday, December 22, 2008.

**IT IS SO STIPULATED:**


DATED:  November 7, 2008              LOVITT & HANNAN, INC.


                                      By:    /S/ Henry Bornstein
                                             Henry Bornstein
                                             Attorneys for Defendants K-M Industries
                                             Holding Co., Inc.; K-M Industries Holding
                                             Co., Inc. ESOP Plan Committee; and CIG
                                             ESOP Plan Committee

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Stip. Extending Time for Cross Defendants to Answer
CASE NO. C06-07339 CW

| | | |
|---|---|---|
| 1 | DATED:  November 7, 2008 | HENNIGAN, BENNETT & DORMAN LLP |
| 2 | | By:  /S/ Lauren Smith |
| 3 | | Lauren Smith<br>Allison Chock |
| 4 | | Attorneys for Defendants William E. and Desiree B. Moore Revocable Trust; Trustee of the William E. and Desiree B. Moore Revocable Trust; Desiree B. Moore Revocable Trust; William E. Moore Marital Trust; William E. Moore Generation-Skipping Trust; and Desiree Moore |
| 8 | DATED: November 7, 2008 | MORGAN, LEWIS & BOCKIUS LLP |
| 9 | | By:  /S/ Donald P. Sullivan |
| 10 | | Donald P. Sullivan<br>Attorneys for Defendant North Star Trust Company |

## ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED: November 7, 2008         MORGAN, LEWIS & BOCKIUS LLP

By:  /S/ Donald P. Sullivan
Donald P. Sullivan
Attorneys for Defendant North Star Trust Company

## ORDER

For good cause shown, Cross Defendants shall have until Monday, December 22, 2008 to file their Answers to North Star's cross claims.

**IT IS SO ORDERED:**

11/7/08

DATED: _____

[signature: Claudia Wilken]

The Honorable Claudia Wilken
United States District Judge

DB2/20801578.3

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2    Stip. Extending Time for Cross Defendants to Answer
CASE NO. C06-07339 CW