| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Nicole A. Diller (State Bar No. 154842)<br>Donald P. Sullivan (State Bar No. 191080)<br>One Market, Spear Street Tower<br>San Francisco, California 94105<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br><br>Attorneys for North Star Trust Company | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH, and TOSHA THOMAS<br><br>                Plaintiffs,<br><br>    vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,<br><br>                Defendants. | Case No. C06-07339 CW<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT AND ESTABLISHING BRIEFING SCHEDULE ON SAID MOTION** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stip. Continuing Hearing on Plaintiffs' Motion for Prelim. Approval
CASE NO. C06-07339 CW

WHEREAS, Plaintiffs Thomas Fernandez, Lora Smith, and Tosha Thomas ("Plaintiffs") and Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan Committee; William E. and Desiree B. Moore Revocable Trust; Trustees of the William E. and Desiree B. Moore Revocable Trust; CIG ESOP Plan Committee; Desiree B. Moore Revocable Trust; William E. Moore Marital Trust; William E. Moore Generation-Skipping Trust; and Desiree Moore, both in her Individual Capacity and as Trustee of the William E. and Desiree B. Moore Revocable Trust's Successor Trusts ("Settling Defendants") have indicated that they have reached an agreement to settle the disputes between them;

WHEREAS, Defendant North Star Trust Company ("North Star") is not party to the settlement between Plaintiffs and the Settling Defendants;

WHEREAS, Plaintiffs filed a Notice of Motion and Motion for Preliminary Approval of Partial Class Action Settlement ("Motion") with this Court on November 14, 2008;

WHEREAS, Plaintiffs noticed the Motion for hearing on December 18, 2008;

WHEREAS, Plaintiffs, the Settling Defendants, and North Star have conferred regarding certain issues regarding the proposed settlement;

WHEREAS, Plaintiffs have agreed to continue the hearing date on the Motion to January 8, 2009 at 2:00 p.m.;

WHEREAS, the Plaintiffs, Settling Defendants, and North Star have agreed to the following briefing schedule on the Motion: North Star's Opposition to the Motion shall be filed on or before Tuesday, December 9, 2008, and Plaintiffs' and/or the Settling Defendants' Reply in Support of the Motion shall be filed on or before Friday, December 19, 2008;

WHEREAS, North Star previously extended the Settling Defendants' date for filing their Answers, which may include counter claims ("Answers"), to North Star's cross claims against them to December 22, 2008; and

WHEREAS, Settling Defendants have requested, and North Star has agreed, to further extend the date for Settling Defendants to file their Answers to North Star's cross claims to January 22, 2009.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1   Stip. Continuing Hearing on Plaintiffs' Motion for Prelim. Approval
CASE NO. C06-07339 CW

counsel of record and pursuant to Local Rule 6-1(b) as follows:

    (1)    The hearing on Plaintiffs' Motion shall be continued from Thursday, December 18, 2008 to Thursday, January 8, 2009 at 2:00 p.m.;

    (2)    North Star's Opposition to the Motion shall be filed on or before Tuesday, December 9, 2008;

    (3)    Plaintiffs' and/or the Settling Defendants' Reply in support of the Motion shall be filed on or before Friday, December 19, 2008; and

    (4)    The last day for the Settling Defendants to file their Answers to North Star's cross claims shall be Thursday, January 22, 2009.

**IT IS SO STIPULATED:**

DATED: November 21, 2008    LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By:   /S/ Daniel M. Feinberg
      Daniel M. Feinberg
      Attorneys for Plaintiffs Thomas Fernandez, Lora Smith, and Tosha Thomas

DATED: November 21, 2008    LOVITT & HANNAN, INC.

By:   /S/ Henry Bornstein
      Henry Bornstein
      Attorneys for Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan Committee; and CIG ESOP Plan Committee

DATED: November 21, 2008    HENNIGAN, BENNETT & DORMAN LLP

By:   /S/ Lauren Smith
      Lauren Smith
      Allison Chock
      Attorneys for Defendants William E. and Desiree B. Moore Revocable Trust; Trustee of the William E. and Desiree B. Moore Revocable Trust; Desiree B. Moore Revocable Trust; William E. Moore Marital Trust; William E. Moore Generation-Skipping Trust; and Desiree Moore

SIGNATURES CONTINUED ON NEXT PAGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2    Stip. Continuing Hearing on Plaintiffs' Motion for Prelim. Approval
CASE NO. C06-07339 CW

| | | |
|---|---|---|
| DATED: November 21, 2008 | | MORGAN, LEWIS & BOCKIUS LLP |
| | By: | /S/ Donald P. Sullivan |
| | | Donald P. Sullivan |
| | | Attorneys for Defendant North Star Trust Company |

## ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

| | | |
|---|---|---|
| DATED: November 21, 2008 | | MORGAN, LEWIS & BOCKIUS LLP |
| | By: | /S/ Donald P. Sullivan |
| | | Donald P. Sullivan |
| | | Attorneys for Defendant North Star Trust Company |

## ORDER

For good cause shown, it is hereby ordered that:

(1) The hearing on Plaintiffs' Motion shall be continued from Thursday, December 18, 2008 to Thursday, January 8, 2009 at 2:00 p.m.;

(2) North Star's Opposition to the Motion shall be filed on or before Tuesday, December 9, 2008;

(3) Plaintiffs' and/or the Settling Defendants' Reply in support of the Motion shall be filed on or before Friday, December 19, 2008; and

(4) The last day for the Settling Defendants to file their Answers to North Star's cross claims shall be Thursday, January 22, 2009.

**IT IS SO ORDERED:**

11/24/08

DATED: _____

The Honorable Claudia Wilken
United States District Judge

DB2/20912551.1

3   Stip. Continuing Hearing on Plaintiffs' Motion for Prelim. Approval
CASE NO. C06-07339 CW

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO