1   MORGAN, LEWIS & BOCKIUS LLP
    Nicole A. Diller (State Bar No. 154842)
2   Donald P. Sullivan (State Bar No. 191080)
    One Market, Spear Street Tower
3   San Francisco, California  94105
    Telephone:  (415) 442-1000
4   Facsimile:  (415) 442-1001

5   Attorneys for North Star Trust Company

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  THOMAS FERNANDEZ, LORA SMITH,            Case No. C06-07339 CW
    and TOSHA THOMAS
12                                           **STIPULATION AND ORDER**
                Plaintiffs,                  **MODIFYING BRIEFING SCHEDULE ON**
13                                           **PLAINTIFFS' MOTION FOR**
           vs.                               **PRELIMINARY APPROVAL OF**
14                                           **PARTIAL CLASS ACTION SETTLEMENT**
    K-M INDUSTRIES HOLDING CO., INC.;
15  K-M INDUSTRIES HOLDING CO., INC.
    ESOP PLAN COMMITTEE; WILLIAM             Date:       January 8, 2009
16  E. AND DESIREE B. MOORE                  Time:       2:00 P.M.
    REVOCABLE TRUST; TRUSTEES OF             Courtroom:  2, 4th Floor
17  THE WILLIAM E. AND DESIREE B.            Judge:      Hon. Claudia Wilken
    MOORE REVOCABLE TRUST; CIG
18  ESOP PLAN COMMITTEE; NORTH
    STAR TRUST COMPANY; DESIREE B.
19  MOORE REVOCABLE TRUST;
    WILLIAM E. MOORE MARITAL
20  TRUST; WILLIAM E. MOORE
    GENERATION-SKIPPING TRUST; and
21  DESIREE MOORE, BOTH IN HER
    INDIVIDUAL CAPACITY AND AS
22  TRUSTEE OF THE WILLIAM E AND
    DESIREE B. MOORE REVOCABLE
23  TRUST'S SUCCESSOR TRUSTS
    NAMED ABOVE,
24
                Defendants.
25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    WHEREAS, Plaintiffs Thomas Fernandez, Lora Smith, and Tosha Thomas ("Plaintiffs")

2  and Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan

3  Committee; William E. and Desiree B. Moore Revocable Trust; Trustees of the William E. and

4  Desiree B. Moore Revocable Trust; CIG ESOP Plan Committee; Desiree B. Moore Revocable

5  Trust; William E. Moore Marital Trust; William E. Moore Generation-Skipping Trust; and

6  Desiree Moore, both in her Individual Capacity and as Trustee of the William E. and Desiree B.

7  Moore Revocable Trust's Successor Trusts ("Settling Defendants") have reached an agreement to

8  settle the disputes between them;

9    WHEREAS, Defendant North Star Trust Company ("North Star") is not party to the

10  settlement between Plaintiffs and the Settling Defendants;

11    WHEREAS, Plaintiffs filed a Notice of Motion and Motion for Preliminary Approval of

12  Partial Class Action Settlement ("Motion") with this Court on November 14, 2008;

13    WHEREAS, Plaintiffs noticed the Motion for hearing on December 18, 2008;

14    WHEREAS, the parties stipulated to a briefing schedule and to continue the hearing on

15  Plaintiffs' Motion to January 8, 2009 at 2:00 p.m.;

16    WHEREAS, the Court approved the parties' stipulation and continued the hearing on

17  Plaintiffs' Motion to January 8, 2009 at 2:00 p.m.;

18    WHEREAS, the parties are working together to determine the best way to resolve any

19  issues regarding Plaintiffs' Motion for Preliminary Approval;

20    WHEREAS, the parties have agreed to modify the previously agreed-upon briefing

21  schedule to permit the parties to properly address the above issues.

22    WHEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through

23  their respective counsel of record and pursuant to Local Rule 6-1(b) that the previously agreed-

24  upon briefing schedule on Plaintiffs' Motion shall be modified as follows:

25    (1)    North Star's Opposition to the Motion, if any, shall be filed on or before Tuesday,

26  December 16, 2008;

27    (2)    Plaintiffs' and/or the Settling Defendants' Reply in support of the Motion, if any,

28  shall be filed on or before Tuesday, December 30, 2008; and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1       Stip. Modifying Briefing Schedule on Plaintiffs'
Motion for Prelim. Approval
CASE NO. C06-07339 CW

1      (3)     Plaintiffs' Motion shall be heard on Thursday, January 8, 2009 at 2:00 p.m., or as

2   soon thereafter as is convenient for the Court.

3   **IT IS SO STIPULATED:**

4   DATED:  December 5, 2008               LEWIS, FEINBERG, LEE, RENAKER &
                                          JACKSON, P.C.
5
                                          By:    /S/ Todd Jackson
6                                                Daniel M. Feinberg
                                                 Todd Jackson
7                                                Attorneys for Plaintiffs Thomas Fernandez,
                                                 Lora Smith, and Tosha Thomas
8

9   DATED:  December 5, 2008               LOVITT & HANNAN, INC.

10                                          By:    /S/ Henry Bornstein
                                                 Henry Bornstein
11                                               Ronald Lovitt
                                                 Attorneys for Defendants K-M Industries
12                                               Holding Co., Inc.; K-M Industries Holding
                                                 Co., Inc. ESOP Plan Committee; and CIG
13                                               ESOP Plan Committee

14

15  DATED:  December 5, 2008               HENNIGAN, BENNETT & DORMAN LLP

16                                          By:    /S/ Robert L. Palmer
                                                 Robert L. Palmer
17                                               Lauren Smith
                                                 Allison Chock
18                                               Attorneys for Defendants William E. and
                                                 Desiree B. Moore Revocable Trust; Trustee
19                                               of the William E. and Desiree B. Moore
                                                 Revocable Trust; Desiree B. Moore
20                                               Revocable Trust; William E. Moore Marital
                                                 Trust; William E. Moore Generation-
21                                               Skipping Trust; and Desiree Moore

22

23  DATED: December 5, 2008                MORGAN, LEWIS & BOCKIUS LLP

24                                          By:    /S/ Donald P. Sullivan
                                                 Donald P. Sullivan
25                                               Attorneys for Defendant North Star Trust
                                                 Company

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2      Stip. Modifying Briefing Schedule on Plaintiffs'
                                                 Motion for Prelim. Approval
                                                     CASE NO. C06-07339 CW

**ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED: December 5, 2008                     MORGAN, LEWIS & BOCKIUS LLP

By:    /S/ Donald P. Sullivan
          Donald P. Sullivan
          Attorneys for Defendant North Star Trust
          Company

**ORDER**

For good cause shown, it is hereby ordered that:

(1)     North Star's Opposition to the Motion, if any, shall be filed on or before Tuesday, December 16, 2008;

(2)     Plaintiffs' and/or the Settling Defendants' Reply in support of the Motion, if any, shall be filed on or before Tuesday, December 30, 2008; and

(3)     Plaintiffs' Motion shall be heard on **January 15, 2009, at 2:00 p.m.**

**IT IS SO ORDERED:**

        12/10/08

DATED: _____          _____
                                          The Honorable Claudia Wilken
                                          United States District Judge

DB2/20926033.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO