MORGAN, LEWIS & BOCKIUS LLP
Nicole A. Diller (State Bar No. 154842)
Donald P. Sullivan (State Bar No. 191080)
One Market, Spear Street Tower
San Francisco, California  94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001

Attorneys for North Star Trust Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH, and TOSHA THOMAS<br><br>Plaintiffs,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,<br><br>Defendants. | Case No. C06-07339 CW<br><br>**STIPULATION AND ORDER SETTING PRE-TRIAL AND TRIAL SCHEDULE AS MODIFIED** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stip. re: Pre-Trial and Trial Schedule
CASE NO. C06-07339 CW

1  WHEREAS, the pretrial conference in this case is currently set for June 30, 2009, and trial
2  is set to begin on August 3, 2009;

3  WHEREAS, on October 30, 2008, the Court vacated the previously set expert disclosure
4  and expert discovery cut-off dates and instructed the parties to propose new deadlines;

5  WHEREAS, on January 15, 2009, the Court vacated the previously set cut-off date for
6  hearing dispositive motions and instructed the parties to meet and confer regarding new cut-off
7  dates for dispositive motions, the pretrial conference, and trial;

8  WHEREAS, North Star Trust Company's ("NSTC") Motion for Judgment on the
9  Pleadings ("Motion") and any cross motions on the pleadings are now schedule to be heard June
10 18, 2009;

11 WHEREAS, because the hearing on NSTC's Motion and any cross motions is now set for
12 one week before the pretrial conference and six weeks before the trial date, the parties now
13 propose a schedule designed to economize the proceedings, permit expert discovery, and allow
14 for F.R.Civ.P. Rule 56 motions before the trial of this case on the merits.

15 NOW THEREFORE, THE PARTIES HEREBY STIPULATE and AGREE as follows:

16 1. Disclosure of experts and initial reports shall be completed by September 1, 2009;

17 2. Disclosure of rebuttal experts and reports shall be completed by September 21,
18    2009;

19 3. Expert discovery shall be completed by October 14, 2009;

20 4. Last day for hearing dispositive motions shall be December 10, 2009, at 2:00 p.m.:
21    (a) Defendant North Star shall file its motion and supporting brief on October 26,
22    2009; (b) Plaintiffs and the other parties shall file their opposing brief, cross-
23    motion and brief in support of their cross-motion, if any, on November 9, 2009; (c)
24    Defendant North Star shall file its reply and opposition to Plaintiffs' and the other
25    parties' cross-motion, if any, on November 20, 2009; (d) if Plaintiffs and the other
26    parties file a cross-motion, they shall file a reply in support of that motion on
27    November 25, 2009.

28 5. Case Management Conference shall be held on December 10, 2009, at 2:00 p.m.;

6. The pre-trial conference shall be held on July 27, 2010, at 2:00 p.m., or two weeks before the earliest trial date available after April 5, 2010; and

7. The bench trial (10 days) shall commence on August 16, 2010, at 8:30 a.m, or at the earliest trial date available after April 5, 2010.

**IT IS SO STIPULATED:**

DATED:  April 7, 2009                     LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By:   /S/ Todd Jackson
       Daniel M. Feinberg
       Todd Jackson
       Attorneys for Plaintiffs Thomas Fernandez, Lora Smith, and Tosha Thomas

DATED:  April 7, 2009                     LOVITT & HANNAN, INC.

By:   /S/ Henry Bornstein
       Henry Bornstein
       Ronald Lovitt
       Attorneys for Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan Committee; and CIG ESOP Plan Committee

DATED:  April 7, 2009                     HENNIGAN, BENNETT & DORMAN LLP

By:   /S/ Robert L. Palmer
       Robert L. Palmer
       Lauren Smith
       Allison Chock
       Attorneys for Defendants William E. and Desiree B. Moore Revocable Trust; Trustee of the William E. and Desiree B. Moore Revocable Trust; Desiree B. Moore Revocable Trust; William E. Moore Marital Trust; William E. Moore Generation-Skipping Trust; and Desiree Moore

DATED: April 7, 2009                      MORGAN, LEWIS & BOCKIUS LLP

By:   /S/ Donald P. Sullivan
       Nicole A. Diller
       Donald P. Sullivan
       Attorneys for Defendant North Star Trust Company

**ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

DATED: April 8, 2009                MORGAN, LEWIS & BOCKIUS LLP

By: /S/ Donald P. Sullivan
    Nicole A. Diller
    Donald P. Sullivan
    Attorneys for Defendant North Star Trust Company

# ORDER

For good cause shown, it is hereby ordered that the following Pre-Trial and Trial schedule shall be adopted in this case:

1. Disclosure of experts and initial reports shall be completed by September 1, 2009;

2. Disclosure of rebuttal experts and reports shall be completed by September 21, 2009;

3. Expert discovery shall be completed by October 14, 2009;

4. Last day for hearing dispositive motions shall be December 10, 2009, at 2:00 p.m.: (a) Defendant North Star shall file its motion and supporting brief on October 26, 2009; (b) Plaintiffs and the other parties shall file their opposing brief, cross-motion and brief in support of their cross-motion, if any, **in a single brief 25 pages or less,** on November 9, 2009; (c) Defendant North Star shall file its reply and opposition to Plaintiffs' and the other parties' cross-motion, if any, **in a single brief 25 pages or less,** on November 20, 2009; (d) if Plaintiffs and the other parties file a cross-motion, they shall file a reply in support of that motion on November 25, 2009.

5. Case Management Conference shall be held on December 10, 2009, at 2:00 p.m.;

6. The pre-trial conference shall be held on July 27, 2010, at 2:00 p.m; and

7. The bench trial (10 days) shall commence on **August 23, 2010**, at 8:30 a.m.

**IT IS SO ORDERED:**

4/16/09

DATED: _____

_____
The Honorable Claudia Wilken
United States District Judge

DB2/21019927.6

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

4                                   Stip. re: Pre-Trial and Trial Schedule
                                    CASE NO. C06-07339 CW