MORGAN, LEWIS & BOCKIUS LLP
Nicole A. Diller (State Bar No. 154842)
Donald P. Sullivan (State Bar No. 191080)
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for North Star Trust Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH, and TOSHA THOMAS<br><br>Plaintiffs,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; CIG ESOP PLAN COMMITTEE; NORTH STAR TRUST COMPANY; DESIREE B. MOORE REVOCABLE TRUST; WILLIAM E. MOORE MARITAL TRUST; WILLIAM E. MOORE GENERATION-SKIPPING TRUST; and DESIREE MOORE, BOTH IN HER INDIVIDUAL CAPACITY AND AS TRUSTEE OF THE WILLIAM E AND DESIREE B. MOORE REVOCABLE TRUST'S SUCCESSOR TRUSTS NAMED ABOVE,<br><br>Defendants. | Case No. C06-07339 CW<br><br>**STIPULATION AND ORDER MODIFYING HEARING DATE ON MOTIONS FOR JUDGMENT ON THE PLEADINGS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP MODIFYING HEARING DATE ON MOT FOR
JUDGMENT ON THE PLEADINGS
CASE NO. C06-07339 CW

WHEREAS, Defendant North Star Trust Company ("NSTC") filed a motion for judgment on the pleadings on February 5, 2009;

WHEREAS, Plaintiffs Thomas Fernandez, Lora Smith, and Tosha Thomas ("Plaintiffs") and the Settling Defendants[1] filed a cross-motion for judgment on the pleadings on May 21, 2009;

WHEREAS, both motions are fully briefed and are currently scheduled to be heard on Thursday, June 18, 2009 at 2:00 p.m.;

WHEREAS, NSTC and Plaintiffs have entered into preliminary settlement discussions;

WHEREAS, NSTC and Plaintiffs wish to engage in mediation prior to the Court holding the hearing on the pending cross-motions for judgment on the pleadings;

WHEREAS, the Settling Defendants do not object to a short deferment of the hearing on the cross-motions;

WHEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record and pursuant to Local Rule 6-1(b), that the hearing on the parties' cross-motions for judgment on the pleadings shall be rescheduled from June 18, 2009 at 2:00 p.m. to August 6, 2009 at 2:00 p.m. or as soon thereafter as the matter may be heard by the Court.

**IT IS SO STIPULATED:**

DATED: June 16, 2008                LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By:   /S/  Daniel M. Feinberg
      Daniel M. Feinberg
      Todd Jackson
      Attorneys for Plaintiffs Thomas Fernandez, Lora Smith, and Tosha Thomas

---

[1] As used in this stipulation, the term the "Settling Defendants" refers to K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan Committee; William E. and Desiree B. Moore Revocable Trust; Trustees of the William E. and Desiree B. Moore Revocable Trust; CIG ESOP Plan Committee; Desiree B. Moore Revocable Trust; William E. Moore Marital Trust; William E. Moore Generation-Skipping Trust; and Desiree Moore, both in her Individual Capacity and as Trustee of the William E. and Desiree B. Moore Revocable Trust's Successor Trusts.

| | | |
|---|---|---|
| 1 | DATED: June 16, 2008 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | By: /S/ Nicole A. Diller |
| 3 | | Nicole A. Diller |
| | | Donald P. Sullivan |
| 4 | | Attorneys for Defendant North Star Trust Company |

DATED: June 16, 2008                LOVITT & HANNAN, INC.

By: /S/ Henry Bornstein
Henry Bornstein
Ronald Lovitt
Attorneys for Defendants K-M Industries Holding Co., Inc.; K-M Industries Holding Co., Inc. ESOP Plan Committee; and CIG ESOP Plan Committee

DATED: June 16, 2008                HENNIGAN, BENNETT & DORMAN LLP

By: /S/ Robert L. Palmer
Robert L. Palmer
Lauren Smith
Allison Chock
Attorneys for Defendants William E. and Desiree B. Moore Revocable Trust; Trustee of the William E. and Desiree B. Moore Revocable Trust; Desiree B. Moore Revocable Trust; William E. Moore Marital Trust; William E. Moore Generation-Skipping Trust; and Desiree Moore

## ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED: June 16, 2008                MORGAN, LEWIS & BOCKIUS LLP

By: /S/ Nicole A. Diller
Nicole A. Diller
Attorneys for Defendant North Star Trust Company

## ORDER

For good cause shown, it is hereby ordered that:

The hearing on the parties' cross-motions for judgment on the pleadings, currently scheduled for June 18, 2009 at 2:00 p.m., shall be rescheduled to **August 6, 2009 at 2:00 p.m.**

**IT IS SO ORDERED.**

6/17/09

DATED: _____

The Honorable Claudia Wilken
United States District Judge

DB2/21155108.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3   STIP MODIFYING HEARING DATE ON MOT FOR
JUDGMENT ON THE PLEADINGS
CASE NO. C06-07339 CW