**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
                                              No. C 06-07339 CW
9   THOMAS FERNANDEZ; LORA SMITH; and
    TOSHA THOMAS, individually and on          ORDER CORRECTING
10  behalf of a class of all other             ORDER DENYING NORTH
    persons similarly situated,                STAR'S MOTION FOR
11                                             JUDGMENT ON THE
                 Plaintiffs,                   PLEADINGS AND
12                                             GRANTING
        v.                                     THE SETTLING
13                                             PARTIES'
    K-M INDUSTRIES HOLDING CO., INC.; K-M      CROSS-MOTION FOR
14  INDUSTRIES HOLDING CO., INC. ESOP          JUDGMENT ON THE
    PLAN COMMITTEE; WILLIAM E. AND             PLEADINGS (DOCKET
15  DESIREE B. MOORE REVOCABLE TRUST;          NO. 330)
    TRUSTEES OF THE WILLIAM E. AND
16  DESIREE B. MOORE REVOCABLE TRUST; CIG
    ESOP PLAN COMMITTEE; NORTH STAR TRUST
17  COMPANY; DESIREE B. MOORE REVOCABLE
    TRUST; WILLIAM E. MOORE MARITAL
18  TRUST; WILLIAM E. MOORE
    GENERATIONSKIPPING
19  TRUST; and DESIREE MOORE,
    both in her individual capacity and
20  as trustee of the William E. and
    Desiree B. Moore Revocable Trust's
21  successor trusts named above,

22               Defendants.
                                         /
23

24       On August 21, 2009, the Court issued an order denying North

25  Star's motion for judgment on the pleadings and granting the

26  settling parties' cross-motion for judgment on the pleadings.

27  (Docket No. 330).  The Court revises this prior order.  Any

28  reference made to Section 2(a) of the 1998 and 1999 Stock Purchase

1  Agreements in the Court's discussion at part II.A should instead

2  refer to Section 2(b) of those agreements.

3       IT IS SO ORDERED.

4

5  Dated: 9/8/09

_____
CLAUDIA WILKEN
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2