MORGAN, LEWIS & BOCKIUS LLP
D. Ward Kallstrom (State Bar No. 76937)
Nicole A. Diller (State Bar No. 154842)
Donald P. Sullivan (State Bar No. 191080)
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for North Star Trust Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FERNANDEZ, LORA SMITH, and TOSHA THOMAS<br><br>Plaintiffs,<br><br>vs.<br><br>K-M INDUSTRIES HOLDING CO., INC.; K-M INDUSTRIES HOLDING CO., INC. ESOP PLAN COMMITTEE; WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; TRUSTEES OF THE WILLIAM E. AND DESIREE B. MOORE REVOCABLE TRUST; ADMINISTRATOR OF THE ESTATE OF WILLIAM E. MOORE, DECEASED; CIG ESOP PLAN COMMITTEE; and NORTH STAR TRUST COMPANY,<br><br>Defendants. | Case No. C06-07339 CW<br><br>**NOTICE OF SETTLEMENT, WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT, AND STIPULATION AND ORDER CLEARING ALL DATES IN THIS MATTER AS MODIFIED** |

WHEREAS, Plaintiffs and Defendant North Star Trust Company ("NSTC") (collectively, the "Parties") have reached a settlement of the above-titled class action;

WHEREAS, the Parties are in the process of preparing the Settlement Agreement and the related Notice of Class Settlement, Motion for Preliminary Approval, [Proposed] Order, and Final Judgment;

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Notice of Settlement, Withdrawal of NSTC's MSJ, and
Stip to Continue All Calendared Events
CASE NO. C06-07339 CW

WHEREAS, the Parties anticipate that they will be able to submit the above documents to the Court within the next four weeks;

WHEREAS, NSTC, through this notice, withdraws its Motion for Summary Judgment, currently scheduled to be heard before this Court on December 10, 2009;

WHEREAS, Plaintiffs, through this notice, withdraw their evidentiary motions related to NSTC's Motion for Summary Judgment, currently scheduled to be heard before this Court on December 10, 2009; and

WHEREAS, the settlement of this case renders moot the other deadlines set by the Court in its Pre-Trial Schedule Order;

NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY STIPULATE and AGREE that NSTC's Motion for Summary Judgment and all related evidentiary motions shall be withdrawn and the December 10, 2009 hearing on that Motion shall be cancelled. Additionally, the Parties jointly request that the Court vacate the dates set in its Pre-Trial Scheduling Order in this case.

Dated: November 25, 2009     LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

/s/ Todd F. Jackson (with permission)
By:   Todd F. Jackson, Esq.
      Attorneys for Plaintiffs

Dated: November 25, 2009     MORGAN, LEWIS & BOCKIUS LLP

/s/ Donald P. Sullivan
By:   Donald P. Sullivan, Esq.
      Attorneys for Defendant North Star Trust Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

The Court hereby vacates the dates set in its Pre-Trial Scheduling Order, withdraws NSTC's Motion for Summary Judgment and Plaintiffs' related evidentiary motions, and cancels the December 10, 2009 hearing on that Motion. **A Case Management Conference will be held on April 27, 2010, at 2:00 p.m.**

Dated: ___12/1/ 2009

_____
Hon. Claudia Wilken, U.S. District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2     Notice of Settlement, Withdrawal of NSTC's MSJ,
      and Stip. to Continue All Calendared Events
      CASE NO. C06-07339 CW