1  Daniel Feinberg – CA Bar No. 135983
   Todd F. Jackson – CA Bar No. 202598
2  Margaret E. Hasselman – CA Bar No. 228529
   Nina Wasow – CA Bar No. 202047
3  Kirsten G. Scott – CA Bar No. 253464
   LEWIS, FEINBERG, LEE,
4  RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
5  Oakland, California 94612
   Telephone: (510) 839-6824
6  Facsimile:  (510) 839-7839
   Email:  dfeinberg@lewisfeinberg.com
7  Email:  tjackson@lewisfeinberg.com
   Email:  mhasselman@lewisfeinberg.com
8  Email:  nwasow@lewisfeinberg.com
   Email:  kscott@lewisfeinberg.com
9
   *Attorneys for Plaintiffs and the Class*
10 (Additional counsel on signature page)

11

12                  IN THE UNITED STATES DISTRICT COURT

13                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO AND OAKLAND DIVISION

15 THOMAS FERNANDEZ, LORA SMITH, and  )  Case No. C-06-07339 CW
   TOSHA THOMAS, individually and on behalf )
16 of a class of all other persons similarly situated, )
                                        )
17             Plaintiffs,               )  **STIPULATION AND ORDER SETTING**
         vs.                             )  **SCHEDULE FOR CLASS ACTION**
18                                       )  **SETTLEMENT APPROVAL**
   K-M INDUSTRIES HOLDING CO., INC.;     )
19 K-M INDUSTRIES HOLDING CO., INC.      )
   ESOP PLAN COMMITTEE; WILLIAM E.       )
20 AND DESIREE B. MOORE REVOCABLE        )
   TRUST; TRUSTEES OF THE WILLIAM E.     )
21 AND DESIREE B. MOORE REVOCABLE        )
   TRUST; CIG ESOP PLAN COMMITTEE;       )
22 NORTH STAR TRUST COMPANY;             )
   DESIREE B. MOORE REVOCABLE TRUST;     )
23 WILLIAM E. MOORE MARITAL TRUST;       )
   WILLIAM E. MOORE GENERATION-          )
24 SKIPPING TRUST; and DESIREE MOORE,    )
   BOTH IN HER INDIVIDUAL CAPACITY       )
25 AND AS TRUSTEE OF THE WILLIAM E.      )
   AND DESIREE B. MOORE REVOCABLE        )
26 TRUST'S SUCCESSOR TRUSTS NAMED        )
   ABOVE,                                )
27                                       )
               Defendants.               )
28

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR SETTLEMENT APPROVAL
[CASE NO. C-06-07339 CW]

1 | WHEREAS, Plaintiffs and Defendant North Star Trust Company ("NSTC") (collectively, the "Parties") have reached a settlement of the Class's claims against NSTC in the above-titled class action;

WHEREAS, the Parties wish to expeditiously obtain Court approval of the settlement;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE and AGREE as follows:

1. Plaintiffs shall file a Motion for Preliminary Approval of the settlement on December 17, 2009, with the hearing noticed for January 21, 2010;

2. If preliminary approval is granted, Notice of Settlement shall be mailed to class members by the later of January 31, 2010 or 10 days after preliminary approval is granted;

3. The deadline for class members to object to the settlement shall be the later of 45 days after mailing of the Notice of Settlement or March 18, 2010;

4. Plaintiffs shall file a Motion for Final Approval of the settlement by March 18, 2010;

5. The final fairness hearing shall be held on April 22, 2010.

Dated: December 3, 2009  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: /s/ Todd Jackson
Todd F. Jackson, Esq.
Attorneys for Plaintiffs

Dated: December 3, 2009  MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Nicole Diller
Nicole Diller, Esq.
Attorneys for Defendant North Star Trust Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED, EXCEPT THAT THE MOTION FOR PRELIMINARY APPROVAL WILL BE DECIDED ON THE PAPERS.**

Dated: 12/14, 2009

_[signature: Claudia Wilken]_

Hon. Claudia Wilken, U.S. District Judge

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR SETTLEMENT APPROVAL   1
[CASE NO. C-06-07339 CW]