IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS FERNANDEZ, LORA SMITH and TOSHA THOMAS, individually and on behalf of a class of all other persons similarly situated,

    Plaintiffs,

  v.

K-M INDUSTRIES HOLDING CO., INC., et al.,

    Defendants.

No. C 06-7339 CW

JUDGMENT

    Judgment is hereby entered consistent with the Court's Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement.

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    IT IS SO ORDERED.

Dated: May 3, 2010

CLAUDIA WILKEN
United States District Judge